UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD.,
Plaintiff

v.

C.A. No. 04-474ML

GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD,
Defendants

**STIPULATION**

It is hereby agreed, by and between the undersigned, that Defendants, Ganda, LLC, a/k/a Ganda Communications and John Edward, shall have up to and including September 1, 2005 within which to file their responsive pleadings in the above-entitled matter.

YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD.

By Its Attorneys,

Benjamin V. White (#1652)
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
FAX (401) 272-6803
Date: August 18, 2005

GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD

By Their Attorneys,

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787
Date: August 19, 2005

Enter:
Mary M. Lisi
USDJ 8/22/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19TH day of August, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

G:\cmc\Edward, J\pldgs\stipulation2.doc