UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD., Plaintiff, | |
| v. | CIVIL ACTION NO. 04-474ML |
| GANDA, LLC a/k/a GANDA COMMUNICATIONS and JOHN EDWARD, Defendants. | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") moves for relief from page limits imposed by Amended General Order #2002-01. YOFC respectfully requests permission to file exhibits to its memorandum in opposition to defendants' motion to stay totaling forty-two pages.

YOFC submits herewith a supporting memorandum.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

Benjamin V. White, No. 1652
Gordon P. Cleary, No. 1948
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Of counsel:

Ira K. Gross
Samual A. Miller
Cherie Bosarge-Dutton
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

Dated: September 15, 2005

## CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, Rhode Island 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Motion by mailing first class mail, postage prepaid, on the 15th day of September, 2005.

______________________________



{B0441917; 1}

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>Plaintiff,<br><br>v.<br><br>GANDA, LLC a/k/a GANDA COMMUNICATIONS and JOHN EDWARD,<br><br>Defendants. | CIVIL ACTION NO. 04-474ML |

**PLAINTIFF'S MEMORANDUM IN SUPPORT**
**<u>OF ITS MOTION TO EXCEED PAGE LIMITS</u>**

Plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") submits this memorandum in support of its motion for relief from page limits imposed by Amended General Order #2002-01. YOFC has objected to defendants' motion to stay or enlarge the time to answer. For the reasons set forth below, YOFC submits there is good cause to allow it to submit exhibits, totaling forty-two pages, in support of its objection.

YOFC filed the complaint in this matter on November 8, 2004. At that time, an action was pending in the United States District Court for the Northern District of Georgia. Defendant Edward is not a party to that action. Shortly after this action was filed, YOFC and the defendants here agreed to a stay of this action pending the outcome of a motion to dismiss on jurisdictional grounds in the Northern District of Georgia. That motion to dismiss has been granted.

The exhibits sought to be filed with YOFC's objection to defendants' motion in this Court are:

A. Copies of the agreed-to motion to stay in this action, and the order granting that motion;

B. The July 14, 2005 Order of the District Court for the Northern District of Georgia dismissing the action there;

C. Copies of YOFC's opposition to defendant Ganda's motion for reconsideration in the Northern District of Georgia; and

D. Copies of court filings by defendant Edward bearing on the subject of this action.

For the foregoing reasons, YOFC respectfully requests permission to file exhibits totaling forty-two pages.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

Benjamin V. White, No. 1652
Gordon P. Cleary, No. 1948
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Of counsel:

Ira K. Gross
Samual A. Miller
Cherie Bosarge-Dutton
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

Dated: September 15, 2005

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, Rhode Island 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum by mailing first class mail, postage prepaid, on the 15th day of September, 2005.



{B0441917; 1}