UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,

Plaintiff,

v.

GANDA, LLC a/k/a GANDA COMMUNICATIONS and JOHN EDWARD,

Defendants.

CIVIL ACTION NO. 04-474ML

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") moves for relief from page limits imposed by Amended General Order #2002-01. YOFC respectfully requests permission to file exhibits to its memorandum in opposition to defendants' motion to stay totaling forty-two pages.

YOFC submits herewith a supporting memorandum.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

Granted
[signature] USDJ 9/16/05

[signature]
Benjamin V. White, No. 1652
Gordon P. Cleary, No. 1948
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

{B0441917; 1}

Of counsel:

Ira K. Gross
Samual A. Miller
Cherie Bosarge-Dutton
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

Dated: September 15, 2005

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, Rhode Island 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Motion by mailing first class mail, postage prepaid, on the 15th day of September, 2005.



{B0441917; 1}