UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD., Plaintiff | : | |
| v. | : | C.A. No. 04-474ML |
| GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD, Defendants | : | |

**DEFENDANTS' MOTIONTO EXCEED PAGE LIMITS**

Defendants, Ganda, LLC, a/k/a Ganda Communications, and John Edward (collectively "Defendants") move for relief from page limits imposed by Amended General Order #2002-01. Defendants respectfully request permission to file an exhibit to their reply memorandum totaling sixty-eight pages.

Defendants submit herewith a supporting memorandum.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: October 3, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2005, a true copy of the within was hand delivered to Benjamin V. White, Esq., Gordon P. Cleary, Esq., Vetter & White, Inc., 20 Washington Place, Providence, RI 02903 and sent, via fax and first-class mail, postage prepaid, to Ira K. Gross, Esq. Samual A. Miller, Esq., Cherie Bosarge Dutton, Esq., Sullivan & Worcester LLP, One Post Office Square, Boston, MA 02109

G:\cmc\Edward, J\pldgs\motion to exceed.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD.,
Plaintiff

v. C.A. No. 04-474ML

GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD,
Defendants

**DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMITS**

Defendants, Ganda, LLC, a/k/a Ganda Communications, and John Edward (collectively "Defendants") submit this memorandum in support of their motion for relief from page limits imposed by Amended General Order #2002-01. For the reasons set forth below, Defendants submit there is good cause to allow it to submit one exhibit, totaling sixty-eight pages, in support of its Reply Memorandum

The exhibit sought to be filed with Defendants' Reply Memorandum is its Motion to Allow or Amend Judgment under Rule 59(e) (the "Motion") which was filed in the action pending in the United States district Court for the Northern District of Georgia. This submission is essential to an understanding of the status of the action pending in Georgia as well as the merits of the motion pending before this Court. Accordingly, Defendants have attached the Motion to their Reply Memorandum for this Honorable Court's review.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700/FAX (401) 331-5787

Date: October 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2005, a true copy of the within was hand delivered to Benjamin V. White, Esq., Gordon P. Cleary, Esq., Vetter & White, Inc., 20 Washington Place, Providence, RI 02903 and sent, via fax and first-class mail, postage prepaid, to Ira K. Gross, Esq. Samual A. Miller, Esq., Cherie Bosarge Dutton, Esq., Sullivan & Worcester LLP, One Post Office Square, Boston, MA 02109

G:\cmc\Edward, J\pldgs\memo in support mtn exceed.doc