UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD.,
Plaintiff

v. C.A. No. 04-474ML

GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD,
Defendants

**DEFENDANTS' MOTIONTO EXCEED PAGE LIMITS**

Defendants, Ganda, LLC, a/k/a Ganda Communications, and John Edward (collectively "Defendants") move for relief from page limits imposed by Amended General Order #2002-01. Defendants respectfully request permission to file an exhibit to their reply memorandum totaling sixty-eight pages.

Defendants submit herewith a supporting memorandum.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: October 3, 2005

Granted. Mary M. Lisi USDJ 10/4/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2005, a true copy of the within was hand delivered to Benjamin V. White, Esq., Gordon P. Cleary, Esq., Vetter & White, Inc., 20 Washington Place, Providence, RI 02903 and sent, via fax and first-class mail, postage prepaid, to Ira K. Gross, Esq. Samual A. Miller, Esq., Cherie Bosarge Dutton, Esq., Sullivan & Worcester LLP, One Post Office Square, Boston, MA 02109

G:\cmc\Edward, J\pldgs\motion to exceed.doc