UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-474ML** **DATE: October 4, 2005**

**TITLE: Yangtze Fiber v. Ganda, LLC, et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT:** **for pltf: Gordon P. Cleary; Samual A. Miller (phv)**
**for defts: Justin T. Shay**

**Proceedings: Hearing on Defts' M/Stay, or alternatively, for Enlargement of Time to Answer**

**Mr. Miller argues pltf's motion. Mr. Shay responds, and advises the Court that the Georgia District Court has not yet ruled on the motion for reconsideration of an order granting a motion to dismiss for lack of personal jurisdiction, filed in the related Georgia case.**

**This Court directs Mr. Miller to supplement pltf's filing by ascertaining the status of that motion for reconsideration, and notifying this Court by Fri., 10/7/05. This Court reserves ruling on pltf's M/Stay until that information is provided.**