# Agreement

## between YOFC and GANDA

Yangtze Optical Fiber and Cable Company ( hereinafter called YOFC ) intends to develop worldwide market for their high quality optical fiber and cable products.

GANDA has access to these markets and the capability to develop these markets for YOFC products. Based on the target of win win situation, both parties are willing to build a long term cooperation and a coordinated development. Both parties agree the following clauses :

1. GANDA actively promotes YOFC fiber sales and contributes to the effort of urging fiber and cable customers to sign sales contracts with YOFC. As the worldwide market is also a global market inwhich the same cable companies may make cable in several different locations, GANDA will work closely with YOFC to ensure that the overall market approach is coordinated and consistant in all countries of activity, including China.

In countries where GANDA does not have a local office, GANDA, on agreement with YOFC, may contract a local agent, sub-agent or distributor to act on GANDA's behalf, paying for such local services from commissions paid to GANDA by YOFC. This specifically covers such countries as China and Korea.

After receiving enduser's payment by virtue of GANDA's successful sales promotion and assistance, YOFC will pay to GANDA fees and commissions in US dollars by wire transfer, as agreed for each order and shipment, being either a percentage of the total sales price or a fixed price per unit.

2. On the issue of payment, and for the sake of relieving GANDA's working capital burden, YOFC agrees on DDP. If GANDA sells YOFC fiber outside the United States and gains drawback from US custom, YOFC has the right to obtain all the very drawback.

3. In order to make it convenient to deliver YOFC fiber to US enduser in time, YOFC shall send right amount of YOFC fiber to GANDA stock. The fiber's ownership will belong to YOFC till the fiber is marketed, and during the keeping period, GANDA shall take care of it. If there is any fiber damage and/or loss in the process of selling, GANDA should inform and consult with YOFC for comments for finding a good solution.

YOFC and GANDA. It will list the amount of YOFC's fiber which is located in GANDA's warehouse. And the proforma contract is not a basis for a financial settlement. YOFC will collect the payment and pay commission according to the real commercial contract which is between GANDA and the enduser.

5. GANDA and YOFC shall keep in touch with each other frequently and exchange market information, customers requirements, feedback concerning the fiber quality and after service and account receivable, etc.

6. In order to reduce the International transportation expense, YOFC will transport the fiber to GANDA in container by sea. YOFC will propose suitable packing method regarding sea transportation and will make a pilot transportation aiming at examining the effect.

7. The agreement is approved and signed by both parties' GM and effective from the date of signing. The period of validity is of two years. Three months before the agreement termination, both parties will negotiate about the agreement's renewal if necessary. During the valid period, GANDA will never promote YOFC competitors' products.

Yangtze Optical Fiber and Cable Co.

General Manager

First Deputy General Manager

GANDA Communications

General Manager

Clarification and additions to agreement.

1. Commission payable on multimode fiber will be calculated on the FOB Wuhan price, and for fiber being warehoused in the United States, agreed, after taking into considereation any commissions due to the selling company and duties paid.
Single mode, ribbon and other fiber types to be agreed prior to order acceptance.

GANDA can offer other services for YOFC, and/or as requested by YOFC, and will be reimboursed for such services in US dollars, at terms and conditions as agreed for these services.

2. YOFC will warrant all fiber to be made to specification and be fully responsible for the quality and fit for use, with the normal guarantees as established by the industry. Under no circumstances will GANDA be liable for any quality issues and not responsible for any quality claims made by the enduser.
YOFC will be responsible for all patent infringement issues.

3. The initial term of this agreement will be until 30 April 2001, this date coinciding with the lease of the warehouse ( by GANDA ) in the United States. During the course of this agreement, YOFC will not sign an agreement covering the products and services incorporated in this agreement, including warehousing in the US with any other company without understanding with GANDA.

