plasma optical fibre

Plasma Optical Fibre B.V.
Bedrijventerrein "de Beuk"
Zwaanstraat 1
5651 CA Eindhoven
Nederland
Postbus 1136
5602 BC Eindhoven
Nederland

Telefoon
++ 0040 2923872
Telefax
++ 0040 2923875

# FAX

**Aan:** John Cain (home address)

**Van:** A. van Beinum

**Kopie:**

**Ref.:**

**Aantal pagina's: 1** (incl. deze pagina)

**Datum:** 22-01-99

---

**Betreft: ganda / kopstein** **urgent urgent urgent urgent**

John,

jan willem visited weeks ago kopstein and booked the order for the first quarter of 1999. We informed you about that and discussed about transport. Until now we are chasing debbie and bob to get the formal order. With no success. Finally we have found out what happened.
After the visit of Plasma Optical Fibre (Jan Willem) Ganda contacted kopstein and promised him a revised quotation with better prices!!!
OCC is confused and does not know how to react: who is in charge?

For the time being kopstein has placed spot orders and does not give any long term commitment. J.W. will visit him again next week and will try to organise things in a proper way.

Please assist as follows:

aaa: kill all commercial activities from Ganda towards our USA market.

bbb: sent a fax to Kopstein in which you tell him that there might be rumours in the market that other people are representing YOF-C but that you can assure him that the only authorised sales organisation for the OCC account is the combined sales from YOF-C and Plasma via the Plasma Optical Fibre Sales and Marketing department represented by Jan Willem Leclerq.

Please contact me about this,
ariën

[redacted] 01.doc