[2000 Page 14] Meeting minutes of YOFC Forth Board meeting first session

Time and location: April 19 to 20, 2000, San Paulo, Brazil

Directors present at the meeting:

| | |
|---|---|
| Mr. Zhou Changyong (Chairman) | Mr. S.J. van Kesteren (Vice Chairman) |
| Mr. Jiang Shaobing | Mr. H. L. Gorissen |
| Mr. Zhang Guangyu (represented by Zhou Changyong) | Mr. K.K. Yang |
| Ms. Li Ming | |
| Mr. Song Gongyun | |

Also present at the meeting:
Mr. Xu Xizhou (general manager)

Mr. Zhang Mu (deputy general manager)

Mr. Wu Zhiqiang (deputy general manager)

Mr. Chai Qinghao (Consultant)

Secretary of the meeting: Mr. Wu Zhiqiang

At 11:00 a.m. April 19, the chairman called the first meeting of the fourth board of directors to order. The third board of directors successfully accomplished its mission. During the four-year term of the third board of directors, the production capacity of optical fiber expanded from more than 100,000 km per year to more than 2 million km per year; the production capacity of optical cables expanded from 20,000 gross km to 60,000 gross km; sales increased from more than 200 million yuan to more than 1 billion yuan.

Two. The meeting confirmed that the fourth board of directors of Yangtze Co. would consist of the following persons:

[seal: Wuhan SAIC]

[redacted]

[2004 Page 15]

Mr. Zhou Changyong (Chairman) Mr. S.J. van Kesteren

Mr. Jiang Shaobing Mr. H. L. Gorissen

Mr. Zhang Guangyu Mr. K.K. Yang

Ms. Li Ming

Mr. Song Gongyun

Mr. Zhou Changyong was the Chairman, and Mr. van Kesteren was the vice chairman.

The meeting decides to appoint Mr. Wu Zhiqiang secretary of the board.

The meeting [illegible] learned that Mr. Gorissen would resign his directorship as of September 1 this year. All persons present gave a high rating to Mr. Gorissen's correct decision making during the last eight years with his experience and wisdom, thus making outstanding contributions to the development of Yangtze Co.

Three. The meeting confirmed the resolutions adopted by the board on December 8, 1999 in "The Joint Venture Contract" and "The By-laws" for the implementation by Yangtze Co. of production expansion for phase 6 and on the expansion of the production of optical fiber, an increase in total investment and registered capital, and on the agreement among the shareholders on December 12 executed for this purpose, regarding the amendment to "The Joint Venture Contract" and "The By-laws."

The Ministry of Information of China has approved production expansion for phase 6 by Yangtze Co., which will also require the final approval by the Ministry of Economics and Foreign Trade. Such approval is expected soon. At that time, photocopies of the approval document will be distributed to shareholder entities.

Six. Report by the general manager

1. Regarding the 2000 production and operations plan, according to the report, Yangtze will make and sell 1.8 million km of optical fiber, of which 1.5 million km will be common single mode, about 300,000 will be multi mode, with 1.17 million core km of optical cables and about 1.3 billion yuan in sales. Of these, more than 500 million yuan will be optical fiber and more than 700 million yuan will be optical cables. These should be the minimum goal of the company for this year. The meeting approved this plan.

[seal: Wuhan SAIC]

[2004 Page 16]

The meeting requested that the general manager submit a cost saving plan at the next meeting of the board. The meeting also requested that the general manager submit to the board a report regarding Yangtze cannot raise the sale price of optical fiber and the agreement to sell optical fiber in China and outside North America Yangtze executed with the optical fiber sales agent.

The chairman emphasized research and development work, focusing on improvements to technological processes, product quality and new types of products. To this end, the general manager may submit a budget and hire technical talent. Yangtze should enhance its cooperation with POF in this regard, so that POF's new improvements in technological processes can be transferred to Yangtze promptly.

The meeting emphasized that major decisions would require collective discussions by the general manager's team and according to the terms of the joint venture contract, major purchase, sales and important contracts would be valid only upon the signatures of the general manager and the first deputy general manager.

2. The meeting requested that the general manager divide the former business department into the department of optical fiber sales and the department of optical cable sales. The meeting requested that the general manager merge the human resources department with the office to form the department of human resources and administrative affairs. The meeting requested that the manager make appropriate adjustments to other departments depending on the circumstances.

