UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Counterclaim Defendants. | Civil Action No. 04-474ML |

**DEFENDANTS' MOTION TO AMEND ANSWER, COUNTERCLAIM AND COMPLAINT**

The Defendants, Ganda, LLC a/k/a Ganda Communications ("Ganda") and John Edward, hereby move, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for an Order permitting them to amend their Answer, Counterclaim and Complaint to correct the names of the Counterclaim Defendants, as set forth in the attached proposed Amended Answer, Counterclaim and Complaint. This Motion is made on the grounds that further investigation has revealed that the Counterclaim Defendants have heretofore been improperly named and that justice so requires.

Furthermore, since none of the Counterclaim Defendants has yet been served, and as no proposed amendment affects the Plaintiff, Yangtze Optical Fibre and Cable Company Ltd., an amendment would not prejudice any other party.

In support thereof, Ganda and John Edward file their Memorandum of Law in accordance with Local Rules 7 and 15.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: January 27, 2006

Of Counsel:

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

## CERTIFICATE OF SERVICE

I hereby certify that on this 27TH day of January, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

G:\cmc\Edward, J\pldgs\moamend.doc

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Counterclaim Defendants. | Civil Action No. 04-474ML |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO AMEND ANSWER, COUNTERCLAIM AND COMPLAINT**

The Defendants, Ganda, LLC a/k/a Ganda Communications ("Ganda") and John Edward, have filed their Motion, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for an Order permitting them to amend their Answer, Counterclaim and Complaint to correct the names of the Counterclaim Defendants, as set forth in the proposed Amended Answer, Counterclaim and Complaint filed therewith. The Motion is made on the grounds that further investigation has revealed that the Counterclaim Defendants had been improperly named in the original pleading. The Amended Answer, Counterclaim and Complaint corrects this.

Additionally, none of the Counterclaim Defendants has yet been served, and as the proposed amendment does not affect the Plaintiff, Yangtze Optical Fibre and Cable Company Ltd., the amendment would not prejudice any other party.

Rule 15 (a) provides in pertinent part:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

*Fed R. Civ. P.* 15. Prior to a scheduling order being entered, leave to amend is to be freely given when justice so requires unless the amendment "would be futile, or reward, *inter alia*, undue or intended delay." *Stein v. Girl Scouts of the USA*, 383 F.3d 7, 12 (1st Cir. 2004); *Resolution Trust Corp. v. Gold*, 30 F.3d 251, 253 (1994).

Here, the amended pleading merely corrects the identity of Counterclaim Defendants not yet served. Accordingly, no party will be prejudiced by this amendment. It is therefore respectfully requested that the Motion to Amend be granted.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: January 27, 2006

Of Counsel:

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27[TH] day of January, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

G:\cmc\Edward, J\pldgs\memomoamend.doc