**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Counterclaim Defendants. | Civil Action No. 04-474ML |

**RESPONSE OF PLAINTIFF**
**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**
**TO DEFENDANTS' MOTION**
**<u>TO AMEND ANSWER, COUNTERCLAIM AND COMPLAINT</u>**

Plaintiff and Counterclaim Defendant Yangtze Optical Fibre and Cable Company Ltd. ("<u>YOFC</u>"), through its counsel, hereby responds to the motion of Ganda LLC a/k/a Ganda Communications and John Edward (together, the "<u>Defendants</u>") requesting leave to amend their Answer, Counterclaim, and Complaint. YOFC does not object to the Defendants' motion. In refraining from objecting, however, YOFC neither acknowledges hereby that the Defendants have correctly named any existing corporate entity as a party or that any named party bears any relation to any of the allegations, events, or occurrences in the proposed amended Answer,

Counterclaim and Complaint, nor waives any defense that it may have against any of the claims or allegations in the proposed amended Answer, Counterclaim and Complaint.

Respectfully submitted

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorney,

Benjamin V. White, Esq., No. 1652
Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803
Email: bwhite@vetterandwhite.com
Email: gcleary@vetterandwhite.com

*Of counsel:*

Ira K. Gross
Samual A. Miller
Cherie Bosarge-Dutton
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880
Email: igross@sandw.com
Email: smiller@sandw.com
Email: cdutton@sandw.com

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, Rhode Island 02903

James L. Rogers, Jr.
Rebecca H. Zabel
Leatherwood Walker Todd & Mann
300 E. McBee Ave., Suite 500
P.O. Box 87
Greenville, SC 29602

I hereby certify that I served on the above-named counsel of record a copy of the within Response Of Plaintiff Yangtze Optical Fibre And Cable Company Ltd. To Defendants' Motion To Amend Answer, Counterclaim And Complaint by mailing first class mail, postage prepaid, on the 14th day of February, 2006



{B0489863; 1}