COPY

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, | ) | Civil Action No. 04-474ML |
| vs. | ) | |
| Ganda, LLC a/k/a Ganda Communications and John Edward, Defendants, | ) | |
| vs. | ) | |
| Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Counterclaim Defendants. | ) | |

Granted. Mary M. Lisi 4501 2/15/06

**DEFENDANTS' MOTION TO AMEND ANSWER, COUNTERCLAIM AND COMPLAINT**

The Defendants, Ganda, LLC a/k/a Ganda Communications ("Ganda") and John Edward, hereby move, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for an Order permitting them to amend their Answer, Counterclaim and Complaint to correct the names of the Counterclaim Defendants, as set forth in the attached proposed Amended Answer, Counterclaim and Complaint. This Motion is made on the grounds that further investigation has revealed that the Counterclaim Defendants have heretofore been improperly named and that justice so requires.

Furthermore, since none of the Counterclaim Defendants has yet been served, and as no proposed amendment affects the Plaintiff, Yangtze Optical Fibre and Cable Company Ltd., an amendment would not prejudice any other party.

In support thereof, Ganda and John Edward file their Memorandum of Law in accordance with Local Rules 7 and 15.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: January 27, 2006

Of Counsel:

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477