UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD., Plaintiff | : | |
| v. | : | C.A. No. 04-474ML |
| GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD, Defendants | : | |

**STIPULATION**

It is hereby agreed, by and between the parties, that Defendants, Ganda, LLC, a/k/a Ganda Communications and John Edward, shall have up to and including May 5, 2006 within which to serve and file their opposition to Plaintiff Yangtze Optical Fibre and Cable Company, Ltd.'s Motion to Dismiss Counterclaims.

YANGTZE OPTICAL FIBRE AND
CABLE COMPANY, LTD.

By Its Attorneys,

Benjamin V. White (#1652)
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
FAX (401) 272-6803
Date: April 20, 2006

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

Justin T. Shay /by Charles ... #5559

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787
Date: April 21, 2006

Enter:
Mary M. Lisi USDJ 4/21/06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

G:\cmc\Edward, J\pldgs\stipulation3.doc