UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. And Draka Holding, N.V.,<br><br>Third Party Defendants. | ) | Civil Action No. 04-474ML |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant/Third Party Plaintiffs Ganda LLC and John Edward hereby move that Natalma M. McKnew, a member in good standing of the Bar of the State of South Carolina (State Bar No. 3864), be admitted PRO HAC VICE in the above case as counsel with local counsel identified below. She is admitted to practice before all state and federal courts in South Carolina, the Fourth Circuit and Federal Circuit Courts of Appeal and the United States Supreme Court.

Ganda, LLC a/k/a Ganda Communications and John Edward
~~(Plaintiff~~/Defendant)

By: Justin T. Shay, Esq.
Bar ~~ID~~ No.: 2781
Address: Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, RI 02903 (401) 331-5700

DATED: May 10, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of South Carolina and of the following Federal District Court and/or Court of Appeals Bar(s): District of South Carolina, Fourth Circuit, Federal Circuit and United States Supreme Court, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Natalma M. McKnew
Print Name State Bar ID # 3864
Leatherwood Walker Todd & Mann, P.C.
Firm Name
300 E. McBee Avenue, Suite 500, Greenville, SC 29601
Business Address
864-242-6440 864-240-2477
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel
Justin T. Shay, Esq. #2781
Print Name State Bar ID #
Cameron & Mittleman LLP
Firm Name
56 Exchange Terrace, Providence, RI 02903
Business Address
(401) 331-5700 (401) 331-5787
Tel. # Fax #

---

**ORDER**

This motion is hereby ____________________

____________________
District Judge

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087