SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

May 2, 2006

**By Facsimile and**
**First Class Mail**

Rebecca H. Zabel, Esq.
Leatherwood Walker Todd & Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601-0087

**Re: Yangtze Optical Fibre and Cable Company Ltd. v. Ganda, LLC, *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML**

Dear Rebecca:

We have received your May 1, 2006, email.

We have not yet received Mr. Rogers's response to our April 25, 2006, letter, but look forward to that response. As we mentioned before, we believe that certain of the inaccuracies and omissions in your clients' counterclaims can be resolved informally without costly discovery and motion practice. We expect to respond to Mr. Rogers's April 21, 2006, letter by the end of this week.

We maintain our position that your clients' first set of interrogatories contravenes Fed. R. Civ. P. 33. We do not dispute that Mr. Edward and Ganda are separate parties and each is entitled to serve twenty-five (25) interrogatories. Nevertheless, Mr. Edward and Ganda are not entitled to group their interrogatories; instead, they are required to serve their own particular set. This requirement does not elevate form over substance. In this action, there are clearly claims relevant solely to Ganda and not to Mr. Edward. To allow Ganda to "piggyback" on Mr. Edward's allotted interrogatories violates not only the language of Fed. R. Civ. P. 33, but the spirit and purpose of the rule as well. Accordingly, we request that Ganda and Mr. Edward each serve their own particular set of interrogatories. We are certainly open to discussing a reasonable timeframe for the service of answers.

Sincerely,

Samual A. Miller

Samual A. Miller

Direct line: 617 338 2435
smiller@sandw.com

SAM:jmc

**EXHIBIT A**