UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YANGTZE OPTICAL FIBRE and CABLE COMPANY, LTD. | : | |
| v. | : | C.A. No. 04-474ML |
| GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD | : | |
| v. | : | |
| DRAKA COMTEQ B.V., DRAKA COMTEQ FIBRE B.V., PLASMA OPTICAL FIBRE B.V., DRAKA COMTEQ AMERICAS INC., and DRAKA HOLDING N.V. | : | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Motion to Compel Responses to Discovery Requests (Document No. 44) filed by Defendants/Third-Party Plaintiffs, Ganda, LLC, a/k/a Ganda Communications, and John Edward, pursuant to Rule 37 of the Federal Rules of Civil Procedure. This Motion has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). A hearing was held on June 19, 2006. For the reasons stated at the hearing, the Motion to Compel is resolved as follows:

1. As to Defendants' First Set of Document Requests, the Motion is DENIED without prejudice in view of Plaintiff's counsel's representation that an amended response and document production is forthcoming in the next couple of weeks.

2. As to Defendants' First Set of Interrogatories, the Motion is DENIED and this joint set of thirty-four interrogatories is stricken for noncompliance with the twenty-five interrogatory per party limit set forth in Fed. R. Civ. P. 33(a). Defendants may each individually serve a set of interrogatories on Plaintiff subject to the cap set forth in Fed. R. Civ. P. 33(a) and the relevance parameters of Fed. R. Civ. P. 26(b)(1).

**Conclusion**

As discussed above, Defendants/Third-Party Plaintiffs' Motion to Compel (Document No. 44) is DENIED.

LINCOLN D. ALMOND
United States Magistrate Judge
June 19, 2006