SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

June 13, 2006

**By Facsimile and**
**First-Class Mail**

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
Post Office Box 87
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601-0087

**Re:** **Yangtze Optical Fibre and Cable Company Ltd. v. Ganda LLC, a/k/a Ganda Communications, *et al*, v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML**

Dear Jay:

We have received your June 9, 2006, letter regarding YOFC's responses to your clients' discovery requests in this action.

As you know, on May 23, 2006, YOFC served its Responses to Defendant's First Request for Documents. Given the Court's June 9, 2006, ruling on our clients' motion to dismiss, we will be serving an amended set of responses.

Until this last Thursday, June 8, 2006, our office continued to receive shipments of a substantial number of documents from our client, many of which are not in English. We are reviewing those documents and preparing them for production. We cannot, at this time, predict the number of documents that will be produced; once the parties have agreed on an appropriate confidentiality agreement and our review is complete, responsive and relevant documents will be promptly delivered to your office, together with a privilege log.

As for your clients' interrogatories, we stand by the position that we articulated to the court. Of course, if your clients are willing to serve separate sets of interrogatories (as we believe the rules require), then this issue will be resolved without the court's intervention.

Sincerely,

Samual A. Miller

Direct line: 617 338 2435
smiller@sandw.com

cc: Justin T. Shay, Esq. (by mail)