UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. And Draka Holding, N.V.,<br><br>Third Party Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF JOHN EDWARD**

PERSONALLY APPEARED before me the undersigned who, having been duly sworn, testifies and states as follows:

1. My name is John Edward. I am a member of Ganda, LLC a/k/a Ganda Communications ("Ganda"). I have personal knowledge of these matters and am authorized to execute this instrument on Ganda's behalf. I am submitting this Affidavit in support of Defendants' Motion to Dismiss or in the Alternative for Summary Judgment.

2. Ganda is no longer an operational company. I have personal knowledge of the banking arrangements used by Ganda in support of its business when it was operational and afterward. At no time either while operational or afterward has Ganda transferred any monies or

other assets to me personally without fair consideration being given by me to Ganda in return. I have not at any time caused Ganda to fraudulently transfer its assets to me in order to avoid Ganda's creditors or for any other purpose.

John Edward

SWORN to before me this 21st day
of JUNE, 2006

Notary Public for New Hanover Co
My Commission expires: 2-21-2010

CONSTANCE M. MARSHALL
NOTARY PUBLIC
NEW HANOVER CO. NC