UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, | Civil Action No. 04-474ML |
| vs. | |
| Ganda, LLC a/k/a Ganda Communications and John Edward, Defendants/Third Party Plaintiffs, | |
| vs. | |
| Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. And Draka Holding, N.V., Third Party Defendants. | |

**GANDA, LLC a/k/a GANDA COMMUNICATIONS' AND JOHN EDWARDS' STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Rule Civ 56, Defendants, Ganda, LLC a/k/a Ganda Communication ("Ganda") and John Edward ("Edward"), hereby submit its Statement of Undisputed Facts in support of its Motion to Dismiss or in the Alternative for Summary Judgment. Ganda and Edward submit there is no genuine issue regarding the following facts:

1. Plaintiff, Yangtze Optical Fibre and Cable Company, Ltd. ("YOFC"), entered into a contract with Ganda in April 1998 relating to the sale of YOFC fiber optic products in North America (the "1998 Agreement"). YOFC and Ganda subsequently reconfirmed their rights and obligations under the 1998 Agreement on or about April 6, 2001 when they executed a new agreement (the "2001 Agreement" and collectively with the 1998 Agreement, the

"Agreements"), which superseded the 1998 Agreement. (See 1998 Agreement and 2001 Agreement, attached as Exhibits A and C to YOFC's Complaint.)

2. Edward was not a signatory to the Agreements in his individual capacity, nor did he ever personally guarantee or otherwise become liable for Ganda's responsibilities under the Agreements. Moreover. (See 1998 Agreement and 2001 Agreement, attached as Exhibits A and C to YOFC's Complaint; see also YOFC's Complaint.)

3. At no time either while operational or afterward has Ganda transferred any monies or other assets to Edward personally without fair consideration being given by Edward to Ganda in return. (See Affidavit of John Edward, attached to the Memorandum in Support of the Motion to Dismiss or in the Alternative for Summary Judgment.)

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

Justin T. Shay, Esq., No. 2781
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Phone: (401) 331-5700
Fax: (401) 331-5787

Date: June 27, 2006

James L. Rogers, Jr., Esq.
Natalma M. McKnew, Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
Phone: (864) 242-6440
Fax: (864) 240-2477

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

James L. Rogers, Jr., Esq.
Natalma M. McKnew, Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

G:\cmc\Edward, J\pldgs\statement2.doc