UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, | Civil Action No. 04-474ML |
| vs. | |
| Ganda, LLC a/k/a Ganda Communications and John Edward, Defendants/Third Party Plaintiffs, | |
| vs. | |
| Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V., Third Party Defendants. | |

## AFFIDAVIT OF JAMES L. ROGERS, JR.

After first being duly sworn, James L. Rogers, Jr. testifies as follows:

1. I am over the age of eighteen (18) years and am competent to testify. I make this affidavit based on my own personal knowledge.

2. I am an attorney at Leatherwood Walker Todd & Mann, P.C. My firm represents the Defendants/Third Party Plaintiffs in the above matter, Ganda, LLC ("Ganda") and John Edward ("Edward").

3. In March, 2006, my law firm initiated service of the Summons, Amended Answer and Third Party Claims of Ganda/Edward upon the Third Party Defendants Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical

Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V. (collectively the "Draka Defendants") by international certified mail, return receipt requested. Prior to our obtaining all of the return receipts showing service of the foregoing documents, lead counsel for the Draka Defendants (Ira Gross) orally acknowledged and accepted service for the Draka Defendants at a Rule 16 Conference held in front of the Honorable Mary M. Lisi on March 21, 2006.

4. On or about April 11, 2006, the Draka Defendants filed a Motion to Dismiss certain Third Party Claims made against them by Ganda and Edward. The Court denied this Motion on June 9, 2006 and on the same date gave notice to Counsel for the Draka Defendants of such denial. A copy of the Court's Order and its notice to all parties is attached hereto as Exhibit A.

5. Pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, the Draka Defendants had ten (10) days from the date of notice of the Court's Order denying their Motion to Dismiss to file pleadings responsive to the Third Party Claims.

6. The 10 day time limit within which the Draka Defendants may file responsive pleadings has expired without the filing or service of any such pleadings. In addition, I have not received a copy of an Order or notice that the time for any Draka Defendant to file responsive pleadings has been extended.

7. None of the Draka Defendants is a minor or incompetent person (each of them is a corporate entity).

Further, the Affiant saith not.

James L. Rogers, Jr.

James L. Rogers, Jr.

Sworn to and subscribed before
me this 10th day of July, 2006
Myra D. Howard
Notary Public for South Carolina
My commission expires: Dec. 12, 2006