UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, vs. Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants, vs. Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Counterclaim Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF SAMUAL A. MILLER**

I, SAMUAL A. MILLER, first being duly sworn, hereby depose and say:

1. I am an associate with the law firm of Sullivan & Worcester LLP ("S&W") in Boston, Massachusetts, counsel to Plaintiff, Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") in the above-captioned matter.

2. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete.

3. Discovery in this action has just commenced. YOFC has served document requests and interrogatories on Ganda. At present, responses are not yet due.

4. Discovery in this action is scheduled to be competed on or before March 30, 2007.

5. Until at least some discovery has been conducted, YOFC is unable to present evidence beyond what has already been provided to establish Defendant John Edward's liability for fraudulent conveyance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2006.

Samual A. Miller

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I served on the above-named counsel of record a copy of the within Affidavit of Samual A. Miller by mailing first class mail, postage prepaid, on the 17th day of July, 2006.

Lisa A. Laurie