UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Counterclaim Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF IRA K. GROSS, ESQ.**

Ira K. Gross, Esq., being duly sworn, deposes and says:

1. I am an attorney and a partner at Sullivan & Worcester LLP, counsel for Yangtze Optical Fibre and Cable Company Ltd. ("YOFC"), plaintiff in the above-captioned action. I make this affidavit on personal knowledge, information or belief. Where facts are stated upon information and belief, they are identified as such and I believe these facts to be true.

2. I am familiar with and have participated as YOFC's counsel in the above captioned action.

3. I make this affidavit in support of YOFC's objection to the Motion to Dismiss or in the Alternative for Summary Judgment by Ganda LLC ("Ganda") and John Edward ("Edward", and together with Ganda, the "Defendants").

4. In or about early April 2004, I had a conversation with James L. Rogers, Jr., counsel for Ganda and Edward, in which Mr. Rogers indicated that Ganda did not at that time have sufficient funds to satisfy YOFC's claim of approximately $2.5 million. Soon thereafter, YOFC's investigation revealed that, during his divorce proceedings in North Carolina, Mr. Edward had represented to the court that, as of April 21, 2003, Ganda maintained a bank account in the amount of $ 2.65 million ($2,650,000), which was subject to claims by YOFC. Attached as Exhibits A and B hereto are true and accurate copies of Reply to Motion for Contempt, dated April 21, 2003 (see p. 2) and the Year End Cash Reconciliation for LLC's, respectively. Exhibits A and B embody Mr. Edward's representations regarding Ganda's bank accounts to the court in North Carolina. On the foregoing basis, YOFC reasonably inferred that the Ganda bank account had been depleted in some manner subsequent to April 21, 2003, and that Edward, who we believe to be the sole member of Ganda, was responsible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2006.

Ira K. Gross

Ira K. Gross

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I served on the above-named counsel of record a copy of the within Affidavit of Ira K. Gross, Esq. by mailing first class mail, postage prepaid, on the 17th day of July, 2006.

Lisa A. Lariviere
______________________________