DEFENDANT'S EXHIBIT

Year End Cash Reconciliation for LLCs

| | | | |
|---|---|---|---|
| Ganda MM | $ 2,004,521.32 | | |
| Ganda Ch/Savings | $ 506,735.18 | | $ 2,511,256 |
| GFT Ch/Savings | $ 152,590.94 | | $ 152,591 |
| | | Total | $ 2,663,847 |

Liabilities

| | | | |
|---|---|---|---|
| Accrued expenses | $ 32,000 | | |
| Owing YOFC | $ 2,985,063 | Total | $ 3,017,063 |
| | | Deficit | ( $ 353,216 ) |