UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff | ) | Civil Action No. 04-474ML |
| vs. | ) | |
| Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants and Third-Party Plaintiffs | ) | |
| vs. | ) | |
| Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Third-Party Defendants | ) | |

**THIRD-PARTY DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY LATE TO DEFENDANTS' AMENDED ANSWER, COUNTERCLAIMS AND COMPLAINT**

Third-Party Defendants Draka Comteq B.V., Draka Comteq Fibre B.V.,[1] Plasma Optical Fibre B.V., Draka Comteq Americas Inc., and Draka Holding N.V. (collectively, the "Third-Party Defendants")[2], through their undersigned counsel, hereby respectfully move the Court for leave to file their Reply to the Defendants' Amended Answer, Counterclaims and Complaint Against Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fiber, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V. and Demand for Jury Trial (the "Amended Counterclaims") (submitted on July 14, 2006) after the expiration of the ten-day

[1] Plasma Optical Fibre B.V. still exists and is wholly owned by Draka Comteq Fibre B.V.

[2] The Third-Party Defendants were misidentified in the Defendants' original and amended answer and counterclaims and complaint. The correct names for the identified Draka entities are used herein.

period provided for in Fed. R. Civ. P. 12(a)(4)(A). As grounds for this motion, the Third-Party Defendants file their supporting memorandum herewith.

Benjamin V. White, Esq., No. 1652
Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE
Attorneys for Third-Party Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com

Of counsel:

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX
igross@sandw.com
smiller@sandw.com
cdutton@sandw.com

Dated: July 21, 2006

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I served on the above-named counsel of record a copy of the within Third-Party Defendants' Motion for Leave To File a Reply Late to Defendants' Amended Answer, Counterclaims and Complaint by mailing first class mail, postage prepaid, on the 21st day of July, 2006.

Lisa A. Lariviere

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff | ) | Civil Action No. 04-474ML |
| vs. | ) | |
| Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants and Third-Party Plaintiffs | ) | |
| vs. | ) | |
| Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Third-Party Defendants | ) | |

**MEMORANDUM IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY LATE TO DEFENDANTS' AMENDED ANSWER, COUNTERCLAIMS AND COMPLAINT**

Third-Party Defendants respectfully submit that they should be granted leave to file a reply to the amended answer, counterclaims and complaint against them because the delay in filing their reply was not substantial, and defendants have not been prejudiced in any way by the delay.

On or about February 17, 2006, the Defendants filed and served the Amended Counterclaims. In response, on April 10, 2006, the Third-Party Defendants filed a motion to dismiss the Amended Counterclaims. On June 9, 2006, the Court denied the motion to dismiss the Amended Counterclaims. Accordingly, pursuant to Fed. R. Civ. P. 12(a)(4)(A), the Third-

Party Defendants' responsive pleading to the Amended Counterclaims was therefore due to be filed with the Court on or before June 23, 2006.

As more fully explained in the Third-Party Defendants' Memorandum of Law in Support of their Objection to Defendants' Motion for Entry of Default and Cross-Motion for Relief (the "Objection") and the Affidavit of Samual A. Miller, the Third-Party Defendants did not file their responsive pleading by the time prescribed by Fed. R. Civ. P. 12(a)(4)(A), which failure was due solely to inadvertence on the part of their Boston counsel. Boston counsel inadvertently and innocently forgot to see to the filing of the Third-Party Defendants' Reply to the Amended Counterclaims and did not immediately notice the error. Immediately upon discovery of the omission (on July 14, 2006), the Third-Party Defendants filed the Reply to Defendants' Amended Counterclaims, Complaint and Affirmative Defenses ("Third-Party Defendants' Reply").

As further explained in the Objection, the delay in filing Third-Party Defendants' Reply was not substantial, and Defendants have not been prejudiced in any way by this delay. To the Third-Party Defendants' knowledge, the Defendants have not changed their position in the litigation, or relied in any way on Third-Party Defendants' failure to file their reply within the time allotted by the rules. In fact, Third-Party Defendants received discovery requests from Defendants' counsel on June 27, 2006, and both sets of counsel have been involved in discussions related to timing for Third-Party Defendants' production of documents as recently as July 18, 2006.

For all of these reasons, Third-Party Defendants respectfully request that the Court grant them leave to file their Reply to Defendants' Amended Answer, Counterclaims and Complaint.

Benjamin V. White, Esq., No. 1652
Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE
Attorneys for Third-Party Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com

Of counsel:

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX
igross@sandw.com
smiller@sandw.com
cdutton@sandw.com

Dated: July 21, 2006

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum in Support of Third-Party Defendants' Motion for Leave To File a Reply Late to Defendants' Amended Answer, Counterclaims and Complaint by mailing first class mail, postage prepaid, on the 21st day of July, 2006.

Lisa A. Lariviere