UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD., Plaintiff | : | |
| v. | : | C.A. No. 04-474ML |
| GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD, Defendants/Third-Party Plaintiffs | : | |
| v. | : | |
| DRAKA COMTEQ, B.V., DRAKA COMTEQ FIBRE, B.V. f/k/a PLASMA OPTICAL FIBRE, B.V., PLASMA OPTICAL FIBRE, B.V., DRAKA COMTEQ AMERICAS, INC. and DRAKA HOLDING, N.V., Third Party Defendants | : | |

## ASSENTED TO MOTION FOR PROTECTIVE ORDER

Now come the Defendants in the above entitled matter and by agreement with counsel for the Plaintiff and Third Party Defendants move this Honorable Court for entry of the Protective Order Regarding Confidentiality of Discovery Materials attached hereto as Exhibit A. Defendants state that the annexed order has been negotiated with and agreed to by counsel for the Plaintiff and Third Party Defendants. An original order for entry is respectfully submitted herewith.

Wherefore, Defendants pray this Honorable Court enter this Protective Order Regarding Confidentiality of Discovery Materials in the manner and form attached as Exhibit A. A Memorandum of Law in support is submitted herewith.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: July 31, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

G:\cmc\Edward, J\pldgs\assented protective order.doc

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Yangtze Optical Fibre and Cable Company Ltd.,

Plaintiff,

vs.

Ganda, LLC a/k/a Ganda Communications and John Edward,

Defendants/Third Party Plaintiffs,

vs.

Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,

Third Party Defendants.

Civil Action No. 04-474ML

**MEMORANDUM OF LAW IN SUPPORT OF ASSENTED TO MOTION REGARDING CONFIDENTIALITY OF DISCOVERY MATERIALS**

Defendants file this Memorandum of Law in Support of their Assented to Motion for Protective Order Regarding Confidentiality of Discovery Materials. *Fed. R. Civ. P. 26(c)* provides, in part:

> Upon motion by a party or by the person from whom discovery is sought, accompanied by a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action, and for good cause shown, the court in which the action is pending or alternatively, on matters relating to a deposition, the court in the district where the deposition is to be taken may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following:

> (7) that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way…

In this case, the parties have negotiated and agreed that the order submitted herewith will best serve the interests of all parties hereto and balance the need for discovery with the need for confidentially of trade secrets and other commercial information in this matter.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

James L. Rogers, Jr. (JTS)

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: July 31, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2006, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

G:\cmc\Edward, J\pldgs\memo of law.doc