UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff | ) Civil Action No. 04-474ML |
| vs. | ) |
| Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants and Third-Party Plaintiffs | ) |
| vs. | ) |
| Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Third-Party Defendants | ) |

**THIRD-PARTY DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY LATE TO DEFENDANTS' AMENDED ANSWER, COUNTERCLAIMS AND COMPLAINT**

Third-Party Defendants Draka Comteq B.V., Draka Comteq Fibre B.V.,[1] Plasma Optical Fibre B.V., Draka Comteq Americas Inc., and Draka Holding N.V. (collectively, the "Third-Party Defendants")[2], through their undersigned counsel, hereby respectfully move the Court for leave to file their Reply to the Defendants' Amended Answer, Counterclaims and Complaint Against Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fiber, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V. and Demand for Jury Trial (the "Amended Counterclaims") (submitted on July 14, 2006) after the expiration of the ten-day

[1] Plasma Optical Fibre B.V. still exists and is wholly owned by Draka Comteq Fibre B.V.

[2] The Third-Party Defendants were misidentified in the Defendants' original and amended answer and counterclaims and complaint. The correct names for the identified Draka entities are used herein.

period provided for in Fed. R. Civ. P. 12(a)(4)(A). As grounds for this motion, the Third-Party Defendants file their supporting memorandum herewith.

Benjamin V. White, Esq., No. 1652
Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE
Attorneys for Third-Party Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
gcleary@vetterandwhite.com

Of counsel:

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX
igross@sandw.com
smiller@sandw.com
cdutton@sandw.com

Dated: July 21, 2006

## CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I served on the above-named counsel of record a copy of the within Third-Party Defendants' Motion for Leave To File a Reply Late to Defendants' Amended Answer, Counterclaims and Complaint by mailing first class mail, postage prepaid, on the 21st day of July, 2006.

Lisa A. Lariviere