UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Third Party Defendants. | C.A. No.: 04-474ML<br><br>**NOTICE OF DEPOSITION** |

TO: PLAINTIFF AND ITS ATTORNEY:

YOU WILL PLEASE TAKE NOTICE that the deposition of Xu Xizhou will be taken before a Notary Public or some other person authorized by law to take his deposition on Tuesday, September 5, 2006, at 9:00 A.M., and from day to day thereafter until the taking of the deposition may be adjourned, in the offices of Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island, of which time and place you are hereby notified and you are further invited to attend and participate.

YOU WILL TAKE FURTHER NOTICE that the Defendants reserve the right to utilize any and all documents produced in discovery at the deposition.

To the extent you have relied or considered documents not previously produced in discovery with respect to the matters designated above, please produce such records at the deposition.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: August 11, 2006

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2006, a true copy of the within was sent, via electronic transmission, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\deponotice.doc