**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Yangtze Optical Fibre and
Cable Company Ltd.,

Plaintiff,

vs.

Ganda, LLC, a/k/a Ganda
Communications and John Edward,

Defendants and
Third-Party Plaintiffs,

vs.

Draka Comteq, N.V., Draka Fibre
Technology, B.V. f/k/a Plasma Optical
Fiber, B.V., Plasma Optical Fibre, B.V.,
Draka Cableteq USA Corp. and Draka
Holdings, N.V.,

Third-Party Defendants.

Civil Action No. 04-474ML

**MOTION FOR LEAVE TO FILE**
**PLAINTIFF'S RESPONSE**
**TO DEFENDANTS' REPLY MEMORANDUM**

Pursuant to LR Cv 7, the Plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") hereby moves for leave to file a response to the Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment (the "Defendants' Reply Memorandum"). YOFC does not wish to burden the Court with any further papers relating to what it regards as a baseless motion regarding YOFC's fraudulent conveyance claims; nevertheless, because the Defendants' Reply Memorandum introduces several new



{B0546369; 1}

arguments, YOFC believes that a brief rebuttal would be appropriate and helpful in fully delineating the issues before the Court.

WHEREFORE, YOFC moves that the Court grant it leave to file a brief response to the Defendants' Reply Memorandum pursuant to a schedule established by the Court and prior to the currently scheduled August 24, 2006, hearing.

Dated: August 17, 2006

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803
Email: bwhite@vetterandwhite.com
Email: gcleary@vetterandwhite.com

and

Ira K. Gross
Samual A. Miller
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880
Email: igross@sandw.com
Email: smiller@sandw.com

## Certificate of Service

I hereby certify that on August 17, 2006, this **Motion for Leave to File Plaintiff's Response to Defendants' Reply Memorandum** will be served on counsel for all parties as follows:

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
Post Office Box 87
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601-0087

(by first class mail)

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

(by first class mail)

/s/ Gordon P. Cleary



{B0546369; 1}

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Third-Party Defendants. | Civil Action No. 04-474ML |

**MEMORANDUM IN SUPPORT OF MOTIONS FOR LEAVE TO FILE PLAINTIFF'S RESPONSE TO THE DEFENDANTS' REPLY MEMORANDUM**

Pursuant to LR Cv 7, the Plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") has moved for leave to file a brief response (the "Surreply") to the Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment (the "Defendants' Reply Memorandum"). The Defendants' Reply Memorandum introduces several new arguments, which are erroneous and baseless. The Surreply will merely address those new arguments and provide the Court a more complete treatment of the issues at hand.

On November 8, 2004, YOFC filed its complaint, which contains several causes of action, including (i) breach of contract against Ganda, LLC, a/k/a Ganda Communications ("Ganda"); (ii) money had and received/unjust enrichment against Ganda; (iii) account stated against Ganda; (iv) actual fraudulent conveyance against Ganda and John Edward; and (v) constructive fraudulent conveyance against Ganda and Mr. Edward. In their answer, the Defendants denied any liability under those causes of action.

Though neither Ganda nor Mr. Edward has answered a single interrogatory, or responded to a single document request, or produced a single document, the Defendants have moved to dismiss or in the alternative for summary judgment on, the fraudulent conveyance claims.[1] YOFC has opposed that motion, arguing that it has properly alleged all of the elements of fraudulent conveyance claims and that summary judgment would be premature, given the complete absence of any discovery from the Defendants. In support of its opposition, YOFC submitted affidavits from Ira K. Gross and Samual A. Miller showing, respectively, that there is a good faith basis for the fraudulent conveyance allegations and that discovery should be permitted under Fed. R. Civ. P. 56(f) before the Court hears or grants any summary judgment motion.

In the Defendants' Reply Memorandum, the Defendants argue that (i) Mr. Gross's affidavit violates Model Rule of Professional Conduct 3.7; (ii) Mr. Gross's affidavit violates Fed. R. Evid. 408; (iii) YOFC has not produced any evidence that a fraudulent conveyance has occurred; and (iv) YOFC is not entitled to conduct any discovery. YOFC has not had an opportunity to address these arguments as they were raised for the first time in the Defendants'

---

[1] The hearing on the Defendants' underlying motion is currently scheduled for August 24, 2006. YOFC is prepared to file the Surreply pursuant to a scheduled established by the Court and prior to the August 24th hearing.

Reply Memorandum. Accordingly, YOFC requests leave of the Court to file the Surreply, which will briefly address these new (erroneous and baseless) arguments and give the Court a complete record on which it may render a decision on the Defendants' motion to dismiss or, in the alternative, for summary judgment.

Dated: August 17, 2006

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
Gordon P. Cleary, Esq., No. 1948
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803
Email: bwhite@vetterandwhite.com
Email: gcleary@vetterandwhite.com

and

Ira K. Gross
Samual A. Miller
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880
Email: igross@sandw.com
Email: smiller@sandw.com

## Certificate of Service

I hereby certify that on August 17, 2006, this **Memorandum in Support of Motion for Leave to File Plaintiff's Response to Defendants' Reply Memorandum** will be served on counsel for all parties as follows:

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
Post Office Box 87
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601-0087

(by first class mail)

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

(by first class mail)

/s/ Gordon P. Cleary