UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YANGTZE OPTICAL FIBRE and CABLE COMPANY, LTD. | : | |
| v. | : | C.A. No. 04-474ML |
| GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD | : | |
| v. | : | |
| DRAKA COMTEQ B.V., DRAKA COMTEQ FIBRE B.V., PLASMA OPTICAL FIBRE B.V., DRAKA COMTEQ AMERICAS INC., and DRAKA HOLDING N.V. | : | |

**MEMORANDUM AND ORDER**
**ON RECONSIDERATION**

On June 19, 2006, this matter was before the Court for hearing on the Motion to Compel Responses to Discovery Requests (Document No. 44) filed by Defendants/Third-Party Plaintiffs, Ganda, LLC, a/k/a Ganda Communications, and John Edward (collectively "Ganda"), pursuant to Rule 37 of the Federal Rules of Civil Procedure. The Motion was referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). A hearing was held on June 19, 2006. For the reasons stated in an Order dated June 20, 2006 (Document No. 50), the Motion to Compel was DENIED.

On July 10, 2006, Ganda requested reconsideration of the denial based on Plaintiff's failure to produce documents within two weeks as represented at the hearing. Plaintiff's counsel was overly optimistic in his estimate of the timing of production. The documents were not produced in two weeks but rather have been produced piecemeal on July 31, 2006 and September 1, 2006, and it was

represented that a batch of approximately 3,200 additional documents will be produced in the very near future. This Court's earlier decision to deny Ganda's Motion to Compel was based primarily on the representation of Plaintiff's counsel that production would be accomplished within two weeks of the hearing, or in early July. Since Plaintiff's counsel's prediction turned out to be inaccurate and production has been ongoing over the Summer, the primary basis for this Court's June 20, 2006 denial of Ganda's Motion did not come to fruition, and reconsideration is warranted. Thus, this Court vacates its Order of June 20, 2006 as to Ganda's requests for production served on Plaintiff.[1] Plaintiff shall respond to such requests by September 30, 2006. In addition, Plaintiff and Draka shall also respond to Ganda's revised sets of interrogatories served on or about June 23, 2006 by September 30, 2006.

**Conclusion**

As discussed above, this Court's Order dated June 20, 2006 (Document No. 50) is vacated in part, and Ganda's Motion to Compel (Document No. 44) is GRANTED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
September 8, 2006

[1] At the hearing, Ganda's counsel discussed that status of Draka's responses to Ganda's document requests served on it. However, Ganda's Motion to Compel (Document No. 44) only addresses the document requests served on Plaintiff, and Ganda has not moved on the requests served on Draka. Thus, any dispute about those served on Draka are not presently before the Court for determination.