**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Third-Party Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF SAMUAL A. MILLER**

I, SAMUAL A. MILLER, first being duly sworn, hereby depose and say:

1. I am an associate with the law firm of Sullivan & Worcester LLP in Boston, Massachusetts, counsel to Yangtze Optical Fibre and Cable Company Ltd. ("YOFC").

2. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete.

3. On June 21, 2006, YOFC served Plaintiff's First Requests for Documents and Tangible Things and Plaintiff's First Set of Interrogatories (the "Discovery Requests") on Ganda, LLC a/k/a Ganda Communications ("Ganda"). Copies of the Discovery Requests are attached hereto as **Exhibit A**.

4. To date, YOFC has not received any answers or responses in response to the Discovery Requests. On the other hand, in response to Ganda's discovery requests, YOFC and the Draka parties have produced several thousand pages of documents and answered interrogatories.

5. I have called Ganda's counsel, Rebecca Zabel, an associate at Leatherwood Walker Todd & Mann, P.C., on at least two (2) occasions requesting information regarding when Ganda would respond to the Discovery Requests. I was told on each occasion that Ganda was working on the responses and that they would be forthcoming.

6. On September 15, 2006, YOFC's counsel sent a letter to Rebecca Zabel asking when YOFC could expect responses to the Discovery Requests. A copy of that September 15th letter is attached hereto as **Exhibit B**. On September 27, 2006, YOFC's counsel sent a second letter to Rebecca Zabel asking when YOFC could expect responses to the Discovery Requests. A copy of that September 27th letter is attached hereto as **Exhibit C**.

7. On October 3, 2006, Rebecca Zabel did respond in a letter, explaining that Ganda would provide YOFC with discovery responses as soon as possible. A copy of that October 3rd letter is attached hereto as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2006.

[signature]
Samual A. Miller



{B0563882; 1}

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this affidavit on October 19, 2006. The affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary



{B0558852; 4}