# EXHIBIT C

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

September 27, 2006

**By Facsimile and**
**First Class Mail**

Rebecca H. Zabel, Esq.
Leatherwood Walker Todd & Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601-0087

**Re: Yangtze Optical Fibre and Cable Company Ltd. v. Ganda, LLC, *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML**

Dear Ms. Zabel:

On September 15, 2006, we wrote to you regarding the failure of your client, Ganda LLC, to respond in any manner to the discovery requests (document requests and interrogatories) that YOFC served on June 21, 2006. To date, we have still not received any responses, documents, or answers in response to YOFC's discovery requests. Further, we have not even received a response to our September 15th request to let us know when we could expect responses and documents.

We again request that you let us know when we can expect responses and documents. Despite our reluctance to involve the court in this discovery dispute, unless we receive responses and documents in response to document requests and answers to interrogatories by the end of the day on Friday, September 29, 2006, we will file an appropriate motion with the court.

Please feel free to contact me should you have any questions.

Very truly yours,

Ira K. Gross

Direct line: 617 338 2823
igross@sandw.com

cc: Gordon P. Cleary, Esq. (by facsimile)
Justin T. Shay, Esq. (by facsimile)