# EXHIBIT D

File
19090-2
Corr.


# LEATHERWOOD WALKER TODD & MANN, P.C.

ATTORNEYS AT LAW
THE LEATHERWOOD PLAZA
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE, SOUTH CAROLINA 29601
FAX: (864) 240-2477
TELEPHONE: (864) 242-6440

JOHN E. JOHNSTON, JR.
HARVEY G. SANDERS, JR.
DAVID A. QUATTLEBAUM III
JOSEPH E. MAJOR
DUKE K. MCCALL, JR.
EARLE G. PREVOST
J. RICHARD KELLY
A. MARVIN QUATTLEBAUM
JACK H. TEDARDS, JR.
F. MARION HUGHES
MICHAEL J. GIESE
MARK R. HOLMES
WILLIAM L. DENNIS
NATALMA M. MCKNEW
ROBERT A. DEHOLL
RICHARD L. FEW, JR.
STEVEN E. FARRAR
NANCY HYDER ROBINSON
H. GIBERT SANDERS, III
THOMAS W. EPTING
JAMES L. ROGERS, JR.
DAVID E. HODGE
FRANK C. WILLIAMS III
WILLIAM L. PITMAN
ROBERT D. MOSELEY, JR.

JAMES T. HEWITT
KURT M. ROZELSKY
J. TODD HYCHE
LAUREL R.S. BLAIR
JAMILE J. FRANCIS III
JOHN P. RIORDAN
SEANN GRAY TZOUVELEKAS
WILLIAM B. SWENT
MICHELE FULLER LYERLY
LAURIN MILFORD MCDONALD
PETER A. RUTLEDGE
PAUL E. HAMMACK
CARI V. HICKS
MARY H. WATTERS
J. KURT SCHUMACHER, JR.
JONATHAN D. HAMMOND
JENNIFER ADAMSON MOORHEAD
ALEXANDRE N. MACCLENAHAN
ERIKA B. NEWSOM
ZANDRA L. JOHNSON
S. BROOKE CHAPMAN
JOHN M. WALKER
P. GRIFFIN BELL
THOMAS M. LARKIN
REBECCA H. ZABEL

**Mailing Address:**
Post Office Box 87
Greenville, SC 29602-0087

COUNSEL:
JAMES H. WATSON

D. G. LEATHERWOOD
1896-1989
WESLEY M. WALKER
1915-1999
FLETCHER C. MANN
1921-2003

WRITER'S
Direct Dial: 864-240-3431
Direct Fax: 864-240-2498
E-Mail: rzabel@lwtm.com


October 3, 2006

**VIA FACSIMILE TO (617) 338-2880**
Ira K. Gross, Esq.
Sullivan & Worcester
One Post Office Square
Boston, MA 02109

Re: *Yangtze Optical Fibre and Cable Company, Ltd. V. Ganda, LLC,* et al. *v. Draka Comteq, B.V.,* et al.
Civil Action No.: 04-474ML

Dear Ira:

We are in receipt of your letters dated September 15, 2006 and September 27, 2006 regarding our clients' responses to YOFC's discovery requests. Please be aware that Mr. Edward has been out of the country for the last three weeks and thus has been unavailable to review any documents and other discovery requests. Furthermore, Ganda, LLC has been out of business for years, and all of the company's documents are located in the basement of a former employee. As a result, we have had some difficulty gaining access to the necessary documents. However, we will provide you with discovery responses as soon as possible.

Yours very truly,

Rebecca H. Zabel

Rebecca H. Zabel
Leatherwood Walker Todd & Mann, P.C.