UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd., Plaintiff, vs. Ganda, LLC a/k/a Ganda Communications and John Edward, Defendants, vs. Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V., Counterclaim Defendants. | C.A. No.: 04-474ML |

**RESPONSE TO MOTION TO COMPEL OF YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD.**

The Plaintiff, Yangtze Optical Fibre and Cable Company, Ltd. ("YOFC") has filed a Motion to Compel responses to its discovery requests served upon the Defendant Ganda, LLC ("Ganda"). Ganda responds as follows.

Due to the actions of YOFC and the Draka Defendants, Ganda ceased its business operations shortly after its business relationship with YOFC was terminated in 2002. Thereafter, all of Ganda's business records were placed in storage in the basement of the home of an ex-employee, Syed Ahmed Mustafa, in Rochester, New York. Ganda currently has no employees, no physical address, no operations of any kind.

Ganda's owner, John Edward, lives in Wilmington, N.C. Although Mr. Edward believes that most of the records responsive to YOFC's discovery requests are still available in Mr. Mustafa's basement, those records have been difficult to access given the distance between Mr. Edward's home and Rochester, NY, and the lack of employees to assist this effort. Mr. Edward has nevertheless made every effort to locate and produce records responsive to YOFC's discovery requests and should be able to finalize a document production to YOFC within one month.

Ganda served interrogatories and requests to produce on YOFC on March 21, 2006. YOFC made absolutely no reponse to these discovery requests until over four (4) months later on July 31, 2006 and only after a hearing before this Court on Ganda's Motion to Compel in June, 2006. Ganda served discovery requests on the Draka defendants on June 22, 2006 and received no response for 2 ½ months (responses were served on September 1 and 8, 2006).

Ganda noticed the deposition of YOFC's general manager, Xu Xizhou, for August 11, 2006 and YOFC continues until now to refuse to produce him for deposition. Ganda has not filed a motion to compel with regard to Mr. Xu's deposition since it did not wish to overburden the court with motions and because Ganda has been attempting in good faith to negotiate a settlement of this matter with YOFC.

Despite YOFC's consistent refusal to abide by the rules of discovery, and despite the obstacles created by the fact that Ganda is no longer an operational company, Ganda believes that it can commit to providing responses to YOFC's discovery no later than December 7, 2006. Ganda respectfully requests that YOFC's motion be denied pending Ganda's compliance with this December 7 deadline.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: November 6, 2006

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2006, a true copy of the within was sent, as indicated, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903
(VIA ELECTRONIC TRANSMISSION)

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
(VIA FIRST-CLASS MAIL, POSTAGE PREPAID)

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\response.doc