UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Third-Party Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF Dean J. DiPilato**

I, DEAN J. DIPILATO, first being duly sworn, hereby depose and say:

1. I am an associate with the law firm of Sullivan & Worcester LLP in Boston, Massachusetts, counsel to Yangtze Optical Fibre and Cable Company Ltd. ("YOFC").

2. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete.

3. In June of 2004, Ganda, LLC a/k/a Ganda Communications and John Edward ("Ganda") filed a complaint in the United States District Court for the Northern District of Georgia.

4. YOFC produced documents from China and Europe to Ganda in July of 2006.

{B0577137; 1}

5. On September 15, 2006, we, Sullivan & Worcester LLP, sent a letter to Rebecca Zabel, an associate at Leatherwood Walker Todd & Mann, P.C., counsel for Ganda, informing her that Dr. Xu would be available for deposition between November 6, and November 17, 2006.

6. On October 20, 2006, another letter was sent to Rebecca Zabel offering alternative dates for the deposition of Dr. Xu contingent upon the receipt of responses to YOFC's discovery requests.

7. To date, Ganda has failed to comply with its discovery obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2006.

Dean J. DiPilato



{B0577137; 1}

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Affidavit on November 16, 2006. The affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary