UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Yangtze Optical Fibre and
Cable Company Ltd.
Plaintiff(s)

v.

Ganda, LLC, a/k/a Ganda Communications
and John Edward,

Defendant(s)/Third Party
Plaintiffs

See attached sheet for names of Third-Party
Defendants and full caption.

Dkt. No. 04-474ML

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/~~Defendant~~ Yangtze Optical Fibre and Cable Company/ and Third-Party Defendants (see attached sheet) hereby moves that Beth L. Jacobson be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

(Plaintiff/~~Defendant~~) and Third-Party Defendants (see attached sheet)

By: Gordon P. Cleary, Esq.
Bar ID No.: 1948
Address: Vetter & White
20 Washington Place
Providence, RI 02903

DATED: February 7, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) See attached sheet, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

______________________________
Signature of *Pro Hac Vice* Applicant

Beth L. Jacobson — 644718
Print Name — State Bar ID #

Sullivan & Worcester LLP
Firm Name

One Post Office Square, Boston, MA 02109
Business Address

(617) 338-2800 — (617) 338-2880
Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

______________________________
Signature of Local Counsel

Gordon P. Cleary, Esq. — 1948
Print Name — R.I. Bar ID #

Vetter & White
Firm and Business Address
20 Washington Place
Providence, RI 02903

Tel. # (401) 421-3060 Fax # (401) 272-6803

---

**ORDER**

This motion is hereby ______________________________

______________________________
District Judge

Date:

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this motion on February 7, 2007. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary