# ATTACHMENT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., | |
| Plaintiff, | Civil Action No. 04-474ML |
| vs. | |
| Ganda, LLC, a/k/a Ganda Communications and John Edward, | |
| Defendants/Third Party Plaintiffs, | |
| vs. | |
| Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V., | |
| Third Party Defendants. | |