# ATTACHMENT 2

| | | ID # | AdmitDate | RegExpDate |
|---|---|---|---|---|
| **Jacobson, Beth L.** | Associate | | | |
| *Federal Court Admissions* | | | | |
| Federal Circuit, 2006 | | | | |
| US Court of Federal Claims | | | 3/2/2005 | |
| Supreme Court of the US | | | 3/21/2005 | |
| US Court of Appeals, 1st Circuit | | 83766 | 5/10/2002 | |
| USDC (D. Mass.) | | | 6/23/2000 | |
| *State Court Admissions* | | | | |
| | MA | 644718 | 12/15/1999 | 9/1/2007 |

US Court of Federal Claims - No registration fees