**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, vs. Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants and Third-Party Plaintiffs, vs. Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Third-Party Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF LINDSAY D. BARNA**

I, LINDSAY D. BARNA, first being duly sworn, hereby depose and say:

1. I am a junior associate with the law firm of Sullivan & Worcester LLP in Boston, Massachusetts, counsel to Yangtze Optical Fibre and Cable Company Ltd. ("YOFC").

2. I am a member in good standing of the Massachusetts Bar.

3. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete.

4. On June 21, 2006, YOFC served Plaintiff's First Requests for Documents and Tangible Things (the "Discovery Requests") on Ganda, LLC a/k/a Ganda Communications ("Ganda").

5. Attorneys at Sullivan & Worcester LLP sent letters dated September 15, 2006 and October 20, 2006 to Rebecca Zabel, an associate at Leatherwood Walker Todd & Mann, P.C., counsel for Ganda, informing her of dates on which Dr. Xu, YOFC's general manager, would be available for deposition. True and accurate copies of the September 15, 2006 and October 20, 2006 letters are attached hereto as **Exhibits A and B**, respectively.

6. On October 19, 2006, YOFC filed YOFC's Motion to Compel Responses to Discovery Requests. A true and accurate copy of YOFC's Motion to Compel Responses to Discovery Requests is attached hereto as **Exhibit C**.

7. On November 30, 2006, Ganda produced Defendant's Responses to Plaintiff's First Requests for Documents and Tangible Things ("Responses to Discovery Requests").

8. Ganda produced documents to YOFC's counsel on November 30, 2006. Included in this document production were 646 documents, which included multiple copies of the same documents.

9. On December 29, 2006, an attorney at Sullivan & Worcester LLP sent a letter to Attorney James Rogers, counsel for Ganda, informing him of the deficiencies in Defendant's document production and that those deficiencies must be corrected or Plaintiff would be forced to file a Motion to Compel. A true and accurate copy of that letter is attached hereto as **Exhibit D.**

10. Ganda responded to YOFC's December 29, 2006 letter with a letter dated January 5, 2007. A true and accurate copy of the January 5, 2007 letter is attached hereto as **Exhibit E.**

11. On January 12, 2007, I called Ganda's counsel, James Rogers, a partner at Leatherwood Walker Todd & Mann, P.C., to discuss the deposition of Dr. Xu and the extension

of discovery deadlines. During this call I informed James Rogers that Ira Gross, a partner at Sullivan & Worcester LLP representing YOFC, was out of the country, and that Dean DiPilato, the senior associate then representing YOFC, was in the hospital. James Rogers was insistent that we produce Dr. Xu for deposition as soon as possible, and that I give him dates for the deposition. I responded to Mr. Rogers that possibly late February or early March could work. Mr. Rogers proposed the date of March 14, 2007 in reply.

12. On January 12, 2007, I sent an email to James Rogers, regarding our telephone conversation earlier that day. At that time Mr. Rogers insisted that he had not proposed the date of March 14, 2007, and that Dr. Xu should be produced for deposition earlier.

13. On January 22, 2007, I sent an email to James Rogers, to obtain Ganda's consent to YOFC's request for an extension of the discovery deadlines, as well as to discuss the unresolved issues concerning Ganda's discovery deficiencies. On January 24, 2007, I received an email from Rebecca Zabel, counsel for Ganda, assenting to a thirty (30) day extension of discovery. A true and accurate copy of the January 24, 2007 email is attached hereto as **Exhibit F.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2007.

Lindsay D. Barna

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this affidavit on February 7, 2007. The affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary