UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Third-Party Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF BETH L. JACOBSON**

I, BETH L. JACOBSON, first being duly sworn, hereby depose and say:

1. I am an associate with the law firm of Sullivan & Worcester LLP in Boston, Massachusetts, counsel to Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") and have been since September, 2001.

2. I am a member in good standing of the Massachusetts Bar.

3. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete.

4. Exhibit A, attached hereto, is a true and accurate copy of Plaintiff YOFC's First Set of Interrogatories directed to Defendant Ganda which was served on June 21, 2006.

{B0610180; 2}

5. Exhibit B, attached hereto, is a true and accurate copy of Defendant Ganda's Response to Plaintiff's First Set of Interrogatories dated November 30, 2006.

6. Exhibit C, attached hereto, is a true and accurate copy of a letter I sent to Ganda's counsel on February 9, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2007.

Beth L. Jacobson



{B0610180; 2}