UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Counterclaim Defendants. | ) | C.A. No.: 04-474ML |

**GANDA, LLC'S MOTION TO COMPEL THE DEPOSITION OF XU XIZHOU**

The Defendants, Ganda, LLC a/k/a Ganda Communications and John Edward (hereinafter collectively referred to as "Ganda"), respectfully move the Court pursuant to Rule 37 of the Federal Rules of Civil Procedure for an Order directing Plaintiff, Yangtze Optical Fibre and Cable Company ("YOFC"), to produce Dr. Xu Xizhou for a deposition, pursuant to Ganda's Notice of Deposition served on YOFC on August 11, 2006.

In support of this Motion to Compel, Ganda refers to its Memorandum in Opposition to YOFC's Motion to Stay the Deposition of Xu Xizhou and in Support of its Motion to Compel the Deposition of Xu Xizhou, filed contemporaneously herewith, and hereby incorporates the

same by reference. Ganda also requests an award for its reasonable attorneys' fees and costs incurred in making this motion, in accordance with Fed. R. Civ. P. 37.

The undersigned certifies that Defendants'/Third Party Plaintiffs' counsel has consulted with opposing counsel before filing this motion, as set forth above.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: February 22, 2007

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2007, a true copy of the within was sent, via electronic transmission, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\GVLDOCS-1071178-v1-Edward Ganda motion to compel xu's deposition.DOC