UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Counterclaim Defendants. | C.A. No.: 04-474ML |

**GANDA, LLC'S OBJECTION TO YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD.'S MOTION TO EXTEND THE FACT DISCOVERY AND OTHER DEADLINES**

Defendants, Ganda, LLC a/k/a Ganda Communication and John Edward (hereinafter collectively referred to as "Ganda"), hereby oppose Yangtze Optical Fibre and Cable Company, Ltd.'s Motion to Extend the Fact Discovery and Other Deadlines.

Pursuant to a Scheduling Order dated March 23, 2006, Judge Lisi ordered that all discovery in this matter shall end by March 30, 2007.[1] YOFC filed its Complaint on November 8, 2004, and Ganda filed its Answer, Counterclaim and Third Party Complaint on December 22, 2005. Thus, the matter has been ongoing for well over two years, and discovery has been open

[1] See Pretrial Order, attached hereto as Exhibit A.

for nearly thirteen months. In consideration of the hospitalization of one of YOFC's attorneys, Ganda agreed to extend the discovery deadline by thirty days. However, Ganda did not agree to extend the deadline more than thirty days, nor does Ganda believe that such an extension is warranted. The unusual delay in discovery in this matter is due in large part to the dilatory actions of YOFC; to grant YOFC another ninety days to complete discovery not only sanctions its dilatory tactics but encourages it to continue to delay discovery. Ganda believes it is in the interest of the Court, as well as both parties that discovery be completed by the end of April 2007 so that an efficient resolution can be brought to this matter.

WHEREFORE, Ganda respectfully requests that the Court deny YOFC's Motion to Extend the Fact Discovery and Other Deadlines.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: February 22, 2007

/s/ James L. Rogers, Jr.
James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2007, a true copy of the within was sent, via electronic transmission, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

/s/ Justin T. Shay