UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Yangtze Optical Fibre and Cable Company, Ltd.,

Plaintiff,

vs.

Ganda, LLC a/k/a Ganda Communications and John Edward,

Defendants,

vs.

Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,

Counterclaim Defendants.

C.A. No.: 04-474ML

**GANDA, LLC'S OBJECTION TO YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

Defendants, Ganda, LLC a/k/a Ganda Communication and John Edward (hereinafter collectively referred to as "Ganda"), hereby oppose Yangtze Optical Fibre and Cable Company, Ltd.'s Motion to Compel the Production of Documents.

In support of this Objection, Ganda refers to its Memorandum in Opposition to YOFC's Motion to Compel the Production of Documents, filed contemporaneously herewith, and hereby incorporates the same by reference.

WHEREFORE, Ganda respectfully requests that the Court deny YOFC's Motion to Compel Production.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: February 22, 2007

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2007, a true copy of the within was sent, via electronic transmission, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\GVLDOCS-1071195-v1-Edward Ganda objection to YOFC's motion to compel.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Counterclaim Defendants. | C.A. No.: 04-474ML |

**GANDA, LLC'S MEMORANDUM IN OPPOSITION TO YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

The Plaintiff, Yangtze Optical Fibre and Cable Company, Ltd. ("YOFC"), has filed a Motion to Compel the Production of Documents. Ganda, LLC ("Ganda") responds as follows.

Ganda served its responses to YOFC's first set of Requests for Production on November 30, 2006. By letter dated December 29, 2006, counsel for YOFC notified Ganda of certain, limited areas where he believed Ganda's responses were inadequate.[1] Counsel for YOFC thereby requested that Ganda supplement its responses and produce additional documentation.[2] By letter dated January 5, 2007, counsel for Ganda explained to YOFC that its client was out of the

[1] See Letter dated December 29, 2006, attached hereto as Exhibit A.
[2] Id.

country and was therefore unavailable to discuss the alleged deficiencies but that it would do so upon his return and would forward to YOFC supplemental responses as soon as possible.[3]

It should be noted at the outset that YOFC has served over one hundred separate, numbered requests for production on Ganda in an obvious attempt to overwhelm John Edward, its sole owner, with discovery obligations. Ganda is a defunct company which had a maximum of 3 or 4 employees even when active and most of whose records are now stored in an ex-employee's basement.[4] Despite these obstacles, YOFC has been able to find fault with only a handful of Ganda's responses to its voluminous discovery requests.

Ganda served Supplemental Responses to YOFC's Requests for Production of Documents and Tangible Things on YOFC on February 21, 2007. These Supplemental Responses are attached as Exhibit D.

Ganda has produced its Certificate of Formation, among other items, although the Certificate was as easily obtainable by YOFC (as a matter of public record) as by Ganda. This document verifies that Ganda is a valid business entity, answering this concern raised by YOFC. As for Ganda's operating agreement, this constitutes confidential and proprietary information not reasonably calculated to lead to admissible evidence and is not discoverable. YOFC's bringing of a breach of contract claim against Ganda should not entitle YOFC to dig into the inner workings of Ganda's corporate form.

Requests Number 15 and 16 seek production of documents constituting or concerning communications between Ganda or Mr. Edward and third parties with no relationship whatsoever with this lawsuit. YOFC has no basis for asserting that Ms. Lu/Hojsak has any knowledge of Ganda's relationship with its owner or any transfers it would have made to Mr.

---

[3] See Letter dated January 5, 2007, attached hereto as Exhibit B.
[4] See Affidavit of John Edward, attached hereto as Exhibit C.

Edward. YOFC's attempt to obtain production of these documents is nothing more than an improper attempt to dig into the personal, private information of Mr. Edward and one of his acquaintances.

Ganda objects to the production of documents requested by numbers 33 and 43 on the grounds that these documents are irrelevant to the claims at issue and are obviously YOFC's attempt at a fishing expedition in order to gain knowledge of Ganda's private and confidential financial information. This action is nothing more than a breach of contract action, and Ganda's financial information has no relevance whatsoever.[5] Ganda has actually requested pertinent financial information from YOFC in Ganda's discovery requests, seeking "all financial statements, balance sheets, profit and loss statements, cash flow statements or other documents that disclose YOFC's sales of fiber optic products into the United States, directly or indirectly, on a monthly, quarterly, semi-annual or annual basis, throughout the Production Period."[6] YOFC has flatly refused to produce any such documentation, stating that "YOFC objects to this Request for Production of Documents to the extent that it is vague, overly broad, and unduly burdensome in that it seeks information that is neither relevant, nor reasonably calculated to lead to the discovery of admissible evidence."[7] While YOFC did produce certain financial records, the only records produced were YOFC's financial documents for its entire world-wide operations. Ganda specifically requested financial information for YOFC's North American operations only. Financial information for YOFC's world-wide operations is worthless to Ganda since the claims in dispute center around actions YOFC took in the North American market. Global figures are

---

[5] Notwithstanding Ganda's objections to the production of its financial documents, Ganda has searched for the requested financial information and is unable to locate any balance sheets, profit and loss statements or other financial statements, and the same are therefore unavailable. See Affidavit of John Edward, attached as Exhibit C.
[6] See Ganda's First Set of Requests for Production to YOFC, attached hereto as Exhibit E (emphasis added).
[7] See YOFC's Responses to Ganda's First Set of Requests for Production to YOFC, attached hereto as Exhibit F.

meaningless in the context of this lawsuit. Accordingly, these financial documents were non-responsive.

Therefore, for the reasons explained above, Ganda requests that YOFC's Motion to Compel Production of Documents be denied.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: February 22, 2007

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2007, a true copy of the within was sent, via electronic transmission, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\GVLDOCS-1071191-v1-Edward Ganda response to motion to compel.DOC