# EXHIBIT B

LEATHERWOOD WALKER TODD & MANN, P.C.

ATTORNEYS AT LAW
THE LEATHERWOOD PLAZA
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE, SOUTH CAROLINA 29601
FAX: (864) 240-2477
TELEPHONE: (864) 242-6440

Mailing Address:
Post Office Box 87
Greenville, SC 29602-0087

JOHN E. JOHNSTON, JR.
HARVEY G. SANDERS, JR.
DAVID A. QUATTLEBAUM III
JOSEPH E. MAJOR
DUKE K. MCCALL, JR.
EARLE G. PREVOST
J. RICHARD KELLY
A. MARVIN QUATTLEBAUM
JACK H. TEDARDS, JR.
F. MARION HUGHES
MICHAEL J. GIESE
MARK R. HOLMES
WILLIAM L. DENNIS
NATALMA M. MCKNEW
ROBERT A. DEHOLL
RICHARD L. FEW, JR.
STEVEN E. FARRAR
H. GIBERT SANDERS, III
THOMAS W. EPTING
JAMES L. ROGERS, JR
DAVID E. HODGE
FRANK C. WILLIAMS III
WILLIAM L. PITMAN
ROBERT D. MOSELEY, JR
JAMES T. HEWITT
KURT M. ROZELSKY
J. TOD HYCHE
LAUREL R.S. BLAIR
JAMILE J. FRANCIS III
JOHN P. RIORDAN
SEANN GRAY TZOUVELEKAS
WILLIAM B. SWENT
MICHELE FULLER LYERLY
LAURIN MILFORD MCDONALD
PETER A. RUTLEDGE
PAUL E. HAMMACK
CARI V. HICKS
MARY H. WATTERS
J. KURT SCHUMACHER, JR.
JENNIFER ADAMSON MOORHEAD
ALEXANDRE N. MACCLENAHAN
ERIKA B. NEWSOM
ZANDRA L. JOHNSON
S. BROOKE CHAPMAN
JOHN M. WALKER
P. GRIFFIN BELL
THOMAS M. LARKIN
REBECCA H. ZABEL

COUNSEL:
JAMES H. WATSON

D.B. LEATHERWOOD
1896-1989
WESLEY M. WALKER
1915-1999
FLETCHER C. MANN
1921-2003

WRITER'S
Direct Dial: 864-240-2431
Direct Fax: 864-240-2498
E-Mail: rzabel@lwtm.com

January 5, 2007

Dean J. DiPilato, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Re: *Yangtze Optical Fiber and Cable Company Ltd. V. Ganda LLC, a/k/a Ganda Communications*, et al. *v. Draka Comteq, B.V.*, et al.

Dear Mr. DiPilato:

We are in receipt of your letter dated December 29, 2006 requesting that we supplement our responses to YOFC's discovery requests. Our client is currently out of the country, and thus we have not had an opportunity to discuss your requests with him. Once he returns, we will discuss these matters with him and will provide you with additional discovery responses as soon as possible. We hope to be able to do this by Jan. 16 (our client returns on Jan. 11).

In the meantime, we would like to move forward with scheduling the deposition of Dr. Xu. We have been trying to schedule Dr. Xu's deposition for nearly five months and have consistently been confronted with resistance from YOFC. We understand that YOFC was withholding Dr. Xu partially in response to Ganda's late discovery responses. Production of a witness for a deposition can not be conditioned upon the receipt of written discovery responses. We nonetheless have responded in good faith to YOFC's initial discovery requests and now insist on taking Dr. Xu's deposition.

Accordingly, we request that Dr. Xu be made available for a deposition as soon as possible, but no later than January 20, 2007. Please provide us with specific dates during which Dr. Xu will be available to be deposed in the offices of Cameron & Mittleman LLP in Providence, Rhode Island. In the event you are unable or unwilling to provide us with specific dates, we will have no choice but to file a Motion to Compel Dr. Xu's deposition.

Yours very truly,

Rebecca H. Zabel

Rebecca H. Zabel
Leatherwood Walker Todd & Mann, P.C.

cc: John Edward
Justin T. Shay, Esq.