# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd., Plaintiff, vs. Ganda, LLC a/k/a Ganda Communications and John Edward, Defendants, vs. Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V., Counterclaim Defendants. | C.A. No.: 04-474ML |

**AFFIDAVIT OF JOHN EDWARD**

PERSONALLY APPEARED before me the undersigned who, having been duly sworn, testifies and states as follows:

1. I am the Owner of Ganda, LLC, a/k/a Ganda Communications ("Ganda"). I am 67 years old. I have personal knowledge of these matters and am authorized to execute this instrument on Ganda's behalf. I am submitting this Affidavit in support of Defendant's Response to Yangtze Optical Fibre and Cable Company, Ltd.'s Motion to Compel the Production of Documents.

2. Ganda ceased its business operations some five (5) years ago, in 2002. Thereafter, most of Ganda's business records were placed in storage of the home of an ex-employee, Syed Ahmed Mustafa, in Rochester, New York. Some records were also kept in my home.

3. Ganda currently has no employees, no physical address and no operations of any kind.

4. During Ganda's period of active operation, Ganda employed on average no more than three or four employees. It was a very small company.

5. I have made every effort to locate and produce records response to YOFC's 100 plus document requests. I have made every effort to locate and produce balance sheets, and profit/loss reports (a/k/a income statements). I have been unable to locate any of these documents among Ganda's records. Ganda's former accountants may have these records, although I am not certain that balance sheets or Profit/Loss statements were ever generated for Ganda. Ganda's operations were very simple and would not necessarily have required "financial statements" of this kind.

FURTHER THE AFFIANT SAYETH NOT.

John Edward

SWORN TO before me
this 22 day of February, 2007.

Phillip J. Davids

Notary Public for North Carolina
My commission expires: SEP 28, 2010

OFFICIAL SEAL
Notary Public, North Carolina
County of New Hanover
PHILLIP J. DAVIDS
My Commission Expires September 28, 2010