# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Counterclaim Defendants. | C.A. No.: 04-474ML |

TO: PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD. AND ITS ATTORNEYS:

**DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR DOCUMENTS AND TANGIBLE THINGS**

Defendant Ganda, LLC, a/k/a Ganda Communications ("Ganda"), pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby submits these Supplemental Responses to Yangtze Optical Fibre and Cable Company, Ltd.'s Requests for Documents and Tangible Things.

**GENERAL OBJECTIONS**

The General Objections set forth in Ganda's original Responses to Plaintiff's First Requests for Documents and Tangible Things are incorporated herein by reference as though set forth verbatim.

## RESPONSES

1. Any documents that you have ever filed with the Rhode Island Secretary of State's Office.

**RESPONSE: Ganda objects to this Request on the grounds that it is overbroad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Ganda further objects to this Request on the grounds that such information is available to Plaintiff through public sources or records. Subject to these objections, see Ganda's Certificate of Formation and accompanying certification of the Rhode Island Secretary of State numbered 002676 through 002677.**

17. Any documents constituting any communications regarding or referring to YOFC between Ganda or Edward on the one hand and any person on the other hand.

**RESPONSE: Ganda objects to this Request to the extent it requests information protected by the attorney client privilege or the attorney work product doctrine. Ganda further objects to this Request on the grounds that it is overbroad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to these objections, Ganda submits that relevant, non-privileged documents were produced with Ganda's original Responses to Plaintiff's First Requests for Documents and Tangible Things. By way of example, but not limitation, see the documents listed on Exhibit A.**

18. Any documents concerning any communications regarding or referring to YOFC between Ganda or Edward on the one hand and any person on the other hand.

**RESPONSE: Ganda objects to this Request to the extent it requests information protected by the attorney client privilege or the attorney work product doctrine. Ganda further objects to this Request on the grounds that it is overbroad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to these objections, Ganda refers to its response to Request No. 17.**

26. Any documents concerning any fiber manufactured or sold by Ganda.

**RESPONSE: Ganda objects to this Request to the extent it requests information protected by the attorney client privilege or the attorney work product doctrine. Ganda further objects to this Request on the grounds that it is overbroad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to these objections, Ganda submits that it does not manufacture any fiber, and any fiber sold by Ganda was only that fiber provided to Ganda by YOFC.**

Rebecca H. Zabel
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue, Suite 500
Greenville, SC 29601

**EXHIBIT A**

| | | |
|---|---|---|
| GANDA 00017 | GANDA 001400 | GANDA 00381 |
| GANDA 00086 | GANDA 001401 | GANDA 00486 |
| GANDA 00134 | GANDA 001402 | GANDA 00487 |
| GANDA 00365 | GANDA 001403 | GANDA 00706 |
| GANDA 00484 | GANDA 001404 | GANDA 00707 |
| GANDA 00485 | GANDA 001405 | GANDA 00729 |
| GANDA 00698 | GANDA 001406 | GANDA 00732 |
| GANDA 00699 | GANDA 001407 | GANDA 00733 |
| GANDA 00700 | GANDA 001408 | GANDA 00737 |
| GANDA 00701 | GANDA 001409 | GANDA 00913 |
| GANDA 00702 | GANDA 001410 | GANDA 001423 |
| GANDA 00703 | GANDA 001414 | GANDA 002239 |
| GANDA 00712 | GANDA 001417 | GANDA 002240 |
| GANDA 00730 | GANDA 001418 | GANDA 002244 |
| GANDA 00738 | GANDA 001429 | GANDA 002246 |
| GANDA 00739 | GANDA 001430 | GANDA 002260 |
| GANDA 00742 | GANDA 001859 | GANDA 002261 |
| GANDA 00743 | GANDA 001860 | GANDA 002262 |
| GANDA 00744 | GANDA 001871 | GANDA 002277 |
| GANDA 00754 | GANDA 001872 | GANDA 002278 |
| GANDA 00755 | GANDA 001873 | GANDA 002331 |
| GANDA 00756 | GANDA 001874 | GANDA 002487 |
| GANDA 00757 | GANDA 001875 | GANDA 002498 |
| GANDA 00758 | GANDA 001876 | GANDA 002499 |
| GANDA 00759 | GANDA 001877 | GANDA 002502 |
| GANDA 00760 | GANDA 001944 | GANDA 002503 |
| GANDA 00761 | GANDA 001945 | GANDA 002532 |
| GANDA 00929 | GANDA 002054 | GANDA 002533 |
| GANDA 001264 | GANDA 002055 | GANDA 002556 |
| GANDA 001265 | GANDA 002083 | GANDA 002557 |
| GANDA 001285 | GANDA 002084 | GANDA 002558 |
| GANDA 001344 | GANDA 002137 | GANDA 002559 |
| GANDA 001345 | GANDA 002138 | |
| GANDA 001348 | GANDA 002347 | |
| GANDA 001352 | GANDA 002348 | |
| GANDA 001353 | GANDA 002491 | |
| GANDA 001380 | GANDA 002505 | |
| GANDA 001391 | GANDA 002506 | |
| GANDA 001394 | GANDA 002507 | |
| GANDA 001395 | GANDA 002545 | |
| GANDA 001396 | GANDA 002586 | |
| GANDA 001398 | GANDA 002587 | |
| GANDA 001399 | | |

# CERTIFICATE OF FORMATION

## OF

## GANDA, LLC

1. The name of the limited liability company is Ganda, LLC.

2. The address of its registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

IN WITNESS WHEREOF, the undersigned have executed this Certificate of Formation of Ganda, LLC this 14th day of January, 1998.

James L. Rogers, Jr.
Authorized Person

*State of Delaware*

# *Office of the Secretary of State*

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF LIMITED LIABILITY COMPANY OF "GANDA, LLC", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF JANUARY, A.D. 1998, AT 10 O'CLOCK A.M.

*Edward J. Freel, Secretary of State*

2846135 8100

981021330

AUTHENTICATION: 8876908

DATE: 01-21-98

GANDA 002677