# EXHIBIT E

Served by mail 3/21/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, | Civil Action No. 04-474ML |
| vs. | |
| Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants/Third Party Plaintiffs, | **DEFENDANTS'/THIRD PARTY PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF** |
| vs. | |
| Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V., Third Party Defendants. | |

TO: PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD. AND ITS ATTORNEY

The Defendants/Third Party Plaintiffs, by and through their undersigned attorneys, hereby submit these Requests for Production in accordance with Federal Rule of Civil Procedure 34 and commands the Plaintiff to produce responsive documents within thirty (30) days of service hereof, to the offices of Leatherwood Walker Todd & Mann, P.C., 300 E. McBee Avenue, Suite 500, Greenville, South Carolina 29601, or at such other time and place as the parties may agree. All documents must be identified to the Request(s) to which they are responsive.

## INSTRUCTIONS AND DEFINITIONS

**The Definitions and Instructions set forth in Defendant's First Set of Interrogatories are incorporated herein by reference as though set forth verbatim.**

1. If any document is withheld under claim of privilege, furnish a list identifying each such document for which a privilege is claimed including the following information: date, identity of author, sender and addressee of each such document, identity of each such person to whom a copy was furnished, type of document (i.e., memorandum, note, letter, etc.), present location and identity of person in possession, custody or control of each document, together with the subject matter of each such document and the basis on which the asserted privilege is claimed.

2. In the event that any document or other thing referred to in these requests is not in your possession, custody or control, specify what disposition was made of it and identify the person who has possession, custody, or control of the document or other thing.

3. In the event that any document or other thing referred to in these requests has been destroyed, specify the date of destruction, the manner of destruction, the reason for destruction, the person authorizing destruction, and the custodian of the document or other thing at the time of destruction.

4. "All documents" shall mean every document, whether an original or a copy, as defined in Defendants' Interrogatories to Plaintiff, known to you and every such document or writing which you can locate or discover by reasonably diligent efforts.

5. When producing responsive documents, include all versions of the document as are available, including but not limited to all in the English language, and include all copies that are not identical.

6. Documents produced should be identified to the Request Number to which they are primarily responsive, as provided in Rule 34(b), Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

1. All documents and tangible things which you intend to introduce as exhibits, or for impeachment or demonstrative purposes, at the trial of this case.

2. All correspondence and documents sent by you to, or received by you from any party in this lawsuit and all writings concerning any party in this lawsuit.

3. All photographs, plats, sketches and other prepared documents within your possession or control which relate in any way to your claims or defenses in this case.

4. All statements obtained from any person, whether written, oral, summarized, or otherwise reproduced in any manner, relating to the allegations and defenses set forth in the pleadings.

5. Any and all documents and files including reports, studies, analyses, or other documentation of any expert witnesses retained by or on behalf of Plaintiff.

6. All documents that relate to any claim or defense asserted by any party to this action.

7. All documents that support your claim for damages.

8. All documents used to prepare these discovery responses.

9. All invoices issued by YOFC to Ganda

10. All invoices issued by YOFC to customers of Ganda.

11. All invoices or other documents reflecting the purchase, shipment, delivery or use of YOFC fiber optic products to customers in the United States at any time during the Production

Period, including those reflecting sales FOB Wuhan (or other location in China) and destined for a user in the United States. This includes all documents related to, supporting or connected with the transactions reflected in the documents attached as Exhibit 1 (5 pages).

12. All invoices issued by YOFC for shipments of fiber optic products to the United States, whether such shipment was directly by YOFC or through a third party, including those sold FOB Wuhan (or other location in China) destined for a user inside the United States.

13. All shipping documents, including, but not limited to customs declarations, bills of lading, shipping lists and confirmations associated with shipments of YOFC fiber optic products to the United States at any time during the Production Period.

14. All documents that describe or depict, in whole or in part, the corporate and organizational structure of YOFC at any time during the Production Period.

