# EXHIBIT B

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

September 15, 2006

**By Facsimile and**
**First Class Mail**

Rebecca H. Zabel, Esq.
Leatherwood Walker Todd & Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601-0087

**Re: Yangtze Optical Fibre and Cable Company Ltd. v. Ganda, LLC, *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML**

Dear Ms. Zabel:

We are writing regarding the failure of your client, Ganda LLC, to respond in any manner to the discovery that YOFC has served. As you know, on June 21, 2006, YOFC served its first set of document requests and first set of interrogatories on Ganda. I understand that Mr. Miller of my office has been in touch with you and attorney Justin Shay regarding Ganda's service of responses and production of documents, and Mr. Miller was told on each occasion that responses and documents would be forthcoming. To date, however, all we have seen from your offices are threatening letters and motions to compel. We are reluctant to involve the court in discovery disputes that should be resolved between the parties. That being said, unless responses are forthcoming, you will leave us with no choice but to file an appropriate motion. Please let us know when we can expect responses and documents.

We have also received your September 12, 2006 letter regarding Dr. Xu's deposition. We have been in touch with Dr. Xu and have been informed that he is available for deposition on any day from November 6 through November 17, 2006. The first of those two weeks would be significantly more convenient for Dr. Xu. Please let me know as soon as possible when within that period you wish to depose Dr. Xu.

Please feel free to contact me should you have any questions or concerns.

Very truly yours,

Ira K. Gross

Direct line: 617 338 2823
igross@sandw.com

IKG:jmc

cc: Gordon P. Cleary, Esq. (by facsimile)
Justin T. Shay, Esq. (by facsimile)