# EXHIBIT C

LEATHERWOOD WALKER TODD & MANN, P.C.

ATTORNEYS AT LAW
THE LEATHERWOOD PLAZA
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE, SOUTH CAROLINA 29601
FAX: (864) 240-2477
TELEPHONE: (864) 242-6440

**Mailing Address:**
Post Office Box 87
Greenville, SC 29602-0087

JOHN E. JOHNSTON, JR.
HARVEY G. SANDERS, JR.
DAVID A. QUATTLEBAUM III
JOSEPH E. MAJOR
DUKE K. MCCALL, JR.
EARLE G. PREVOST
J. RICHARD KELLY
A. MARVIN QUATTLEBAUM
JACK H. TEDARDS, JR.
F. MARION HUGHES
MICHAEL J. GIESE
MARK R. HOLMES
WILLIAM L. DENNIS
NATALMA M. MCKNEW
ROBERT A. DEHOLL
RICHARD L. FEW, JR.
STEVEN E. FARRAR
NANCY HYDER ROBINSON
H. GIBERT SANDERS, III
THOMAS W. EPTING
JAMES L. ROGERS, JR
DAVID E. HODGE
FRANK C. WILLIAMS III
WILLIAM L. PITMAN
ROBERT D. MOSELEY, JR
JAMES T. HEWITT
KURT M. ROZELSKY
J. TOD HYCHE
LAUREL R.S. BLAIR
JAMILE J. FRANCIS III
JOHN P. RIORDAN
SEANN GRAY TZOUVELEKAS
WILLIAM B. SWENT
MICHELE FULLER LYERLY
LAURIN MILFORD MCDONALD
PETER A. RUTLEDGE
PAUL E. HAMMACK
CARI V. HICKS
MARY H. WATTERS
J. KURT SCHUMACHER, JR.
JONATHAN D. HAMMOND
JENNIFER ADAMSON MOORHEAD
ALEXANDRE N. MACCLENAHAN
ERIKA B. NEWSOM
ZANDRA L. JOHNSON
S. BROOKE CHAPMAN
JOHN M. WALKER
P. GRIFFIN BELL
THOMAS M. LARKIN
REBECCA H. ZABEL

COUNSEL:
JAMES H. WATSON

D.B. LEATHERWOOD
1896-1989
WESLEY M. WALKER
1915-1999
FLETCHER C. MANN
1921-2003

WRITER'S
Direct Dial: 864-240-24*
Direct Fax: 864-240-24*
E-Mail: *@lwtm.com

October 18, 2006

**VIA FACSIMILE TO (617) 338-2880**
Ira K. Gross, Esq.
Sullivan & Worcester
One Post Office Square
Boston, MA 02109

Re: *Yangtze Optical Fibre and Cable Company, Ltd. v. Ganda, LLC,* et al. *v. Draka Comteq, B.V.,* et al.; Civil Action No.: 04-474ML

Dear Ira:

Pursuant to your letter dated September 15, 2006, we would like to schedule the deposition of Dr. Xu for November 6 and 7, 2006 at our law offices in Greenville, SC. It is our understanding that Dr. Xu regularly conducts business in the English language and we therefore expect that his deposition will take place in this language. If we are incorrect in this regard, please advise us and we will make arrangements for a translator to be present. If a translator becomes necessary, please add a third day to the planned time frame for the deposition.

As YOFC's General Manager, we expect Dr. Xu to testify with regard to the following topics: Court filings by YOFC; Ganda/YOFC agreements, particularly those that he signed; any correspondence authored by or copied to Dr. Xu regarding Ganda; YOFC Board meetings and minutes; all contracts between YOFC and clients mentioned in any YOFC/Ganda agreements and all contracts for the supply of optical fibre between YOFC and any Draka or Draka affiliated company. This list of topics is not exhaustive and we reserve the right to question Dr. Xu about any topic pertinent to this litigation.

Further, in response to your recent settlement offer of $1 million dollars, Ganda does not feel that this offer takes into account the million dollar plus commission clearly due on the Lucent contract. It also ignores the $460,000 wire transfer made by Ganda to YOFC in November, 2001 and never acknowledged in the accountings previously submitted by your clients. For example, YOFC's Complaint states, at parag. 27, that Ganda has not made any payments to YOFC since April 2001. This is simply not true, since a check of YOFC's incoming wire transfer records will clearly show this November, 2001 payment.

---

With these amounts taken into consideration, we submit that the best possible settlement outcome is for all parties to release all claims with no monies being paid to either side, and we hereby make this our settlement counteroffer. This counteroffer will expire on October 27, 2006.

Yours very truly,

James L. Rogers, Jr.
Leatherwood Walker Todd and Mann, P.C.

