# EXHIBIT E

**Myra Howard**

**From:** Jay Rogers
**Sent:** Thursday, January 25, 2007 4:58 PM
**To:** Myra Howard
**Subject:** FW: YOFC v. Ganda - Responses to Discovery Requests and Motion to Extend

Pp&f

James L. Rogers, Jr.
Leatherwood Walker Todd and Mann, PC
phone: 864.240.2421/fax: 864.240.2477
Web page: www.lwtm.com

-----Original Message-----
From: Rebecca Zabel
Sent: Wednesday, January 24, 2007 6:32 PM
To: 'lbarna@sandw.com'
Cc: Jay Rogers; Gross, Ira
Subject: FW: YOFC v. Ganda - Responses to Discovery Requests and Motion to Extend

Ms. Barna,

I believe you are mistaken as to certain promises I allegedly made to Mr. DiPilato during our recent phone conversation. I do not recall promising to respond to anything by January 16, 2007. In fact, I do not recall promising to do anything by a certain date. My conversation with Mr. DiPilato has clearly been mischaracterized.

With regard to the discovery schedule, we will agree to one 30 day extension of the discovery schedule.

In addition, it is imperative that we schedule specific dates for the deposition of Dr. Xu. It is my understanding that you and Mr. Rogers tentatively agreed on February 19 through February 28 as the relevant time frame. As I'm sure you are aware, Dr. Xu's deposition was noticed over 5 months ago, and we have yet to schedule the date. As for the issue of Dr. Xu's obtaining a visa, considering the lengthy delay in scheduling this deposition, Dr. Xu has had ample time in which to begin the process of obtaining his visa and scheduling flights to the US. Accordingly, please provide to us by Friday, January 26, 2007, specific dates between February 19, 2007 and February 28, 2007 in which Dr. Xu will be available to be deposed in Providence, RI.

Finally, we are in the process of drafting supplemental responses to your discovery requests. We will forward these supplemental responses to Ira Gross when they are completed.

Rebecca H. Zabel
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue
Greenville, South Carolina 29601
Direct Dial: (864) 240-2431
Fax: (864) 240-2498
Email: rzabel@lwtm.com

-----Original Message-----
From: Barna, Lindsay [mailto:lbarna@sandw.com]
Sent: Monday, January 22, 2007 11:17 AM
To: Jay Rogers
Cc: DiPilato, Dean J.; Gross, Ira
Subject: YOFC v. Ganda - Responses to Discovery Requests and Motion to Extend

Dear Mr. Rogers

I am writing in regards to our conversation on January 12, 2007, concerning our request for an extension of the discovery schedule. We have not received a response from you regarding this extension. Further, we still have not received a response concerning our letter dated December 29, 2006, and Dean's conversations with Rebecca Zabel regarding Ganda's failure to comply with its discovery obligations and the production of more documents. Ms. Zabel had promised to respond to us by the 16th, but we have yet to receive any response. Please let us know by 6 PM today whether you agree to the discovery extension, and whether your discovery responses will be supplemented immediately.

Best Regards,
Lindsay Barna

Lindsay Barna
Attorney at Law

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2930
F 617 338 2880
lbarna@sandw.com
www.sandw.com

BOSTON NEW YORK WASHINGTON, DC

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.