# EXHIBIT G

Wednesday February 21, 2007

# Visa Wait Times

## Chengdu

---

### Typical Wait Time (Calendar Days*) for a Nonimmigrant Visa Interview Appointment

Visitors Visas: 1 Days
Student/Exchange Visitors Visas *** (Excludes: A, G, K, and V): 1 Days
All Other Nonimmigrant Visas: 1 Days

### Typical Wait Time (Workdays**) for a Nonimmigrant Visa To Be Processed****: Same Day

*Calendar days refer to every day of the week, including days when embassies are closed (such as weekends and holidays).
**Work days refer only to days when the embassy is open and does not include weekends and holidays.
*** The All Other Nonimmigrant Visa wait time DOES NOT include K or V visa applications, which are processed similar to immigrant visas. A and G applications are excluded from these wait times, as they are processed separately.
****IMPORTANT NOTE: Processing wait time DOES NOT include the time required for additional special clearance or administrative processing. These procedures require additional time. Most special clearances are resolved within 30 days of application. When additional administrative processing is required, the timing will vary based on individual circumstances of each case. Processing wait time also does not include the time required to return the passport to applicants, by either courier services or the local mail system.

SELECT ANOTHER LOCATION

*(February 20, 2007)*

This site is managed by the Bureau of Consular Affairs, U.S. Department of State.
External links to other Internet sites should not be construed as an endorsement of the views contained therein.