UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Counterclaim Defendants. | C.A. No.: 04-474ML |

**MOTION FOR CONTINUANCE**

Now come the Defendants, Ganda, LLC a/k/a Ganda Communications and John Edward ("Defendants"), and move this Honorable Court for a continuance of the hearing on numerous discovery motions presently scheduled for Wednesday, February 28, 2007. As grounds therefor, Defendants file their Memorandum in Support.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: February 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2007, a true copy of the within was sent, via electronic transmission, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\mocontinue.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd., Plaintiff, vs. Ganda, LLC a/k/a Ganda Communications and John Edward, Defendants, vs. Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V., Counterclaim Defendants. | C.A. No.: 04-474ML |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR CONTINUANCE**

Defendants, Ganda, LLC a/k/a Ganda Communications and John Edward ("Defendants"), file this Memorandum in Support of their Motion for a brief continuance of the hearing on the numerous discovery motions scheduled for Wednesday, February 28, 2007.

In February, 2007, both Plaintiff, Yangtze Optical Fibre and Cable Company, Ltd. ("Plaintiff"), and Defendants filed numerous discovery motions in this action. These include Plaintiff's motions to compel production of documents, for protective order regarding the deposition of Xu Xizhou, and to extend discovery dates. These motions were filed on February 7 and February 12, 2007. On February 15, 2007, this Honorable Court scheduled a hearing on these motions for Wednesday, February 28, 2007.

On February 21, 2007, Plaintiff filed its motion to compel responses to Interrogatories. The date for filing objections and a memorandum in response to this motion has not expired as of this date.

On February 22, 2007, Defendants filed their Objections with supporting memoranda to Plaintiff's motions filed on February 12 and February 15, 2007. In their opposition, Defendants filed a cross-motion to compel the deposition of Xu Xizhou. The time for responding to that cross motion has not expired as of this date.

Additionally, on this date, Defendants have filed their motion to compel Plaintiff to respond to Interrogatories. The time for responding to that Motion has, of course, not expired.

Defendants submit that, with numerous discovery motions pending before the Court, it would make better economic sense, both for the Court and the parties, to include all pending discovery motions in one hearing before the Court. Defendants desire to have their lead counsel appear and argue all of these discovery motions on their behalf. As lead counsel must travel from South Carolina, combining all pending discovery motions in one hearing will obviate the additional expense necessarily attendant to numerous trips from South Carolina to Providence.

Defendants are mindful of the need to expeditiously finalize discovery in this case. However, a brief continuance to allow all pending discovery matters to ripen and be heard at one time will serve this end while simultaneously conserving the limited resources of the Court and the parties. The parties will also have time to adequately prepare their responses to all pending matters, allowing the Court to give its attention to properly and thoroughly presented submissions and argument. Defendants further submit that hearing all pending matters at one time will assist in avoiding inconsistent results.

WHEREFORE, Defendants respectfully move this Honorable Court for a brief continuance of the hearing on all pending discovery motions so all pending matters may be heard by the Court at one time.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: February 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2007, a true copy of the within was sent, via electronic transmission, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\memomocontinue.doc