**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Third-Party Defendants. | Civil Action No. 04-474ML |

**PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.'S**
**<u>OPPOSITION TO DEFENDANTS GANDA, LLC'S MOTION TO CONTINUE</u>**

Plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") hereby respectfully opposes Defendants Ganda, LLC and John Edward's ("defendants") Motion to Continue ("Motion") for the reasons set forth in its Memorandum in Support of its Opposition.

WHEREFORE, Plaintiff respectfully requests that the Court DENY the defendants' Motion to Continue.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
*Email: bwhite@vetterandwhite.com*
Gordon P. Cleary, Esq., No. 1948
*Email: gcleary@vetterandwhite.com*
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803

*Of counsel:*
Ira K. Gross
*Email: igross@sandw.com*
Lindsay D. Barna
*Email: lbarna@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880

Dated: February 26, 2007

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Opposition on February 26, 2007. The Opposition is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Third-Party Defendants. | Civil Action No. 04-474ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.'S OPPOSITION TO DEFENDANTS GANDA, LLC'S <u>MOTION TO CONTINUE</u>**

Plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") hereby respectfully submits this memorandum in support of its Opposition to Defendants Ganda, LLC and John Edward's ("defendants") Motion to Continue ("Motion").

Currently there are three (3) motions scheduled to be heard before the Court on Wednesday February 28, 2007: (1) Plaintiff's Motion to Extend the Discovery Deadline; (2) Plaintiff's Motion to Stay the Deposition of Dr. Xu and for a Protective Order; and (3) Plaintiff's Motion to Compel Documents. Subsequent to the filing of those motions, additional discovery motions have been filed, with return dates for after the scheduled hearing. Those outstanding

motions are: (1) Plaintiff's Motion to Compel Interrogatories (response due 3/12/07); (2) Defendant's Cross-Motion to Compel the Deposition of Dr. Xu (response due by 3/12/07, however, the opposition is being filed herewith); and (3) Defendants' Motion to Compel Interrogatories (response due 3/15/07).

Particularly as one of the Motions is to extend the discovery deadline (currently scheduled to close on March 30, 2007), it is imperative that the hearing take place as scheduled. As Plaintiffs have responded to Defendants' cross-motion to compel the deposition of Dr. Xu, the only outstanding motions would be those regarding interrogatories. While Plaintiffs are mindful of Mr. Rogers' travel concerns and does not wish to have him make multiple trips if it is not necessary, in this case, at this time, it is necessary.

The hearing on Wednesday February 28, 2007 will address the discovery deadline and the production of documents which relates directly as to how parties will proceed with upcoming depositions and will affect how the parties will pursue the remaining discovery in this case. Discovery is still continuing and therefore there will likely be additional motions if parties do not comply with certain, relevant requests (e.g. Document Requests and Interrogatories were served upon John Edward on February 16, 2007, and they are not due until March 19, 2007).

Accordingly, Plaintiffs request that the discovery hearing scheduled for this Wednesday, February 28, 2007 take place as scheduled in an effort to move this case forward and allow discovery to proceed. Notably, it is ironic that Defendants who opposed the extension of the discovery deadline now seek to continue a hearing on that issue and other discovery disputes.

**Conclusion**

WHEREFORE, for the aforementioned reasons as set forth in its Opposition, Plaintiff respectfully requests that the Court DENY the defendants' Motion to Continue.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
*Email: bwhite@vetterandwhite.com*
Gordon P. Cleary, Esq., No. 1948
*Email: gcleary@vetterandwhite.com*
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803

*Of counsel:*
Ira K. Gross
*Email: igross@sandw.com*
Lindsay D. Barna
*Email: lbarna@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880

Dated: February 26, 2007

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Memorandum on February 26, 2007. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary