# EXHIBIT 3

**John Edward**

**From:** "ngade" <ngade@public.wh.hb.cn>
**To:** "John Edward" <ml6324gl@mindspring.com>
**Sent:** Monday, June 04, 2001 1:36 AM
**Subject:** Hongkong

Dear John

One thing more I forgot in my other letter.
Honestly I do not understand why you want to discuss Ganda payment to Hongkong now.
In our sheets to you, YOFC has reduced this payment in our outstanding between Ganda and YOFC.

Kind regards
Niels