UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff | Civil Action No. 04-474ML |
| vs. | |
| Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants | |
| vs. | Oral Argument Requested |
| Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Third-Party Defendants | |

**PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.'S MOTION TO COMPEL JOHN EDWARD'S RESPONSES TO DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. 33, 34, and 37, and LR cv 37, plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") hereby respectfully moves the Court for an order compelling defendant John Edward ("Edward") to provide answers to YOFC's First Set of Interrogatories and responses to YOFC's First Request for the Production of Documents ("Discovery Requests"). The grounds for this motion are set forth more fully in a Memorandum of Law in Support of YOFC's Motion to Compel John Edward's Responses to Discovery Requests ("Motion"), filed herewith.

YOFC, through its counsel, has, in good faith, conferred with Defendant's counsel regarding Defendant's failure to produce responses to the Discovery Requests without Court intervention.

WHEREFORE, as set forth in YOFC's Motion, YOFC respectfully requests that the Court:

(1) issue an order compelling Edward to respond to Discovery Requests within five (5) days of this Court's order;

(2) grant costs and sanctions, including attorneys' fees; and

(3) grant such further relief as the Court finds just.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
*Email: bwhite@vetterandwhite.com*
Gordon P. Cleary, Esq., No. 1948
*Email: gcleary@vetterandwhite.com*
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803

*Of counsel:*
Ira K. Gross
*Email: igross@sandw.com*
Lindsay D. Barna
*Email: lbarna@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880

Dated: March 28, 2007

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Motion on March 28, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff | ) | Civil Action No. 04-474ML |
| vs. | ) | |
| Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants | ) | |
| vs. | ) | |
| Draka Comteq, B.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Third-Party Defendants | ) | |

**MEMORANDUM IN SUPPORT OF MOTION BY PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD. TO COMPEL JOHN EDWARD'S RESPONSES TO DISCOVERY REQUESTS**

Pursuant to Fed. R. Civ. P. 33, 34, and 37, and LR cv 37, Plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") hereby respectfully submits this memorandum in support of its Motion to Compel John Edward's Responses to Discovery Requests ("Motion"). The defendant, John Edward ("Edward"), is causing undue delay and prejudice to YOFC by failing to provide responses to YOFC's First Set of Interrogatories to Edward and YOFC's First Request for the Production of Documents to Edward ("Discovery Requests"). Therefore, YOFC respectfully requests that the Court assist in resolving this issue.

## I. BACKGROUND

On February 15, 2007, counsel for YOFC served Edward with Discovery Requests. See Affidavit of Beth Jacobson ("Jacobson Aff."), submitted herewith, at ¶ 4 and Ex. A. Due to the then discovery deadline of March 30, 2007, YOFC requested that Edward provide answers and responses by February 26, 2007. Id. at Ex. A. Pursuant to the Federal Rules of Civil Procedure, responses were due on or before March 19, 2007. Counsel for YOFC wrote to counsel for Edward regarding Edward's overdue responses on March 22, 2007, over one month after the Discovery Requests were served. Id. at ¶ 5 and Ex. B. Counsel for Edward responded to the March 22, 2007 letter; however, he did not include any date on which responses would be served. Id. at ¶ 6 and Ex. C. Discovery closes on May 29, 2007, and the deposition of Edward is scheduled for April 24, 2007. Id. at ¶ 7.

## II. ARGUMENT

This Court should compel responses to the Discovery Requests (1) to avoid any further delay in the discovery process and (2) to prevent any undue prejudice to YOFC. First, Edward is causing undue delay by failing to provide responses to the Discovery Requests. YOFC served the Discovery Requests on February 15, 2007. Id. at ¶ 4 Ex. A. To date, counsel for Edward has given no indication as to when these answers and responses can be expected. This delay appears to be in bad faith as only weeks ago counsel for Edward argued against a ninety (90) day extension to discovery and the deposition of Edward is less than one month away.[1] Such delay tactics are becoming a pattern. For example, Ganda did not serve its responses to YOFC's First

[1] The deposition of Edward was postponed over a month due to the delay tactics of Edward. Counsel for YOFC sent a Notice of Deposition on February 15, 2007 to take the deposition of Edward on March 20, 2007. Counsel for Edward responded to this notice three weeks later, on March 8, 2007, requesting that the deposition be postponed until April. Later, counsel for Edward informed counsel for YOFC that Edward was not available until April 23rd. After learning of the postponement, counsel for YOFC was forced to contact counsel for Edward many times in order to arrange for a date for the deposition.

Set of Interrogatories and First Request for the Production of Documents until the eve of a hearing on YOFC's Motion to Compel those Responses. Similarly, YOFC has already had to file motions to compel Ganda to produce documents and interrogatories.

Second, Edward's extreme delay in producing documents and answering interrogatories is hampering the ability of YOFC to successfully complete discovery and prepare for depositions and trial. Inevitably, information may arise from Edward's responses to Discovery Requests which YOFC may wish to further discover. Due to Edward's delay in responding to Discovery Requests, it will be impossible for YOFC to completely prepare for his deposition. YOFC is working diligently to complete discovery within the extended discovery period; however, its progress is slowed and its case prejudiced by Edward's consistent and repeated delays in providing responses to Discovery Requests.

## III. CONCLUSION

For the aforementioned reasons, counsel for YOFC has been given no choice by Defendant but to seek the Court's assistance in compelling Edward to respond to Discovery Requests.

WHEREFORE, as set forth in the Motion, Plaintiff respectfully requests that the Court:

(1) issue an order compelling Edward to respond to Discovery Requests within five (5) days of entry of this Court's order;

(2) grant costs and sanctions, including attorneys' fees; and

(3) grant such further relief as the Court finds just.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
*Email: bwhite@vetterandwhite.com*
Gordon P. Cleary, Esq., No. 1948
*Email: gcleary@vetterandwhite.com*
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803

*Of counsel:*
Ira K. Gross
*Email: igross@sandw.com*
Lindsay D. Barna
*Email: lbarna@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880

Dated: March 28, 2007

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Memorandum on March 28, 2007. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary