**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, vs. Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants and Third-Party Plaintiffs, vs. Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Third-Party Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF BETH L. JACOBSON**

I, BETH L. JACOBSON, first being duly sworn, hereby depose and say:

1. I am an associate with the law firm of Sullivan & Worcester LLP in Boston, Massachusetts and have been since September, 2001. I am counsel to Yangtze Optical Fibre and Cable Company Ltd. ("YOFC").

2. I am a member in good standing of the Massachusetts Bar.

3. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete.

4. On February 15, 2007, I served YOFC's First Set of Interrogatories to John Edward ("Edward") and YOFC's First Request for the Production of Documents to Edward

("Discovery Requests") on Defendant's counsel. A true and accurate copy of the letter serving the Discovery Requests is attached hereto as **Exhibit A.**

5. On March 22, 2007, I sent a letter to counsel for Defendant requesting the responses to Discovery Requests. **Exhibit B**, attached hereto, is a true and accurate copy of a letter I sent to James L. Rogers, counsel for Defendant Edward and Ganda LLC, a/k/a Ganda Communications ("Ganda"), dated March 22, 2007.

6. Counsel for Defendant responded the following day to my request, stating that "we are in the process of responding to these and will forward you our responses as soon as possible", but gave no date or clear indication of when these responses could be expected. **Exhibit C**, attached hereto, is a true and accurate copy of a letter sent from counsel for Ganda and Edward, Rebecca H. Zabel, to me, dated March 23, 2007.

7. Discovery is currently set to close in this case on May 29, 2007, and a deposition for Edward is currently scheduled for April 24, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2007.

Beth L. Jacobson

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Affidavit on March 28, 2007. The Affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary



{B0622907}