# EXHIBIT A

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

February 15, 2007

**By Overnight Mail**

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
Post Office Box 87
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601-0087

Re: Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") v. Ganda LLC, a/k/a Ganda Communications ("Ganda"), *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML

Dear Mr. Rogers:

Enclosed please find the following:

- Plaintiff YOFC's First Request for the Production of Documents from Defendant John Edward;
- Plaintiff YOFC's First Set of Interrogatories Directed to Defendant John Edward;
- Plaintiff YOFC's Second Set of Interrogatories Directed to Defendant Ganda; and
- Plaintiff's Notice of Deposition of Defendant John Edward.

Although pursuant to the Federal Rules Defendants have 30 days to answer and produce documents, given the impending discovery deadline and your apparent desire to move the case forward (since you would only assent to a 30 day extension of the current discovery deadline of March 30, 2007), we request that you expedite your answers and responses to 10 days, or as soon thereafter as is practicable, so we may proceed with the necessary party and third party depositions and resolve any discovery disputes in a timely manner.

Thank you in advance for your cooperation in this matter. If you have any questions, please do not hesitate to contact me directly.

Very truly yours,

Beth L. Jacobson

Direct line: 617 338 2872
bjacobson@sandw.com

Enclosures

cc: Ira K. Gross, Esq.
Gordon P. Cleary, Esq. (with enclosures by overnight mail)
Justin T. Shay, Esq. (with enclosures by overnight mail)
Rebecca Zabel, Esq. (with enclosures by overnight mail)

**Jacobson, Beth**

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, February 16, 2007 9:54 AM
**To:** Jacobson, Beth
**Subject:** FedEx Shipment 792290045753 Delivered

---

This tracking update has been requested by:

Company Name: Sullivan & Worcester LLP

Name: Beth L. Jacobson, Esq.

E-mail: bjacobson@sandw.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 792290045753 |
| Reference: | 19090.0002 |
| Ship (P/U) date: | Feb 16, 2007 |
| Delivery date: | Feb 16, 2007 9:51 AM |
| Sign for by: | D.WINFIELD |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |

| | |
|---|---|
| Shipper Information | Recipient Information |
| Beth L. Jacobson, Esq. | Justin T. Shay, Esq. |
| Sullivan & Worcester LLP | Cameron & Mittleman LLP |
| One Post Office Square | 56 Exchange Terrace |
| Boston | Providence |
| MA | RI |
| US | US |
| 02109 | 02903 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:53 AM CST on 02/16/2007.

To learn more about FedEx Express, please visit our website atfedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go tofedex.com.

Thank you for your business.

**Jacobson, Beth**

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, February 16, 2007 11:29 AM
**To:** Jacobson, Beth
**Subject:** FedEx Shipment 792933056319 Delivered

---

This tracking update has been requested by:

Company Name: Sullivan & Worcester LLP

Name: Beth L. Jacobson, Esq.

E-mail: bjacobson@sandw.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 792933056319 |
| Reference: | 19090.0002 |
| Ship (P/U) date: | Feb 16, 2007 |
| Delivery date: | Feb 16, 2007 9:41 AM |
| Sign for by: | J.BROWN |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |

| Shipper Information | Recipient Information |
|---|---|
| Beth L. Jacobson, Esq. | James L. Rogers, Jr., Esq. |
| Sullivan & Worcester LLP | Leatherwood Walker Todd and Mann |
| One Post Office Square | The Leatherwood Plaza |
| Boston | 300 East McBee Avenue, Suite 500 |
| MA | Greenville |
| US | SC |
| 02109 | US |
| | 296010087 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:20 AM CST on 02/16/2007.

To learn more about FedEx Express, please visit our website atfedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go tofedex.com.

**Jacobson, Beth**

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, February 16, 2007 11:29 AM
**To:** Jacobson, Beth
**Subject:** FedEx Shipment 798108711888 Delivered

---

This tracking update has been requested by:

Company Name: Sullivan & Worcester LLP

Name: Beth L. Jacobson, Esq.

E-mail: bjacobson@sandw.com

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 798108711888 |
| Reference: | 19090.0002 |
| Ship (P/U) date: | Feb 16, 2007 |
| Delivery date: | Feb 16, 2007 9:41 AM |
| Sign for by: | J.BROWN |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |

| Shipper Information | Recipient Information |
|---|---|
| Beth L. Jacobson, Esq. | Rebecca Zabel, Esq. |
| Sullivan & Worcester LLP | Leatherwood Walker Todd & Mann |
| One Post Office Square | The Leatherwood Plaza |
| Boston | 300 East McBee Avenue, Suite 500 |
| MA | Greenville |
| US | SC |
| 02109 | US |
| | 29601 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:20 AM CST on 02/16/2007.

