# EXHIBIT B

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

March 22, 2007

***Via Facsimile and First Class Mail***

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd & Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, South Carolina 29601

Re: Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") v. Ganda LLC, a/k/a Ganda Communications ("Ganda"), *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML

Dear Jay:

I write regarding several discovery obligations with which Mr. Edward and Ganda have not complied.

First, as I am sure you are aware, the following discovery answers and responses were due to be served by Ganda and Mr. Edward on Monday, March 19, 2007: (1) Mr. Edward's Answers to YOFC's First Set of Interrogatories; (2) Mr. Edward's Responses to YOFC's First Request for the Production of Documents; and (3) Ganda's Answers to YOFC's Second Set of Interrogatories. YOFC served these discovery requests on Mr. Edward and Ganda via overnight mail on February 15, 2007 and they were received by you February 16, 2007. Moreover, in our cover letter to you we had requested that given the impending discovery deadline (March 30, 2007 at that time), that Mr. Edward and Ganda provide answers and responses within ten (10) days. They did not do so.

Second, we are in receipt of Ganda's purported supplementation of its Responses to YOFC's Document Requests 33 and 43 which the Court ordered Ganda supplement on or before March 21, 2007. As you know, Request No. 33 seeks "[a]ny documents concerning any financial statement, statement of account, balance sheet, income statement, profit and loss statement, statement of cash flows, or statement of retained earnings regarding Ganda" and Request No. 43 seeks, "[a]ny documents concerning any withdrawal, deposit, transfer, or statement of account for any checking, savings, investment or deposit account held or managed in or under Ganda's name."

Ganda's supplementation (received today), a mere 54 pages which you characterize solely as "wire transfer confirmations and John Edward's 2002 through 2005 tax returns as they relate to Ganda", is deficient in many ways, including but not limited to the following: (1) pursuant to Instruction No. 1 in the Document Requests, the time frame for the Document Requests is January 1, 1998 through and including the date of Ganda's response and any supplementation (the wire transfer confirmation information Ganda provided YOFC is only for the year 2000 and based on records YOFC obtained from Citizens Bank, Ganda had active bank accounts at last through part of 2003, all of which were depleted by mid-2003 at the latest); (2) Ganda provided no financial statements, statements of accounts, balance sheets, income statements, profit and loss statements, statements of cash flows, or statements of retained earnings (per request 33); (3) Ganda provided no tax returns; (4) Ganda provided no documents concerning deposits, cancelled checks, check

{B0621016; 1}

registers, or withdrawal slips (aside from one or two) (despite my informing you on March 19, 2007 in an email specifically that such documents fall under request 43); and (5) even the information provided does not span the requested time frame and does not provide information for all transfers for all of Ganda's accounts.

Third, in light of the Court's order requiring Ganda to supplement its Responses to YOFC's First Request for the Production of Documents Nos. 33 and 43 regarding financial information, on March 5, 2007 I wrote you a letter asking whether Ganda would supplement its interrogatory responses (the current subject of an outstanding Motion to Compel). On March 6, 2007, Ms. Zabel of your office wrote in an email, "our client is in the process of obtaining financial information to produce pursuant to the Court's recent Order. We will supplement our interrogatory answers accordingly when such information is obtained." Interrogatory No. 10 requested that Ganda "[i]dentify all checking, savings, investment or deposit accounts that currently or previously existed under Ganda's name". Yet again Ganda's delay is prejudicing YOFC as it is precluding YOFC from obtaining permissible and relevant discovery. Ganda has not even informed YOFC where it had bank accounts despite the interrogatory request propounded almost 9 months ago.

In light of these numerous violations of discovery obligations, if you do not provide the requisite answers and responses by the close of business tomorrow (March 23, 2007), we will have no choice but to bring these matters to the Court's attention.

Very truly yours,

Beth L. Jacobson

Direct line: 617 338 2872
bjacobson@sandw.com

BLJ/fcg

cc: Ira K. Gross, Esq.
Gordon P. Cleary, Esq. (by facsimile)
Justin T. Shay, Esq. (by facsimile)

[illegible] 001

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3864 |
| CONNECTION TEL | 918642402479#1326 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/22 16:46 |
| USAGE T | 00'33 |
| PGS. SENT | 3 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| [illegible] | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |

| [illegible] | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| [illegible] | 3 | [illegible] | 22-Mar-07 |
|---|---|---|---|

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 1326

**********************
*** TX REPORT ***
**********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3865 |
| CONNECTION TEL | 914012726803#2284 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/22 16:49 |
| USAGE T | 00'32 |
| PGS. SENT | 3 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| [illegible] | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Gordon P. Cleary, Esq. | Vetter & White, Incorporated | 401 272 6803 | 401 421 3060 |

| [illegible] | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| [illegible] | 3 | [illegible] | 22-Mar-07 |
|---|---|---|---|

[illegible]

| User Number: | 1097 | Client / Matter: | 19090.0002 | Fax Job Code | 2284 |
|---|---|---|---|---|---|

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3866 |
| CONNECTION TEL | 914013315787#7380 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/22 16:51 |
| USAGE T | 01'35 |
| PGS. SENT | 3 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| Deliver To: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Justin T. Shay, Esq. | Cameron & Mittleman LLP | 401 331 5787 | 401 331 5700 |

| From: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| | | | |
|---|---|---|---|
| Total Pages Including This | 3 | Date Sent: | 22-Mar-07 |

[illegible]

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 7380