# EXHIBIT C

MAR-23-2007 02:10PM FROM-LEATHERWOOD 5TH FLR,WING 8642402498 T-049 P.001/007 F-501

# LEATHERWOOD WALKER TODD & MANN, P.C.

ATTORNEYS AT LAW
THE LEATHERWOOD PLAZA
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE, SOUTH CAROLINA 29601
FAX: (864) 240-2477
TELEPHONE: (864) 242-6440

Mailing Address:
Post Office Box 87
Greenville, SC 29602-0087

JOHN R. JOHNSTON, JR.
HARVEY G. SANDERS, JR.
DAVID A. QUATTLEBAUM III
JOSEPH E. MAJOR
DUKE K. MCCALL, JR.
EARLE G. PREVOST
J. RICHARD KELLY
A. MARVIN QUATTLEBAUM
JACK H. TEDARDS, JR.
F. MARION HUGHES
MICHAEL J. GIESE
MARK R. HOLMES
WILLIAM L. DENNIS
NATALMA M. MCKNEW
ROBERT A. DEHOLL
RICHARD L. FEW, JR.
STEVEN E. FARRAR
H. GIBERT SANDERS, III
THOMAS W. EPTING
JAMES L. ROGERS, JR.
DAVID G. HODGE
FRANK C. WILLIAMS III
WILLIAM L. PITMAN
ROBERT D. MOSELEY, JR.
JAMES F. HEWITT
KURT M. ROZELSKY
J. TOD HYCHE
LAUREL R. S. BLAIR
JAMES J. FRANCIS III
JOHN P. RIORDAN
SEANN GRAY TZOUVELEKAS
WILLIAM D. SWENY
MICHELE FULLER LYERLY
LAURIN MILFORD MCDONALD
PETER A. RUTLEDGE
PAUL B. HAMMACK
CARI V. HICKS
MARY H. WATTERS
J. KURT SCHUMACHER, JR.
JENNIFER ADAMSON MOORHEAD
MARGARET C. MCGEE
ALEXANDRE N. MACCLENAHAN
ERIKA D. NEWSOM
ZANDRA L. JOHNSON
S. BROOKE CHAPMAN
JOHN M. WALKER
F. GRIFFIN BELL
THOMAS M. LARKIN
REBECCA H. ZABEL
SALLIE B. HOLDER

COUNSEL:
JAMES H. WATSON

D.B. LEATHERWOOD
1896-1980
WESLEY M. WALKER
1915-1999
FLETCHER C. MANN
1921-2003

WRITER'S
Direct Dial: 864-240-2431
Direct Fax: 864-240-2498
E-Mail: rzabel@lwtm.com

March 23, 2007

**<u>VIA FACSIMILE TO (617) 338-2880</u>**
Beth L. Jacobson, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Re: *Yangtze Optical Fibre and Cable Company, Ltd. v. Ganda, LLC, a/ka/a Ganda Communications and John Edward*
C.A. No: 04-474ML

Dear Beth:

In response to your letter dated March 22, 2007, enclosed please find Ganda's Supplemental Responses to Plaintiff's First Set of Interrogatories, as well as the Affidavit of John Edward prepared in connection with our recent production of documents in response to Plaintiff's Request for Production Numbers 33 and 43. This Affidavit should answer your questions regarding the documents produced.

With respect to the discovery requests served on John Edward, we are in the process of responding to these and will forward you our responses as soon as possible.

Yours very truly,

Rebecca H. Zabel

Rebecca H. Zabel
Leatherwood Walker Todd & Mann, P.C.