**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Counterclaim Defendants. | Civil Action No. 04-474ML |

**PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT JOHN EDWARD**

To: James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
Post Office Box 87
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, SC 29601-0087
*Attorney for Defendants*

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, Plaintiff Yangtze Optical Fibre Cable Company Ltd ("YOFC"), by and through its attorneys, SULLIVAN & WORCESTER LLP, will take the deposition of Defendant John Edward, 6324 Guinea Lane, Wilmington, North Carolina. The deposition will commence at 9:00 a.m. on April 24, 2007, and will continue from day to day until completed. The deposition will take place at the offices of

Ogletree Deakins at The Ogletree Building, 300 North Main Street, Greenville, South Carolina, 29601, and will be conducted before a Notary Public or other person authorized by the laws of the state of North Carolina to administer oaths. The testimony will be recorded by stenographic means. You are invited to attend and cross examine.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
*Email: bwhite@vetterandwhite.com*
Gordon P. Cleary, Esq., No. 1948
*Email: gcleary@vetterandwhite.com*
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803

*Of counsel:*

Ira K. Gross
*Email: igross@sandw.com*
Beth L. Jacobson
*Email: bjacobson@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880

Dated: March 28, 2007

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Notice of Deposition on March 28, 2007. The Notice of Deposition is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means, by facsimile, and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary



{B0592396; 2}