UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Yangtze Optical Fibre and Cable Company, Ltd.,

Plaintiff,

vs.

Ganda, LLC a/k/a Ganda Communications and John Edward,

Defendants/Third Party Plaintiffs,

vs.

Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,

Third Party Defendants.

C.A. No.: 04-474ML

**NOTICE OF DEPOSITION**

TO: PLAINTIFF AND ITS ATTORNEY:

PLEASE TAKE NOTICE that, in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Ganda, LLC, a/k/a Ganda Communications and John Edward, by and through their counsel, will take the deposition of the corporate designee of Yangtze Optical Fibre and Cable Company, Ltd. from among the officers, managers, directors, agents or such other individuals as who may be most knowledgeable regarding the matters identified in the list of topics enumerated in Exhibit A attached hereto. Such deposition shall be taken upon oral examination before a Notary Public or other officer authorized by law to take sworn testimony. The deposition shall take place on April 26, 2007 at 9:00 a.m. and shall continue from day to day

thereafter until adjourned in the offices of Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island. You are invited to appear and participate as appropriate.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: April 2, 2007

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

Date: April 2, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2007, a true copy of the within was sent, as indicated, to the following:

VIA ECF TRANSMISSION

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

Reporting Associates
10 Dorrance Street, Suite 617
Providence, RI 02903

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\30(b)(6) depo notice.DOC