UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Third Party Defendants. | C.A. No.: 04-474ML<br><br>**NOTICE OF DEPOSITION** |

TO: PLAINTIFF AND ITS ATTORNEY:

YOU WILL PLEASE TAKE NOTICE that the deposition of S.J. van Kesteren will be taken before a Notary Public or some other person authorized by law to take his deposition on May 9, 2007 at 9:00 a.m. and from day to day thereafter until the taking of the deposition may be adjourned, in the offices of Cameron & Mittleman, LLP, 56 Exchange Terrace, Providence, Rhode Island, of which time and place you are hereby notified and you are further invited to attend and participate.

YOU WILL TAKE FURTHER NOTICE that the Defendants/Third Party Plaintiffs reserve the right to utilize any and all documents produced in discovery at the deposition.

To the extent you have relied or considered documents not previously produced in discovery with respect to the matters designated above, please produce such records at the deposition.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay
Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: April 3, 2007

/s/ James L. Rogers, Jr.
James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

Date: April 3, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2007, a true copy of the within was sent, as indicated, to the following:

VIA ECF TRANSMISSION

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

Reporting Associates
10 Dorrance Street, Suite 617
Providence, RI 02903

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\Deposition Notice for S.J. van Kesteren_v1.DOC