AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,

Plaintiffs,

v.

GANDA, LLC, A/K/A GANDA COMMUNICATIONS AND JOHN EDWARD,

Defendants/ Third-Party Plaintiffs,

v.

Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,

Third-Party Defendants.

# SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] 04-474ML

TO: Insero & Company
1500 HSBC Plaza
Rochester, NY 14604

___ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

__ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

_X__ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Please produce all documents and things concerning the subject matter in the attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| Attn: Gordon Cleary<br>Vetter & White, Incorporated<br>20 Washington Place<br>Providence, RI 02903 | March 13, 2007<br>10:00 a.m. |

{B0614031; 1}

____ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiffs | ~~February~~ March 2, 2007 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>SULLIVAN & WORCESTER LLP, One Post Office Square, Boston, MA 02109 (617) 338-2800 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts (c) & (d) on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________
DATE

____________________
SIGNATURE OF SERVER

____________________
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts (c) & (d):

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
RHODE ISLAND District of Rhode Island

Case Number: 04-474ML

Plaintiff:
**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD**

vs.

Defendant:
**GANDA, LLC, ET AL**

Received by Beacon Hill Research to be served on **INSERO & COMPANY, 1500 HSBC PLAZA, ROCHESTER, NY.**

I, Richard P Zicari, Constable, being duly sworn, depose and say that on the **7th day of March, 2007** at **2:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Subpoena in a Civil Case** with the date and hour of service endorsed thereon by me, to: **LINDA CIACCIA** as **AUTHORIZED AGENT** for **INSERO & COMPANY**, at the address of: **1500 HSBC PLAZA, ROCHESTER, NY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair: Blonde, Glasses: N

Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

Subscribed and Sworn to before me on the 15th day of March, 2007 by the affiant who is personally known to me.

William Robinson

Richard Zicari
Notary Public, Monroe Count
State of New York
My Commission expires 2/27/2007

William Robinson
Notary Public, Monroe Count
State of New York
My Commission expires 4/25/2009

**Richard P Zicari, Constable**
Process Server

**Beacon Hill Research**
**6 Beacon Street**
**Suite 825**
**Boston, MA 02108**
**(617) 973-4555**
Our Job Serial Number: 2007000336

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9k

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Subpoena with Proof of Service on April 4, 2007. The Subpoena is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary