UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, | ) |
| vs. | ) |
| Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants and Third-Party Plaintiffs, | ) Civil Action No. 04-474ML |
| vs. | ) |
| Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V., Third-Party Defendants. | ) |

**AFFIDAVIT OF BETH L. JACOBSON**

I, BETH L. JACOBSON, first being duly sworn, hereby depose and say:

1. I am an associate with the law firm of Sullivan & Worcester LLP in Boston, Massachusetts, counsel to Yangtze Optical Fibre and Cable Company Ltd. ("YOFC").

2. I am a member in good standing of the Massachusetts Bar.

3. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete.

4. Attached hereto as **Exhibit A** is a true and accurate copy of this Court's March 1, 2007 order.

5. Attached hereto as **Exhibit B** is a true and accurate copy of Mr. James L. Rogers, Esq., counsel for defendants, letter dated March 21, 2007.

6. Attached hereto as **Exhibit C** is a true and accurate copy of a letter dated March 22, 2007 that I sent to defendants' counsel.

7. Attached hereto as **Exhibit D** is a true and accurate copy of a letter dated March 29, 2007 that I sent to defendants' counsel.

8. The deposition of defendant John Edward is currently scheduled for April 24, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2007.

Beth L. Jacobson

## CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Affidavit on April 5, 2007. The Affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary