# EXHIBIT B

LEATHERWOOD WALKER TODD & MANN, P.C.

ATTORNEYS AT LAW
THE LEATHERWOOD PLAZA
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE, SOUTH CAROLINA 29601
FAX: (864) 240-2477
TELEPHONE: (864) 242-6440

JOHN E. JOHNSTON, JR.
HARVEY G. SANDERS, JR.
DAVID A. QUATTLEBAUM III
JOSEPH E. MAJOR
DUKE K. MCCALL, JR.
EARLE G. PREVOST
J. RICHARD KELLY
A. MARVIN QUATTLEBAUM
JACK H. TEDARDS, JR.
F. MARION HUGHES
MICHAEL J. GIESE
MARK R. HOLMES
WILLIAM L. DENNIS
NATALMA M. MCKNEW
ROBERT A. DEHOLL
RICHARD L. FEW, JR.
STEVEN E. FARRAR
H. GIBERT SANDERS, III
THOMAS W. EPTING
JAMES L. ROGERS, JR
DAVID E. HODGE
FRANK C. WILLIAMS III
WILLIAM L. PITMAN
ROBERT D. MOSELEY, JR
JAMES T. HEWITT
KURT M. ROZELSKY
J. TOD HYCHE
LAUREL R.S. BLAIR
JAMILE J. FRANCIS III
JOHN P. RIORDAN
SEANN GRAY TZOUVELEKAS
WILLIAM B. SWENT
MICHELE FULLER LYERLY
LAURIN MILFORD MCDONALD
PETER A. RUTLEDGE
PAUL E. HAMMACK
CARI V. HICKS
MARY H. WATTERS
J. KURT SCHUMACHER, JR.
JENNIFER ADAMSON MOORHEAD
MARGARET C. MCGEE
ALEXANDRE N. MACCLENAHAN
ERIKA B. NEWSOM
ZANDRA L. JOHNSON
S. BROOKE CHAPMAN
JOHN M. WALKER
P. GRIFFIN BELL
THOMAS M. LARKIN
REBECCA H. ZABEL
SALLIE S. HOLDER

**Mailing Address:**
Post Office Box 87
Greenville, SC 29602-0087

COUNSEL:
JAMES H. WATSON

D.B. LEATHERWOOD
1896-1989
WESLEY M. WALKER
1915-1999
FLETCHER C. MANN
1921-2003

WRITER'S
Direct Dial: 864-552-4508
Direct Fax: 864-240-2479
E-Mail: gvieth@lwtm.com

March 21, 2007

**VIA OVERNIGHT DELIVERY**
Ira K. Gross, Esq.
Sullivan & Worcester
One Post Office Square
Boston, MA 02109

Re: *Yangtze Optical Fibre and Cable Company, Ltd. v. Ganda, LLC,* et al. *v. Draka Comteq, B.V.,* et al.; Civil Action No.: 04-474ML

Dear Ira:

Pursuant to Judge Almond's Order and to further supplement Ganda, LLC's discovery responses, please find enclosed additional documents BATES labeled GANDA – 002676 through GANDA - 2730. These documents consist of wire transfer confirmations and John Edward's 2002 through 2005 tax returns as they relate to Ganda. These documents are also responsive to Requests to Produce No. 33 and 43. They are being produced pursuant to the Protective Order and are stipulated as confidential.

Yours very truly,

Jay

James L. Rogers, Jr.
Leatherwood Walker Todd & Mann, P.C.

JLR,Jr/mh
Enclosures
cc: Mr. John Edward
Justin T. Shay, Esq.