# 代理协议

## 长飞光纤光缆有限公司
## 与
## Ganda 通信公司

长飞光纤光缆有限公司（以下简称长飞）为高品质的光纤光缆产品开发国际市场。

Ganda 公司有进入这类市场的途径和为长飞公司产品开发这类市场的能力。基于双赢的目标，双方都愿意长期合作共同发展。双方同意以下条款：

1. Ganda 公司积极推销长飞光纤并致力于推动光纤和光缆客户同长飞公司签订销售合同。因为世界性的市场同时也是全球性的市场，同一个光缆公司可能在几个不同的地方生产光缆，所以 Ganda 公司将同长飞公司紧密联系以保证在所有国家，包括中国，整个销售途径和环节的合作性与持续性。

在 Ganda 公司没有设立办事处的国家，根据 Ganda 公司同长飞公司之间的协议，Ganda 公司可委托一个当地的代理人、下属代理公司、或发货中心代表 Ganda 公司从长飞公司付给 Ganda 公司的佣金中支付地方顾客服务费用。这种情况特别包括中国和韩国。

在 Ganda 公司的成功推销和大力协助下，长飞公司在收到最终用户的货款后，根据订单和具体装运情况把按双方协商的佣金、必要费用（不可预见的）以美元的方式电汇给 Ganda 公司。佣金是基于全部销售费用的百分比计算或基于以单位计的固定费用计算。

2. 为了减轻 Ganda 公司流动资金的负担，长飞公司同意付款条件为完税交货价（DDP）。如果 Ganda 公司把长飞的光纤销到美国以外的国家并从美国海关获得退税，长飞公司有权获得这笔退税的全部金额。

3. 为了方便长飞光纤及时运到美国最终用户手中，长飞公司应运送一定量的长飞光纤到 Ganda 公司库存。光纤在销售出去之前的所有权属于长飞公司。在光纤库存期间，Ganda 公司负责保管光纤。在光纤销售过程中如发现有光纤损坏和/或丢失，Ganda 公司应通知长飞公司，并征求长飞公司意见以找出好的解决办法。

4. 为了明确 Ganda 公司库存中的长飞光纤和长飞光纤原材料退税，需要一份用于商品进出口程序的形式合同。这份合同需要长飞公司和 Ganda 公司双方签字。合同中要列出 Ganda 公司库存中长飞光纤的数量。这份形式合同不作为财务的依据。长飞公司将根据真正的商务合同收集货款和支付佣金。真正的商务合同由 Ganda 公司和最终用户之间签订。

5. Ganda 公司和长飞公司应保持经常联系和交换诸如：市场、顾客要求、光纤质量反馈、售后服务和应收帐款等方面的信息。

6. 为了节省国际运输费用，长飞公司将把光纤装入集装箱以海运的方式运到 Ganda 公司。长飞公司将针对海运提出合适的包装方法，并对此做一次试运输，以观效果。

7. 本协议由双方总经理签字并于签字之日起生效。协议有效期为两年。协议到期前三个月，如有必要双方应共同协商协议的更新。 在协议有效期内，Ganda 公司不能推销长飞公司竞敌的产品。

长飞光纤光缆有限公司

总经理

第一副总经理

Ganda 通信公司

总经理

协议附件：

1. 多模光纤的应付佣金以武汉离岸价计算。对于GANDA公司库存中的光纤，应付佣金在考虑了应付给其他销售公司的佣金和进口税后再共同协商。
   单模光纤、带状光纤和其它类型光纤的佣金在收到订单前协商。

   GANDA公司可以为长飞公司提供其它的和/或长飞公司要求的服务。在服务符合协商的规定和条件下，GANDA公司可以以美元的方式报销服务费。

2. 长飞公司要保证所有的光纤的产品符合规格并全权负责光纤的质量以保证光纤能在常规工业要求下能使用。GANDA公司不对有关质量的任何事件和最终客户的任何质量抱怨负责。长飞公司负责一切有关专利侵权的事宜。

3. 本协议有效期至2001年4月30日，此有效期限同样也是美国发货中心（GANDA）的仓库的租赁期限。协议有效期内，在没有获得GANDA公司的充分理解的情况下，长飞公司不得与其它任何一家公司签定销售本协议的产品与服务，包括在美国找另外一家发货中心的协议。