3. Regarding expansion of production for phase 6, according to a report, civil works had already begun on March 15 this year, and would be completed by the end of November. Production is expected to go online in July 2001. The meeting required completion of this project in a timely manner, at a high quality level.

Eight. Regarding the issue of the division of the international market between Yangtze and POF, the meeting consented to the proposal submitted by the vice chairman at the last meeting of the board, except for the North American market. Due to the current shortage of optical fiber, the division of the North American market would be reported at the next meeting of the board, and the general manager and the general manager of POF were requested to jointly submit this report. The meeting requested that the general manager's team enhance its coordination with POF on the Latin American market, and that the parties discuss and submit a better method on the issue of Ganda.

Nine. Regarding the personnel issue:

1. The meeting approved the appointment of Neil Gaid [transliteration] the first deputy general manager, and he is expected to begin his work at Yangtze June 1 this year.
2. The meeting approved the appointments of Mr. Yan Changkun as manager of the optical fiber sales department, Mr. Zhang Yanxiang as manager of the optical cable sales department and Zhuang Dan as manager of the finance department.
3. The meeting agreed that the new management commission of Yangtze Co. would consist of the following persons:

| | |
|---|---|
| Mr. Xu Xizhou (general manger) | Mr. Neil Gaid (first deputy general manager) |
| Mr. Zhang Mu (deputy general manager) | Mr. Wu Zhiqiang (deputy general manager) |
| Mr. Li Longqin ((deputy general manager) | Mr. Yan Changkun (manager of the optical fiber sales department) |
| Mr. Zhang Yanxiang (manager of the optical cable sales department) | Mr. Zhuang Dan (manager of the finance department) |

The meeting pointed out that managers of other departments may, based on the characteristics of their expertise [illegible] performance, age, health,

[seal: Wuhan SAIC]

# 长飞光纤光缆有限公司第四届董事会 第一次会议纪要

14

时间、地点：2000年4月19～20日于巴西圣保罗

出席会议董事：

周长镛先生(董事长)
S.J.范·斯特伦先生(副董事长)
姜少冰先生
H.L.格旦白先生
张广玉先生(周长镛代理)
K.K.杨先生
李 明女士
宋功云先生

列席会议人员：

徐锡洲先生(总经理)
张 穆先生(副总经理)
吴志强先生(副总经理)
柴清濂先生(顾问)

会议秘书：

吴志强先生

4月19日上午9:30-11:00点召开了董事会预备会议。

4月19日上午11:00，董事长宣布第四届董事会第一次会议开始。董事长指出，在董事们的大力支持下，第三届董事会顺利完成了其使命。在第三届董事会期的四年期间，光纤生产能力从每年10多万公里扩大到200多万公里；光缆生产能力从2万皮长公里扩大到6万皮长公里；销售额从2亿多元增加到超过10亿元。他感谢全体董事为公司发展所作出的卓越贡献，他特别感谢荷方董事所给予的支持，他还感谢长飞管理班子和全体员工为长飞公司发展所作出的巨大努力。

副董事长同意董事长的意见。他指出第四届董事会的任务将更加繁重，长飞要继续发展，中国要加入WTO，长飞要保持中国第一将面临更多的威胁，但我们有信心实现我们的目标。

在董事长的主持下，会议按议程逐项进行了讨论，纪要如下：

一、会议确认，各位董事及时收到了会议通知和议程。张广玉先生因健康原因未能出席本次会议，他已委托周长镛先生在本次会议上代他行使董事职权。因此，可以认为全体董事出席了这次会议。

二、会议确认，长飞公司第四届董事会由下列人员组成：

不能调高光纤售价一梁庆长飞

16

会议要求总经理在下次董事会上提出减少费用的计划。会议还要求总经理就长飞与光纤销售代理签署的在中国销售光纤协议向董事会提交一个报告。 应在北美外销

董事长强调开展研究开发工作，重点是改进工艺、产品质量和新品种。为此，可由总经理提出预算，招聘技术人才。长飞应在这方面加强与POF的合作，使POF的新工艺改进能及时转让给长飞。

总经理 总经理和第一副总经理

会议强调，公司的重大决定须经总经理班子的集体讨论，并按合资合同规定，大笔买卖合同要双签方能有效。

2. 会议要求总经理将原商务部分为光纤销售部和光缆销售部。会议要求总经理将人力资源部与办公室合并为人力资源与行政事务部。会议要求总经理可视情况对其他部门进行适当调整。