15. All documents that describe, summarize or mention communications or meetings between YOFC and any Third Party Defendant that mention, describe or discuss Ganda, John Edward, the United States market, customers in the United States (including Lucent and BICC), or actual or potential sales of fiber optic products in or to the United States.

16. All documents that describe, depict, summarize or discuss YOFC's plans for marketing fiber optic products in the United States at any time during the Production Period.

17. All documents that describe, depict or summarize the market share or market position of YOFC multi-mode, single mode and specialty fiber products anywhere in the United States.

18. All protocols, orders, contracts or agreements between any Third Party Defendant and Alcatel.

19. All documents that depict, describe or summarize the business relationship between YOFC and one or more of the Third Party Defendants, including without limitation all joint venture, stock purchase, protocols, asset purchase and other contracts between such parties.

20. All bank statements, deposit records and reconciliations concerning account number 500357793 at HSBC, Central Hong Kong, throughout the Production Period.

21. All bank statements and deposit records that reflect deposits of funds received from Ganda in account number 500357793 at HSBC, Central Hong Kong, at any time during the Production Period.

22. All financial statements, balance sheets, profit and loss statements, cash flow statements or other documents that disclose YOFC's sales of fiber optic products into the United States, directly or indirectly, on a monthly, quarterly, semi-annual or annual basis, throughout the Production Period.

23. All documents that disclose or summarize YOFC's unit sales of multi-mode fiber into the United States, directly or indirectly, on a monthly, quarterly, semi-annual or annual basis during the Production Period.

24. All documents that disclose or summarize YOFC's unit sales of single mode fiber into the United States, directly or indirectly, on a monthly, quarterly, semi-annual or annual basis during the Production Period.

25. All documents that disclose or summarize YOFC's unit sales of specialty fiber into the United States, directly or indirectly, on a monthly, quarterly, semi-annual or annual basis during the Production Period.

26. All visas or travel approvals obtained by any of the following in connection with travel to the United States at any time during the Production Period:

(a) Yan Changkun

(b) Xu Xizhou

(c) You Xiwei

(d) Wu Xhijiang

(e) Yu Weichang

27. All communications or documents that YOFC provided or sent to any Third Party Defendant regarding the sale or promotion of fiber optic products in the United States.

28. All communications or documents that YOFC provided to any Third Party Defendant, and that any Third Party Defendant provided to YOFC, regarding joint efforts in the sales or promotion of fibers optic products in the United States market.

29. All documents that constitute or evidence expenses incurred in the United States by any of the persons identified in Interrogatory No. 26.

30. All documents that constitute, describe or summarize communications, agreements or disagreements between YOFC and any of the following:

(a) BICC/General Cable ("BICC")

(b) Optical Cable Corporation ("OCC")

(c) Lucent Technologies

(d) Alcatel

(e) Any Third Party Defendant

31. All protocols, contracts or agreements between YOFC and BICC.

32. All protocols, contracts or agreements between YOFC and Optical Cable Corporation.

33. All protocols, contracts or agreements between YOFC and any Third Party Defendant, including all invoices

34. All communications between YOFC and any Third Party Defendant.

35. All pleadings (including amended pleadings) and orders in any action identified in response to Interrogatory No. 25.

36. All protocols, contracts, letters of intent, memoranda of understanding and agreements between any of the Third Party Defendants and YOFC regarding the acquisition, sale or transfer of any ownership or control interest in YOFC.

37. All protocols, contracts, letters of intent, memoranda of understanding and agreements between any of the Third Party Defendants and YOFC regarding the acquisition, sale or transfer of any ownership or control interest in the Third Party Defendants.

38. All protocols, contracts, letters of intent, memoranda of understanding and agreements between YOFC and any user or purchaser of fiber optic products in the United States or Japan at any time during the Production Period.

39. All minutes, agenda or summaries of meetings within YOFC, including meetings of the Board, which mention or address Ganda, John Edward, or sales of fiber optic products in the United States. This includes, but is not limited to, minutes of the April 2000 meeting of the YOFC Board.