# MEMORY TRANSMISSION REPORT

TIME : OCT-18-2006 03:55PM
TEL NUMBER : 8642402477
NAME : LWTM 4SC

| | | |
|---|---|---|
| FILE NUMBER | : | 056 |
| DATE | : | OCT-18 03:54PM |
| TO | : | 916173382880 |
| DOCUMENT PAGES | : | 002 |
| START TIME | : | OCT-18 03:54PM |
| END TIME | : | OCT-18 03:55PM |
| SENT PAGES | : | 002 |
| STATUS | : | OK |

FILE NUMBER : 056 *** SUCCESSFUL TX NOTICE ***

LEATHERWOOD WALKER TODD & MANN, P.C.
ATTORNEYS AT LAW
THE LEATHERWOOD PLAZA
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE, SOUTH CAROLINA 29601
FAX: (864) 240-2477
TELEPHONE: (864) 242-6440

Mailing Address:
Post Office Box 87
Greenville, SC 29602-0087

JOHN R. JOHNSTON, JR.
HARVEY G. SANDERS, JR.
DAVID A. QUATTLEBAUM III
JOSEPH E. MAJOR
DUKE K. MCCALL, JR.
EARLE G. PREVOST
J. RICHARD KELLY
A. MARVIN QUATTLEBAUM
JACK H. TEDARDS, JR.
P. MARION HUGHES
MICHAEL J. GIESE
MARK R. HOLMES
WILLIAM L. DENNIS
NATALMA M. MCKNEW
ROBERT A. DEHOLL
RICHARD L. PEW, JR.
STEVEN B. FARRAR
NANCY HYDER ROBINSON
H. GIBBERT SANDERS, III
THOMAS W. EPTING
JAMES L. ROGERS, JR.
DAVID E. HODGE
FRANK C. WILLIAMS III
WILLIAM L. PITMAN
ROBERT D. MOSELEY, JR.

JAMES T. HEWITT
KURT M. ROZELSKY
J. TOD HYCHE
LAUREL R.S. BLAIR
JAMES J. FRANCIS III
JOHN P. RIORDAN
SHANN GRAY TZOUVELEKAS
WILLIAM H. SWENT
MICHELE FULLAN LYERLY
LAURIN MILFORD MCDONALD
PETER A. RUTLEDGE
PAUL S. HANNACH
CARL V. HICKS
MARY H. WATTERS
J. KURT SCHUMACHER, JR.
JONATHAN D. HAMMOND
JENNIFER ADAMSON MOORHEAD
ALEXANDRE N. MACCLENAHAN
ERIKA G. NEWSOM
ZANDRA L. JOHNSON
H. BROOKE CHAPMAN
JOHN M. WALKER
P. GRIFFIN BELL
THOMAS M. LARKIN
REBECCA N. KARR

COUNSEL:
JAMES H. WATSON

D.B. LEATHERWOOD
1896-1989
WESLEY M. WALKER
1915-1992
FLETCHER C. MANN
1921-2005

WRITER'S
Direct Dial 864-240-24*
Direct Fax 864-240-24*
E-Mail *@lwtm.com

October 18, 2006

**VIA FACSIMILE TO (617) 338-2880**
Ira K. Gross, Esq.
Sullivan & Worcester
One Post Office Square
Boston, MA 02109

Re: *Yangtze Optical Fibre and Cable Company, Ltd. v. Ganda, LLC,* et al. *v. Draka Comteq, B.V.*, et al.; Civil Action No.: 04-474ML

Dear Ira:

Pursuant to your letter dated September 15, 2006, we would like to schedule the deposition of Dr. Xu for November 6 and 7, 2006 at our law offices in Greenville, SC. It is our understanding that Dr. Xu regularly conducts business in the English language and we therefore expect that his deposition will take place in this language. If we are incorrect in this regard, please advise us and we will make arrangements for a translator to be present. If a translator becomes necessary, please add a third day to the planned time frame for the deposition.

As YOFC's General Manager, we expect Dr. Xu to testify with regard to the following topics: Court filings by YOFC; Ganda/YOFC agreements, particularly those that he signed; any correspondence authored by or copied to Dr. Xu regarding Ganda; YOFC Board meetings and minutes; all contracts between YOFC and clients mentioned in any YOFC/Ganda agreements and all contracts for the supply of optical fibre between YOFC and any Draka or Draka affiliated company. This list of topics is not exhaustive and we reserve the right to question Dr. Xu about any topic pertinent to this litigation.

Further, in response to your recent settlement offer of $1 million dollars, Ganda does not feel that this offer takes into account the million dollar plus commission clearly due on the Lucent contract. It also ignores the $460,000 wire transfer made by Ganda to YOFC in November, 2001 and never acknowledged in the accountings previously submitted by your clients. For example, YOFC's Complaint states, at parag. 27, that Ganda has not made any payments to YOFC since April 2001. This is simply not true, since a check of YOFC's incoming wire transfer records will clearly show this November, 2001 payment.