To learn more about FedEx Express, please visit our website atfedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go tofedex.com.

**Jacobson, Beth**

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, February 16, 2007 11:01 AM
**To:** Jacobson, Beth
**Subject:** FedEx Shipment 799086884244 Delivered

---

This tracking update has been requested by:

Company Name: Sullivan & Worcester LLP

Name: Beth L. Jacobson, Esq.

E-mail: bjacobson@sandw.com

---

Our records indicate that the following shipment has been delivered;

| | |
|---|---|
| Tracking number: | 799086884244 |
| Reference: | 19090.0002 |
| Ship (P/U) date: | Feb 16, 2007 |
| Delivery date: | Feb 16, 2007 10:51 AM |
| Sign for by: | J.CADY |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |

| Shipper Information | Recipient Information |
|---|---|
| Beth L. Jacobson, Esq. | Gordon P. Cleary, Esq. |
| Sullivan & Worcester LLP | Vetter & White, Incorporated |
| One Post Office Square | 20 Washington Place |
| Boston | Providence |
| MA | RI |
| US | US |
| 02109 | 02903 |

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:55 AM CST on 02/16/2007.

To learn more about FedEx Express, please visit our website atfedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go tofedex.com.

Thank you for your business.

From: Origin ID: LWMA (617)338-2872
Beth L. Jacobson, Esq.
Sullivan & Worcester LLP
One Post Office Square

Boston, MA 02109

FedEx. Express

E

Ship Date: 15FEB07
ActWgt: 2 LB
System#: 2392525/INET2600
Account#: S *********

Delivery Address Bar Code

SHIP TO: (864)240-2421 BILL SENDER
James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 296010087

Ref # 19090.0002
Invoice #
PO #
Dept #

PRIORITY OVERNIGHT

FRI
Deliver By:
16FEB07

TRK# 7929 3305 6319 FORM 0201

GSP A2

29601 -SC-US

NE LQKA

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: LWMA (617)338-2872
Beth L. Jacobson, Esq.
Sullivan & Worcester LLP
One Post Office Square

Boston, MA 02109

FedEx. Express

E

Ship Date: 15FEB07
ActWgt: 1 LB
System#: 2392525/INET2600
Account#: S *********

Delivery Address Bar Code

SHIP TO: (401)421-3060 BILL SENDER
**Gordon P. Cleary, Esq.**
**Vetter & White, Incorporated**
**20 Washington Place**

**Providence, RI 02903**

Ref # 19090.0002
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**

**FRI**
Deliver By:
16FEB07

TRK# **7990 8688 4244** FORM 0201

**PVD** A1

**02903** -RI-US

**EN PVDA**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: LWMA (617)338-2872
Beth L. Jacobson, Esq.
Sullivan & Worcester LLP
One Post Office Square

Boston, MA 02109

FedEx. Express

E

Ship Date: 15FEB07
ActWgt: 2 LB
System#: 2392525/INET2600
Account#: S *********

Delivery Address Bar Code

SHIP TO: (401)331-5700 BILL SENDER

**Justin T. Shay, Esq.**
**Cameron & Mittleman LLP**
**56 Exchange Terrace**

**Providence, RI 02903**

Ref # 19090.0002
Invoice #
PO #
Dept #

**PRIORITY OVERNIGHT**

**FRI**
Deliver By:
16FEB07

TRK# 7922 9004 5753 FORM 0201

**PVD** A1

02903 -RI-US

**EN PVDA**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: LWMA (617)338-2872
Beth L. Jacobson, Esq.
Sullivan & Worcester LLP
One Post Office Square

Boston, MA 02109

FedEx Express

E

CLS0121807/21/23

Ship Date: 15FEB07
ActWgt: 2 LB
System#: 2392525/INET2600
Account#: S *********

Delivery Address Bar Code

SHIP TO: (864)240-2431 BILL SENDER
Rebecca Zabel, Esq.
Leatherwood Walker Todd & Mann
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601

Ref # 19090.0002
Invoice #
PO #
Dept #

PRIORITY OVERNIGHT

FRI
Deliver By:
16FEB07

TRK# 7981 0871 1888 FORM 0201

GSP A2

29601 -SC-US

NE LQKA

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.