3. 关于第六期光纤扩产，据报告，土建已经于今年3月15日开始，于今年11月底完成，预计将于2001年7月初投产。会议要求此项目一定按时高质量完工。

4. 为解决成缆中的"瓶颈"问题，会议同意增购一条二套生产线，价值约60万美元。

七. 会议讨论批准了中方员工的工资制度(见附件)，从2000年元月1日开始执行。

八. 关于长飞与POF国际市场划分问题，会议同意副董事长在上次董事会上提出的建议，但北美市场除外。由于目前光纤短缺，北美市场的划分在下次董事会上报告，要求总经理和POF总经理共同提出这份报告。会议要求长飞的总经理班子与POF在南美市场要加强协调，在Ganda问题上，双方讨论提出更好的办法。

九. 关于人事问题:

1. 会议同意任命尼尔. 盖德先生为第一副总经理。预计他今年6月1日开始到长飞上班。
2. 会议同意任命闫长昆先生为光纤销售部经理、张雁翔先生为光缆销售部经理、庄丹为财务部经理。
3. 会议同意新一届长飞公司管理委员会由下列人员组成:

| | |
|---|---|
| 徐锡洲先生(总经理) | 尼尔. 盖德先生(第一副总经理) |
| 张　穆先生(副总经理) | 吴志强先生(副总经理) |
| 李克勤先生(副总经理) | 闫长昆先生(光纤销售部经理) |
| 张雁翔先生(光缆销售部经理) | 庄　丹先生(财务部经理) |

会议指出，其他部门经理，可根据其表现、年龄、身体状 
董事会议 专业特长、现实

周长镛先生　　　　S. J. 范·卡斯特伦先生
姜少冰先生　　　　H. L. 格里宁先生
张广玉先生　　　　K. K. 杨先生
李　明女士
宋功云先生

周长镛先生为董事长，范·卡斯特伦先生为副董事长。

会议决定任命吴志强先生为董事会秘书。

会议[illegible]得知，格里宁先生将从今年九月一日起辞去长飞公司董事职务。全体与会人员高度评价格里宁先生在过去8年中以他的经验和智慧为长飞董事会的正确决策，从而为长飞的发展所作出的突出贡献。

三．会议确认了一九九九年十二月八日董事会为长飞公司实施第六期扩产而通过的关于"合资合同"和"章程"中关于扩大光纤生产能力、增加投资总额和注册资本的决议以及股东各方于同年12月12日为此而签署的关于修改"合资合同"和"章程"的协议。

中国信息产业部已经批准长飞公司的第六期光纤扩产，最后要经中国外经贸部批准，估计很快将批准。届时将把外经贸部的批文复印件分发给各股东单位。

四．会议向各股东单位颁发了由董事长和副董事长共同签署的新的投资证明。

五．会议批准了经审计的一九九九年决算报告。会议决定，一九九九年净利润人民币253,652,120.68元中，扣除三项基金(即储备基金、企业发展基金和职工奖励福利基金)外，余额174,034,205.06元为可分配利润，其中百分之五十按股东在长飞公司注册资本中所占出资额分配给股东，其余的作为未分配利润。会议同意，分红在2000年7月之前完成。外方的分红，应将相应的人民币折成美元支付。

六．总经理报告：

1. 关于2000年生产经营计划。据报告，长飞将生产销售光纤180万公里，其中150万公里为普通单模，约30万为多模，光缆117万芯公里，销售额约13亿元，其中5亿多元为光纤，7亿多元为光缆。这应是公司今年的最低目标，会议批准了这个计划。

况等进行适当调整。

4. 会议还确认，徐锡洲先生从2000年2月1日担任总经理职务。

十. 其它事项:

1. 会议同意总经理的建议，决定收购上海SNOCK公司１００％的股权，价格为100万美元。如法律程序有困难，也可让ＮＫＦ保留２５％的股份。有关法律文件，要给K.K.杨一份。
2. 会议确认长飞为实施第六期扩产而购买的土地50,000多平方米(80亩)，共支出1480万元(每平方米约278元)。
3. 关于ＯＰＧＷ光缆问题，会议同意长飞与法国德拉克合作。

十一. 下次董事会的时间和地点:

会议决定，下次董事会于2000年11月28～29日在中国桂林举行。(4月20日上午)

当地时间１１时００分，会议完成了所有议程的讨论，董事长宣布会议圆满结束。