40. All documents supporting your claims that YOFC has paid all commissions due Ganda, including with respect to shipments made to Optical Cable Corporation.

41. All documents that summarize or discuss your relationship with Zhang Tong Co., Ltd and/or bank account number 500357793 at HSBC, Central Hong Kong.

42. All documents identified, or which were requested to be identified, in response to Interrogatories served on YOFC.

Justin T. Shay by RHZ w/ permission

Justin T. Shay, Esq., No. 2781
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Phone: (401) 331-5700
Fax: (401) 331-5787

Of Counsel:

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
Phone: (864) 242-6440
Fax: (864) 240-2477

湖北省外商投资企业，外国企业出口货物发票
HUBEI China Foreign Investment Enterprise, Foreign Enterprise Export Goods Invoice

出口专用

存 根 联
STUB

№: 0019535

ANGTZE OPTICAL FIBRE AND CABLE CO.LTD

INVOICE

dress: 4 Guan Shan Er Road, Wuhan, China
+86 27 87802541
+86 27 87802536
400220 WYOFC CN
6788
Postal Code: 430073

No: 200102056
Date: Feb. 28, 2001
Order No: 4129
Currency: USD

To: Optical Cable Corporation
5290 Concourse Drive
Roanoke VA 24019
U.S.A.
Tel: 001 540 265 0690 Ext. 126
Fax: 001 540 563 9829

Terms of Payment:
T/T Net 30 days against the date of invoice
DDU Roanoke, USA

| Article / Description | Unit | Quantity | Unit Pric | Amount |
|---|---|---|---|---|
| GIMM-457WY 62.5/125 sub-FDDI fibre | km | 127.60<br>57.20 | 90.00<br>85.00 | US$11,484.00<br>US$4,862.00 |
| | | | | US$16,346.00 |

Total: US DOLLARS SIXTEEN THOUSAND THREE HUNDRED AND FORTY SIX ONLY.

Remarks

Please make payment to account no.
Bankers Trust Company, New York, U.S.A. for credit of
Bank of Communications, Wuhan Branch, A/C No.: 04-167-385
(UID No.: 358175)
with them in favour of Yangtze Optical Fibre and Cable Company Ltd:
A/C No.: 860158-14-5109808149

负责人签名 Manager Sign

公司印章 Company Signet

填开出口货物发票必须包括：开票日期、收货单位、贸易方式、合同号码、货物名称（项目）、产品规格、计量单位、数量、币制、单价、金额、结汇方式等内容。

DEFENDANT'S EXHIBIT 32 Mostafa 10-29-04

YOFC0479
HIGHLY CONFIDENTIAL

EXHIBIT 1

湖北省外商投资企业、外国企业出口货物发票

HUBEI ... Foreign Investment Enterprises ... Enterprise Export Goods Invoice

出口专用

存 根 联

STUB

№: 0020079

**YANGTZE OPTICAL FIBRE AND CABLE CO. LTD**

**INVOICE**

Address: 4 Guan Shan Er Road, Wuhan, China
Phone: +86 27 87802541
Fax: +86 27 87802536
Telex: 400220 WYOFC CN
Cable: 6788
Postal Code: 430073

No: 200104101
Date: Apr. 2 2001
Order No: 4129-2
Currency: USD

| To: | Terms of Payment: |
|---|---|
| Optical Cable Corporation<br>5290 Concourse Drive<br>Roanoke VA 24019<br>U.S.A.<br>Tel: 001 540 265 0690 Ext. 126<br>Fax: 001 540 563 9839 | T/T Net 30 days against the date of invoice<br>DDU Roanoke, USA |

| Item | Article / Description | Unit | Quantity | Unit Pric | Amount |
|---|---|---|---|---|---|
| | GIMM-457WY 62.5/125<br>Sub-FDDI Fiber | km<br>km | 559.90<br>302.50 | 90.00<br>85.00 | US$50,391.00<br>US$25,712.50 |
| Total: | US DOLLARS SEVENTY SIX THOUSAND ONE HUNDRED AND THREE AND FIFTY CENTS ONLY. | | | | US$76,103.50 |

Remarks

Please make payment to account no.
Bankers Trust Company, New York, U.S.A. for credit of
Bank of Communications, Wuhan Branch, A/C No.: 04-167-385
(UID No.: 358176).
with them in favour of Yangtze Optical Fibre and Cable Company Ltd.
A/C No.: 860158-14-5109808149

负责人签名
Manager Sign

公司印章
Company Signet

注：填开出口货物发票必须包括：开票日期、收货单位、贸易方式、合同号码、货物名称（项目）、产品规格、计量单位、数量、币制、单价、金额、结汇方式等内容。

YOFC0494
HIGHLY CONFIDENTIAL

湖北省外商投资企业、外国企业出口货物发票 出口专用

存根联

STUB

№: 0021202

TZE OPTICAL FIBRE AND CABLE CO.LTD

INVOICE

4 Guan Shan Er Road, Wuhan, China

+86 27 87802541

+86 27 87802536

400220 WYOFC CN

6788

ode: 430073

No: 200105156

Date: May 28, 2001

Order No: 4129-3

Currency: USD

| | |
|---|---|
| ical Cable Corporation<br>0 Concourse Drive<br>oke VA 24019<br>A<br>540.265 0690 Ext. 126<br>540 563 9829 | Terms of Payment:<br>T/T Net 30 days against the date of invoice<br>DDU Roanoke, USA |

| Article / Description | Unit | Quantity | Unit Pric | Amount |
|---|---|---|---|---|
| M-457WY 62.5/125 | km | 178.20 | 90.00 | US$16,038.00 |
| | km | 136.40 | 85.00 | US$11,594.00 |
| | | | | US$27,632.00 |

DOLLARS TWENTY SEVEN THOUSAND SIX HUNDRED AND RTY TWO ONLY.

e payment to account no.

s Trust Company, New York, U.S.A. for credit of

f Communications, Wuhan Branch, A/C No.: 04-167-385

p.: 358175

m in favour of Yangtze Optical Fibre and Cable Company Ltd.

860158-14-5109808149

负责人签名 Manager Sign

公司印章 Company Signet

货物发票必须包括：开票日期、收货单位、贸易方式、合同号码、货物名称（项目）、产品规格、计量单位、数量、单价、金额、结汇方式等内容。

YOFC0512

HIGHLY CONFIDENTIAL

湖北省外商投资企业、外国企业出口货物发票 出口专用

HUBEI China Foreign Investment Enterprises, Foreign Enterprises Export Goods Invoice

存 根 联
STUB

№: 0022873

**YANGTZE OPTICAL FIBRE AND CABLE CO.LTD** **INVOICE**

| | | | |
|---|---|---|---|
| Address: | 4 Guan Shan Er Road, Wuhan, China | No: | 200112324 |
| Phone: | +86 27 87802541 | Date: | Dec. 15, 2001 |
| Fax: | +86 27 87802536 | Order No: | 4128-12 |
| Telex: | 400220 WYOFC CN | Currency: | USD |
| Cable: | 6788 | | |
| Postal Code: | 430073 | | |

| To: | Terms of Payment: |
|---|---|
| Optical Cable Corporation<br>5290 Concourse Drive<br>Roanoke VA 24019<br>U.S.A.<br>Tel: 001 540 265 0690 Ext. 126<br>Fax: 001 540 563 9829 | T/T Net 30 days against the date of invoice<br>DDU Roanoke, USA |

| Item | Article / Description | Unit | Quantity | Unit Pric | Amount |
|---|---|---|---|---|---|
| | Multimode Optical Fibre 62.5/125um | km | 12,003.20 | 95.00 | US$1,140,304.00 |

Total: US DOLLARS ONE MILLION ONE HUNDRED FORTY THOUSAND THREE HUNDRED AND FOUR ONLY.

Remarks
Country of origin: P.R.CHINA

Please make payment to account no.
Bankers Trust Company, New York, U.S.A. for credit of
Bank of Communications, Wuhan Branch, A/C No.: 04-167-385
(UID No.: 358175)
with them in favour of Yangtze Optical Fibre and Cable Company Ltd.
A/C No.: 860158-14-5109808149

负责人签名 Manager Sign [signature] 公司印章 Company Signet

9,438

注：填开出口货物发票必须包括：开票日期、收货单位、贸易方式、合同号码、货物名称（项目）、产品规格、计量单位、数量、币制、单价、金额、结汇方式等内容。

# 湖北省外商投资企业、外国企业出口货物发票

HUBEI China Foreign Investment Enterprise, Foreign Enterprise Export Goods Invoice

出口专用

存 根 联

STUB

YANGTZE OPTICAL FIBRE AND CABLE CO.LTD    INVOICE No: 0028441

Address: 4 Guan Shan Er Road, Wuhan, China
Phone: +86 27 87802541
Fax: +86 27 87802536
Telex: 400220 WYOFC CN
Cable: 6788
Postal Code: 430073

No: 200112343
Date: Dec. 29, 2001
Order No: 780504
Currency: USD

To : Accounts Payable Dept.
Chromatic Technologies Inc.
20 Forge Park,
Franklin, MA 02038
USA
Ms. Tracy Moniz
Tel: 001 508 541 7100
Fax: 001 508 541 8122

Terms of Payment :
T/T Net 30 days against the date of shipment
DDU Boston, USA

| Item | Article / Description | Unit | Quantity | Unit Pric | Amount |
|---|---|---|---|---|---|
| | 62.5/125 Multimode Optical Fibre | km | 2002 | 96 | US$192,192.00 |

Total: US DOLLARS ONE HUNDRED AND NINETY TWO THOUSAND ONE HUNDRED AND NINETY TWO ONLY.

Remarks: Country of origin: P. R. CHINA

Please make payment to account no.
Bankers Trust Company, New York, U.S.A. for credit of
Bank of Communications, Wuhan Branch, A/C No.: 04-167-385
(UID No.: 358175)
with them in favour of Yangtze Optical Fibre and Cable Company Ltd.
A/C No.: 860158-14-5109808149

负责人签名
Manager Sign

公司印章
Company Signet

1,590,850

注：填开出口货物发票必须包括：开票日期、收货单位、贸易方式、合同号码、货物名称（项目）、产品规格、计量单位、数量、币制、单价、金额、结汇方式等内容。

YOFC0572
HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Third-Party Defendants. | **C.A. No. 04-474ML**<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

IT IS HEREBY CERTIFIED that copies of **Defendants'/Third-Party Plaintiffs' First Set of Interrogatories to Plaintiff** and **Defendants'/Third-Party Plaintiffs' First Set of Requests for Production to Plaintiff** were served upon counsel of record on **March 21, 2006,** addressed as follows:

Mr. Ira K. Gross
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
ATTORNEYS FOR PLAINTIFF and
ALL THIRD-PARTY DEFENDANTS

Gayle W McCall

Legal Assistant to Rebecca H. Zabel
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500 (29601)
PO Box 87
Greenville, SC 29602-0087
USA
(864) 242-6440; FAX: (864) 240-2498
rzabel@lwtm.com

#1022203.2

Justin T. Shay, Esq.
CAMERON & MITTLEMAN LLP
50 Exchange Terrace
Providence, RI 02903
(401) 331-5700; FAX: (401) 331-5787

ATTORNEYS FOR DEFENDANTS AND THIRD-PARTY PLAINTIFFS GANDA, LLC a/k/a GANDA COMMUNICATIONS and JOHN EDWARD