# EXHIBIT D

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

March 29, 2007

***Via Facsimile and First Class Mail***

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd & Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, South Carolina 29601

Re: Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") v. Ganda LLC, a/k/a Ganda Communications ("Ganda"), *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML

Dear Jay:

I write regarding Ganda's obstruction of the discovery process by its continuous delay and failure to produce the requested financial information pursuant to YOFC's First Requests for the Production of Documents ("Request for Documents"). Although YOFC has already pursued this matter with the Court, and the Court ordered Ganda to produce documents in response to YOFC's Document Requests Nos. 33 and 43, Ganda has not fully complied. Request No. 33 seeks "[a]ny documents concerning any financial statement, statement of account, balance sheet, income statement, profit and loss statement, statement of cash flows, or statement of retained earnings regarding Ganda" and Request No. 43 seeks, "[a]ny documents concerning any withdrawal, deposit, transfer, or statement of account for any checking, savings, investment or deposit account held or managed in or under Ganda's name."

As I set forth more fully in my March 22, 2007 letter to you (attached hereto as Exhibit A), Ganda's purported supplementation was a scant 54 pages, which you admit was solely "wire transfer confirmations and John Edward's 2002 through 2005 tax returns as they relate to Ganda". As I set forth in my prior letter to you (see id. at pg. 1, paragraph 4), the supplementation is deficient in numerous ways. Nevertheless, in lieu of responding to my allegations of Ganda's deficient document production, which violates the Court's order, Ganda provided an "Affidavit of John Edward" in an attempt to cure any deficiencies. See Exhibit B. In his affidavit Mr. Edward asserts numerous excuses as to why he cannot produce more documents, including, the following: (1) the incredible proposition that his accounting firm refuses to provide his own tax return documents to him because they have been subpoenaed; (2) that "responsive documents have been or will be produced to Plaintiff from Citizens Bank of Rhode Island or Corning Credit Union pursuant to subpoenas Plaintiff served on each of these financial institutions"; and (3) that Ganda's business records were stored in the home of an ex-employee.

None of the aforementioned excuses relieves Ganda from obtaining and producing the requested documents. First, the fact that Plaintiff subpoenaed documents from certain banks and accountants (which Plaintiff was forced to do as a result of Ganda's non-compliance with discovery) does not relieve the Defendant from its discovery obligations.[1] In fact, you specifically asked me whether we would agree to that and I told you that while we would not require Mr. Edward to re-produce documents that we obtained from banks or accountants pursuant to subpoenas, since we have not received (and may not) all the documents we requested in the subpoenas, Mr. Edward is required to produce all responsive documents. See Exhibit C (email correspondence between us on March 19, 2007). In my email correspondence to you, I specifically explained that:

> there are clearly additional documents that we have requested from Mr. Edward and Citizens Bank (including, but not limited to cancelled checks, check registers, withdrawal slips, deposit or transfer information) which we have not received from Mr. Edward, and thus, Mr. Edward should provide those to us by the deadline imposed by the Court.

Id. Second, it does not matter where Ganda's financial documents are "stored", whether in someone's basement or a warehouse; such documents admittedly belong to Ganda and are thus under Ganda's possession, custody or control and therefore discoverable. See Fed. R. Civ. P. 34(a). They must be produced.

Ganda only produced certain financial information and only for the year 2000. Although YOFC is entitled to all the information it requested (per the Court's order), given Ganda's continuous delays (which represent an obvious attempt to run the discovery deadline and to avoid producing pertinent information prior to Mr. Edward's April 24, 2007 deposition), YOFC will prioritize its requests. YOFC therefore requests that Ganda first produce to it the financial documentation for the specific account activity I referenced in my March 23, 2007 letter to Citizens Bank requesting more detailed information. See Exhibit D. As Ganda's bank accounts were emptied as of January 31, 2003 (as evidenced by the documentation provided by Citizens Bank and Ganda's Answers to Interrogatories), and Mr. Edward has not provided any explanation for this, nor provided the financial documents to indicate where the money went, we are asking you to provide this information.

Moreover, please regard this letter as a clarification (as you have previously done in your correspondence) of our Interrogatory No. 10 to Ganda to "[i]dentify all checking, savings, investment or deposit accounts that currently or previously existed under Ganda's name or for Ganda's benefit (as Citizen Bank account documents for Ganda evidence that at least one of Ganda's accounts at one time - for only a one month period - was called "Mustafa Commercial Checking")." Please confirm whether Ganda's response to Interrogatory 10 is still accurate or whether it will be supplemented.

---

[1] Discovery is permissible if it "appears reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1).

If you do not respond substantively and to YOFC's satisfaction within three (3) days, we will be forced to address Ganda's non-compliance with the Court order with the Court.

Very truly yours,

Beth L. Jacobson

Direct line: 617 338 2872
bjacobson@sandw.com

BLJ/fcg

cc: Ira K. Gross, Esq.
Gordon P. Cleary, Esq. (by facsimile)
Justin T. Shay, Esq. (by facsimile)

# EXHIBIT A

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

March 22, 2007

***Via Facsimile and First Class Mail***

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd & Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, South Carolina 29601

Re: Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") v. Ganda LLC, a/k/a Ganda Communications ("Ganda"), *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML

Dear Jay:

I write regarding several discovery obligations with which Mr. Edward and Ganda have not complied.

First, as I am sure you are aware, the following discovery answers and responses were due to be served by Ganda and Mr. Edward on Monday, March 19, 2007: (1) Mr. Edward's Answers to YOFC's First Set of Interrogatories; (2) Mr. Edward's Responses to YOFC's First Request for the Production of Documents; and (3) Ganda's Answers to YOFC's Second Set of Interrogatories. YOFC served these discovery requests on Mr. Edward and Ganda via overnight mail on February 15, 2007 and they were received by you February 16, 2007. Moreover, in our cover letter to you we had requested that given the impending discovery deadline (March 30, 2007 at that time), that Mr. Edward and Ganda provide answers and responses within ten (10) days. They did not do so.

Second, we are in receipt of Ganda's purported supplementation of its Responses to YOFC's Document Requests 33 and 43 which the Court ordered Ganda supplement on or before March 21, 2007. As you know, Request No. 33 seeks "[a]ny documents concerning any financial statement, statement of account, balance sheet, income statement, profit and loss statement, statement of cash flows, or statement of retained earnings regarding Ganda" and Request No. 43 seeks, "[a]ny documents concerning any withdrawal, deposit, transfer, or statement of account for any checking, savings, investment or deposit account held or managed in or under Ganda's name."

Ganda's supplementation (received today), a mere 54 pages which you characterize solely as "wire transfer confirmations and John Edward's 2002 through 2005 tax returns as they relate to Ganda", is deficient in many ways, including but not limited to the following: (1) pursuant to instruction No. 1 in the Document Requests, the time frame for the Document Requests is January 1, 1998 through and including the date of Ganda's response and any supplementation (the wire transfer confirmation information Ganda provided YOFC is only for the year 2000 and based on records YOFC obtained from Citizens Bank, Ganda had active bank accounts at last through part of 2003, all of which were depleted by mid-2003 at the latest); (2) Ganda provided no financial statements, statements of accounts, balance sheets, income statements, profit and loss statements, statements of cash flows, or statements of retained earnings (per request 33); (3) Ganda provided no tax returns; (4) Ganda provided no documents concerning deposits, cancelled checks, check

{B0621016; 1}

registers, or withdrawal slips (aside from one or two) (despite my informing you on March 19, 2007 in an email specifically that such documents fall under request 43); and (5) even the information provided does not span the requested time frame and does not provide information for all transfers for all of Ganda's accounts.

Third, in light of the Court's order requiring Ganda to supplement its Responses to YOFC's First Request for the Production of Documents Nos. 33 and 43 regarding financial information, on March 5, 2007 I wrote you a letter asking whether Ganda would supplement its interrogatory responses (the current subject of an outstanding Motion to Compel). On March 6, 2007, Ms. Zabel of your office wrote in an email, "our client is in the process of obtaining financial information to produce pursuant to the Court's recent Order. We will supplement our interrogatory answers accordingly when such information is obtained." Interrogatory No. 10 requested that Ganda "[i]dentify all checking, savings, investment or deposit accounts that currently or previously existed under Ganda's name". Yet again Ganda's delay is prejudicing YOFC as it is precluding YOFC from obtaining permissible and relevant discovery. Ganda has not even informed YOFC where it had bank accounts despite the interrogatory request propounded almost 9 months ago.

In light of these numerous violations of discovery obligations, if you do not provide the requisite answers and responses by the close of business tomorrow (March 23, 2007), we will have no choice but to bring these matters to the Court's attention.

Very truly yours,

Beth L. Jacobson

Direct line: 617 338 2872
bjacobson@sandw.com

BLJ/fcg

cc: Ira K. Gross, Esq.
Gordon P. Cleary, Esq. (by facsimile)
Justin T. Shay, Esq. (by facsimile)

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3864 |
| CONNECTION TEL | 918642402479#1326 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/22 16:46 |
| USAGE T | 00'33 |
| PGS. SENT | 3 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| [illegible] | 3 | [illegible] | 22-Mar-07 |
|---|---|---|---|

[illegible]

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 1326

001

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3865 |
| CONNECTION TEL | 914012726803#2284 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/22 16:49 |
| USAGE T | 00'32 |
| PGS. SENT | 3 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| [illegible] | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Gordon P. Cleary, Esq. | Vetter & White, Incorporated | 401 272 6803 | 401 421 3060 |

| [illegible] | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| [illegible] | 3 | [illegible] | 22-Mar-07 |
|---|---|---|---|

[illegible]

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 2284

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3866 |
| CONNECTION TEL | 914013315787#7380 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/22 16:51 |
| USAGE T | 01'35 |
| PGS. SENT | 3 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Justin T. Shay, Esq. | Cameron & Mittleman LLP | 401 331 5787 | 401 331 5700 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| # OF PAGES (INCLUDING COVER): | 3 | DATE: | 22-Mar-07 |
|---|---|---|---|

NOTES:

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 7380

# EXHIBIT B

# LEATHERWOOD WALKER TODD & MANN, P.C.

ATTORNEYS AT LAW
THE LEATHERWOOD PLAZA
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE, SOUTH CAROLINA 29601
FAX: (864) 240-2477
TELEPHONE: (864) 242-6440

**Mailing Address:**
Post Office Box 87
Greenville, SC 29602-0087

JOHN R. JOHNSTON, JR
HARVEY G. SANDERS, JR.
DAVID A. QUATTLEBAUM III
JOSEPH E. MAJOR
DUKE K. MCCALL, JR
EARLE G. PREVOST
J. RICHARD KELLY
A. MARVIN QUATTLEBAUM
JACK H. TEDARDS, JR
F. MARION HUGHES
MICHAEL J. GIESE
MARK R. HOLMES
WILLIAM L. DENNIS
NATALMA M. MCKNEW
ROBERT A. DEHOLL
RICHARD L. FEW, JR.
STEVEN E. FARRAR
H. GIBERT SANDERS, III
THOMAS W. EPTING
JAMES L. ROGERS, JR
DAVID E. HODGE
FRANK C. WILLIAMS III
WILLIAM L. PITMAN
ROBERT D. MOSELEY, JR
JAMES F. HEWITT
KURT M. ROZELSKY
J. TOD HYCHE
LAUREL R. S. BLAIR
JAMIL B. J. FRANCIS III
JOHN P. RIORDAN
SEANN GRAY TZOUVELEKAS
WILLIAM B. SWENT
MICHELE FULLER LYERLY
LAURIN MILFORD MCDONALD
PETER A. RUTLEDGE
PAUL B. HAMMACK
CARI V. HICKS
MARY H. WATTERS
J. KURT SCHUMACHER, JR.
JENNIFER ADAMSON MOORHEAD
MARGARET C. MCGEE
ALEXANDRE N. MACCLENAHAN
ERIKA D. NEWSOM
ZANDRA L. JOHNSON
S. BROOKE CHAPMAN
JOHN M. WALKER
P. GRIFFIN BELL
THOMAS M. LARKIN
REBECCA H. ZABEL
SALLIE B. HOLDER

COUNSEL:
JAMES H. WATSON

D.B. LEATHERWOOD
1906-1989
WESLEY M. WALKER
1915-1999
FLETCHER C. MANN
1921-2003

WRITER'S
Direct Dial: 864-240-2431
Direct Fax: 864-240-2498
E-Mail rzabel@lwtm.com

March 23, 2007

**VIA FACSIMILE TO (617) 338-2880**
Beth L. Jacobson, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Re: *Yangtze Optical Fibre and Cable Company, Ltd. v. Ganda, LLC, a/k/a Ganda Communications and John Edward*
C.A. No: 04-474ML

Dear Beth:

In response to your letter dated March 22, 2007, enclosed please find Ganda's Supplemental Responses to Plaintiff's First Set of Interrogatories, as well as the Affidavit of John Edward prepared in connection with our recent production of documents in response to Plaintiff's Request for Production Numbers 33 and 43. This Affidavit should answer your questions regarding the documents produced.

With respect to the discovery requests served on John Edward, we are in the process of responding to these and will forward you our responses as soon as possible.

Yours very truly,

Rebecca H. Zabel
Rebecca H. Zabel
Leatherwood Walker Todd & Mann, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Counterclaim Defendants. | ) | C.A. No.: 04-474ML |

TO: PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY, LTD. AND ITS ATTORNEYS:

**DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant Ganda, LLC, a/k/a Ganda Communications ("Ganda"), pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby submits these Supplemental Responses to Yangtze Optical Fibre and Cable Company, Ltd.'s First Set of Interrogatories.

**GENERAL OBJECTIONS**

The General Objections set forth in Ganda's original A to Plaintiff's First Set of Interrogatories are incorporated herein by reference as though set forth verbatim.

**ANSWERS TO INTERROGATORIES**

10. Identify all checking, savings, investment or deposit accounts that currently or previously existed under Ganda's name.

**ANSWER: Ganda objects to this Interrogatory on the grounds that it is overbroad, unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Furthermore, any information provided in response to this Interrogatory is confidential and is subject to the provisions of the Protective Order Regarding Confidentiality of Discovery Materials filed in this matter. Subject to the above objection and to the Protective Order, Ganda submits that the following accounts currently exist or previously existed under Ganda's name:**

**(1) Citizens Bank Account Number 1107-398-5 (February 2000 through July 2000)**

**(2) Citizens Bank Account Number 47-380804 (February 2000 through January 2003)**

**(3) Citizens Bank Account Number 57-546980 (January 2000 through September 2000)**

**(4) Citizens BankAccount Number 57-544376 (May 2000 through September 2000)**

**(5) Citizens Bank Account Number 1008-077-5 (February 2000 through April 2003)**

**(6) Citizens Bank Account Number 1111-079-1 (June 2000 through January 2002)**

Rebecca H. Zabel
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue, Suite 500
Greenville, SC 29601

PERSONALLY appeared before me, John Edward, Member of Ganda, LLC a/k/a Ganda Communications, who states that he is familiar with the facts and matters alleged therein; that he has read the above Answers to Interrogatories and the same are true, based upon his knowledge.

By: ______________________
Member

CONSTANCE M. MARSHALL NOTARY PUBLIC NEW HANOVER CO., NC

SWORN to before me this
23 day of March, 2007.

______________________ (SEAL)
Notary Public for New Hanover Co.
My commission expires: 2-21-2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Counterclaim Defendants. | C.A. No.: 04-474ML |

**AFFIDAVIT OF JOHN EDWARD**

PERSONALLY APPEARED before me the undersigned who, having been duly sworn, testifies and states as follows:

1. I am the Owner of Ganda, LLC, a/k/a Ganda Communications ("Ganda"). I have personal knowledge of these matters and am authorized to execute this instrument on Ganda's behalf. I am submitting this Affidavit in connection with Defendant's production of documents to Plaintiff pursuant to Plaintiff's Requests for Production of Documents Numbers 33 and 43.

2. Plaintiff's Request No. 33 seeks "Any documents concerning any financial statement, statement of account, balance sheet, income statement, profit and loss statement, statement of cash flows, or statement of retained earnings regarding Ganda."

3. Plaintiff's Request No. 43 seeks "Any documents concerning any withdrawal, deposit, transfer, or statement of account for any checking, savings, investment or deposit account held or managed in or under Ganda's name."

4. In order to respond to these requests, I made every effort to search through all of Ganda's business records. As I have stated in previous affidavits, Ganda ceased its business operations some five (5) years ago, in 2002. Thereafter, most of Ganda's business records were placed in storage of the home of an ex-employee, Syed Ahmed Mustafa, in Rochester, New York. Ganda currently has no employees, no physical address and no operations of any kind. During Ganda's period of active operation, Ganda employed on average no more than three or four employees. It was a very small company.

5. I have located and produced to Plaintiff a number of documents responsive to the above Requests, which documents consist of profit and loss statements contained in my personal income tax statements from 2002 through 2005, as well as documents regarding wire transfers from Ganda bank accounts. The documents produced to Plaintiff are the only documents responsive to the above Requests that I could find in Ganda's business records.

6. In addition to searching through Ganda's business records, I contacted Kasperski Owen & Dinan CPAs, LLC, which served as Ganda's accountant at one time, and requested that this firm provide me with documentation responsive to the above requests. However, representatives for this firm informed me that they would not provide me with said documentation since the firm had been served with a subpoena by Plaintiff, which subpoena sought the same information as Request Nos. 33 and 43. Since the firm was obliged to produce said documentation in response to the subpoenas, its representatives indicated that they would not produce it to me. Consequently, I was unable to obtain certain documents which I believe are

responsive to the above Requests. Nevertheless, I believe these or other responsive documents will be produced by said accounting firm, as well as other accounting firms, pursuant to Plaintiff's subpoenas.

7. In addition, I believe responsive documents have been or will be produced to Plaintiff from Citizens Bank of Rhode Island and Corning Credit Union pursuant to subpoenas Plaintiff served on each of these financial institutions.

8. In the event I discover additional documentation responsive to Request Nos. 33 and 43, I will produce the same to Plaintiff.

FURTHER THE AFFIANT SAYETH NOT.

John Edward

CONSTANCE M. MARSHALL NOTARY PUBLIC NEW HANOVER CO.

SWORN TO before me
this 23 day of March, 2007.

Notary Public for North Carolina
My commission expires: 2-21-2010

# EXHIBIT C

**Jacobson, Beth**

---

**From:** Jay Rogers [JRogers@LWTM.COM]
**Sent:** Monday, March 19, 2007 6:41 PM
**To:** Jacobson, Beth
**Subject:** RE: Financial Docs to be produced by Ganda

Beth,

Citizen's Bank did not delay producing documents because it was waiting to hear from John Edward. Citizen's Bank contacted Mr. Edward to advise him that it intended to respond to YOFC's subpoena by March 7 and that therefore if Mr. Edward intended to file a Motion to Quash, he should do so beforehand. Mr. Edward did not of course file such a Motion, nor did he attempt in any way to modify the deadline for compliance with the subpoena selected solely by Citizen's Bank.

We'll respond to the balance of your email in due course.

***James L. Rogers, Jr.***
**Leatherwood Walker Todd and Mann, PC**
**phone: 864.240.2421/fax: 864.240.2477**
**Web page:** www.lwtm.com

---

**From:** Jacobson, Beth [mailto:bjacobson@sandw.com]
**Sent:** Monday, March 19, 2007 2:47 PM
**To:** Jay Rogers
**Subject:** RE: Financial Docs to be produced by Ganda

Jay,

Thank you for following up with this.

1. We would object to your proposal since we have not received all of the documents we subpoenaed from Citizens Bank. I have produced to you all documents we have received from Citizens Bank (which we were forced to subpoena since Mr. Edward did not produce the information himself). Mr. Edward's obligations to respond to document requests or the court order are not alleviated by virtue of any subpoena we serve. As a courtesy, however, we will accept an affidavit (along with a written response to the document request) from Mr. Edward stating that the documents produced thus far from Citizens Bank are in part responsive to Document Request 43 (and you need not reproduce those). However, there are clearly additional documents that we have requested from Mr. Edward and Citizens Bank (including, but not limited to cancelled checks, check registers, withdrawal slips, deposit or transfer information) which we have not received from Mr. Edward, and thus, Mr. Edward should provide those to us by the deadline imposed by the Court. I would also like to point out that Citizens delayed producing documents to us by up to a week as it was waiting to hear from the customer (Mr. Edward) as to whether he would be filing a motion to quash such subpoena.

2. I had requested that in light of Judge Almond's Order that Mr. Edward likewise supplement his Interrogatory Answers regarding financial information. Ms. Zabel, in an email dated March 6, 2007, confirmed to me that pursuant to my request Mr. Edward would supplement his interrogatory answers regarding his financial information. Please advise when this will be done.

3. I sent you an email this morning setting dates for Mr. Edward's deposition. Please let me know if those dates are acceptable for Mr. Edward so we can finalize the deposition plans.

Thank you.

Beth

**Beth L. Jacobson**

**Attorney at Law**

Sullivan & Worcester LLP

One Post Office Square

Boston, MA 02109

T 617 338 2872

F 617 338 2880

bjacobson@sandw.com

www.sandw.com

**BOSTON NEW YORK WASHINGTON, DC**

-----Original Message-----
**From:** Jay Rogers [mailto:JRogers@LWTM.COM]
**Sent:** Monday, March 19, 2007 2:18 PM
**To:** Jacobson, Beth
**Subject:** Financial Docs to be produced by Ganda

Dear Beth,

Pursuant to Judge Almond's Order, we are preparing to produce documents responsive to YOFC's Req/Prod. Numbers 33 and 43. As you know, No. 43 seeks: "Any documents concerning any withdrawal, deposit, transfer, or statement of account for any checking, savings, investment or deposit account held or managed in or under Ganda's name." Ganda advises that the only documents responsive to this Request are the items which you have already subpoenaed from Citizens Bank. Rather than simply re-copy these items, which you only sent to me last week, we would prefer to simply provide an affidavit from Mr. Edward to this effect. Please let me know if you have any objection to proceeding in this manner.

Jay

***James L. Rogers, jr.***

***Leatherwood Law Firm***

**P.O. Box 87**

**300 East McBee Ave. Suite 500**

**Greenville, SC USA 29602-0087**

**email: jrogers@lwtm.com**

**phone: 864.240.2421/fax: 864.240.2477**

**website: www.lwtm.com**

***A Member of TAGLaw, a Worldwide Network of Leading Law Firms***

---

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by IRS, we inform you that any U.S. tax advice contained in this communication and any attachments hereto is not intended or written to be used and cannot be used by you or any other taxpayer for the purpose of (1) avoiding penalties that may be imposed on you or any other taxpayer under the Internal Revenue Code or (2) promoting, marketing or recommending any plan, arrangement or investment to any other taxpayer. Any communications that could be provided to you and used to avoid such penalties would entail additional evaluations and conclusions by us.

CONFIDENTIALITY NOTICE: This communication may contain confidential or privileged information and nothing contained herein is intended to waive any applicable privilege. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.

---

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.

# EXHIBIT D

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

March 23, 2007

***By Facsimile and First Class Mail***

Ms. Sara Li
Legal Research Clerk
Citizens Bank
20 Cabot Road
MMF440
Medford, Massachusetts 02155

Re: Subpoena Reference Number 215121
Yangtze Optical Fibre and Cable Company Ltd. v. Ganda, LLC a/k/a Ganda Communications and John Edward v. Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, et al.

Dear Ms. Li:

Pursuant to our conversation, please disregard my request for additional information for the highlighted entries I sent you via my March 20, 2007 letter. Rather, I have narrowed down my request to the 14 items I circled in the attached pages and summarized below. I would like additional information (*e.g.*, withdrawal and deposit information, canceled checks, etc.) that was requested in our initial subpoena to Citizens Bank.

Requested Information:

1. Account Ganda LLC 47-380804, 5/03/01, item 01903260, Amnt. $1,200,000.00 withdrawal;

2. Account Ganda LLC 47-380804, 5/03/01, item 01902774, Amnt. $600,000.00 withdrawal;

3. Account Ganda LLC 47-380804, 4/26/02, Item 01902425, Amnt. $2,392,134.00 withdrawal;

4. Account Ganda LLC 47-380804, 9/24/02, Item 14916853, Amnt. $2,392,134.00 deposit;

5. Account Ganda LLC 47-380804, 10/04/02, Item (no item no.), Amnt. $2,000,000.00 Outgoing Wire Transfer and Service Charge (Item no. 34330354);

6. Account Ganda LLC 47-380804, 12/30/02, Item (no item no.), Amnt. $477,837.66 Outgoing Wire Transfer and service charge (item no. 34353186);

7. Account Ganda LLC 1111-079-1, 5/03/01, Item 42825122, Amnt. $3,100,000.00 Debit Memo;

{B0622575; 1}

8. Account Ganda LLC 1111-079-1, 5/21/01, Item 14771473, Amnt. $292,686.00 Citizens Intl Internatl 010521 It: 107219/00 T;

9. Account Ganda LLC 1111-079-1, 5/29/01, Item 96017089, Amnt. $324,202.80 Citizens Intl Internatl 010529 It: 107678/00 T;

10. Account John P. Edward 55-574006, 4/26/02, Item 13012459, Amnt. $2,392,134.00 Deposit;

11. Account John P. Edward 55-574006, 9/24/02, Item 01905114, Amnt. $2,392,134.00 withdrawal;

12. Account John P. Edward 53-816258, 6/06/01, Item 22819928, Amnt. $4,300,000.00 deposit;

13. Account John P. Edward 53-816258, 7/02/01, Item 01912888, Amnt. $540,000.00 withdrawal; and

14. Account John P. Edward 53-816258, 9/11/01, Item 15006151, Amnt. $105,000.00 transfer.

As there is a discovery deadline in this case of May 29, 2007, and scheduled depositions prior to then (in April), I request that you expedite this request. Please let me know when we can expect this information. Please do not hesitate to contact me with any questions. Thank you in advance for your prompt attention to this matter.

Very truly yours,

Beth L. Jacobson

Direct line: 617 338 2872
bjacobson@sandw.com

BLJ/fcg

Enclosures

cc: Ira K. Gross, Esq. (with enclosures)
James L. Rogers, Jr., Esq. (with enclosures)
Justin T. Shay, Esq. (without enclosures)
Gordon Cleary, Esq. (without enclosures)

Citizens Bank

Account Statement

1-800-862-6200

2 OF 3

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning May 01, 2001
through May 31, 2001

Commercial Checking continued from previous page

GANDA LLC
Commercial Checking
1008-077-5

Total Debits & Fees
\- 16,819.10

Deposits & Credits

Other Credits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 05/07 | | 2,043.16 | Transfer From 0047380804 |
| 05/08 | | 331.97 | Transfer From 0047380804 |
| 05/09 | | 883.15 | Transfer From 0047380804 |
| 05/10 | | 685.78 | Transfer From 0047380804 |
| 05/14 | 77704256 | 45,000.00 | Telephone Transfer From Savings 0047380804 |
| 05/29 | 77704798 | 40,000.00 | Telephone Transfer From Savings 0047380804 |

Total Deposits & Credits
\+ 88,944.06

Current Balance
= 12,350.46

Savings

GANDA LLC
Performance Investment
47-380804

S U M M A R Y

Balance Calculation

| | |
|---|---|
| Previous Balance | 1,276,122.97 |
| Withdrawals & Fees | 2,080,833.26 - |
| Deposits & Additions | 816,412.46 + |
| Interest Paid | 973.44 + |
| Current Balance | 12,675.61 = |

Previous Balance
1,276,122.97

T R A N S A C T I O N D E T A I L S

Withdrawals & Fees

Other Withdrawals

(1)

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 05/03 | 01903260 | 1,200,000.00 | Withdrawal |
| 05/07 | | 2,043.16 | Scheduled Transfer |
| 05/07 | 01904879 | 20,000.00 | Withdrawal |
| 05/08 | | 331.97 | Scheduled Transfer |
| 05/09 | | 883.15 | Scheduled Transfer |
| 05/10 | | 685.78 | Scheduled Transfer |
| 05/14 | 77700001 | 45,000.00 | Telephone Transfer To Checking 0010080775 |
| 05/15 | 01902774 | 600,000.00 | Withdrawal |
| 05/29 | 77700001 | 40,000.00 | Telephone Transfer To Checking 0010080775 |
| 05/31 | 77700001 | 171,889.20 | Telephone Transfer To Checking 0011110791 |

(2)

Total Withdrawals & Fees
\- 2,080,833.26

CONFIDENTIAL
CITGA00123

Citizens Bank

Account Statement

1-800-862-6200

2 OF 2

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning April 01, 2002
through April 30, 2002

Commercial Checking continued from previous page

GANDA LLC
Commercial Checking
1008-077-5

Current Balance
= 21,464.44

Savings

S U M M A R Y

GANDA LLC
Performance Investment
47-380804

Balance Calculation

| | |
|---|---|
| Previous Balance | 2,662,245.76 |
| Withdrawals & Fees | 2,392,134.00 - |
| Deposits & Additions | .00 + |
| Interest Paid | 3,962.76 + |
| Current Balance | 274,074.52 = |

Previous Balance
2,662,245.76

T R A N S A C T I O N D E T A I L S

Withdrawals & Fees

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 04/26 | 01902425 | 2,392,134.00 | Withdrawal |

(3)

Total Withdrawals & Fees
- 2,392,134.00

Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 04/30 | | 3,962.76 | Interest |

Total Interest Paid
+ 3,962.76

Current Balance
= 274,074.52

| N E W S F R O M C I T I Z E N S

- Get free online banking and bill payment with Circle Checking! Visit citizensbank.com for details. ATM card required for online banking and bill payment.

- More choices than the number of houses you've seen. Get a mortgage pre-approval today. Call 1-866-247-2533. All mortgages are offered through and processed by Citizens Mortgage Corporation (CMC), a subsidiary of Citizens Bank of Rhode Island. CMC is a licensed mortgage lender and broker in CT and RI; a holder of MA Mortgage Lender License Nos. ML-1500 through ML-1508, ML-1784 and MA Mortgage Broker License Nos. MB-2012 through MB-2020, MB-2219; and NH First Mortgage and Broker License No. 5743-MB; NH Second Home Mortgage Lender License No. 5748-MHL.

CONFIDENTIAL
CITGA00173



05003 2/05 500/FK

Citizens Bank

Account Statement

1-800-862-6200

2 OF 2

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning September 01, 2002
through September 30, 2002

Commercial Checking continued from previous page

GANDA LLC
Commercial Checking
1008-077-5

Current Balance
= 43,091.49

Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/05 | 18,383.67 | 09/16 | 44,169.61 | 09/19 | 43,191.94 |
| 09/10 | 58,316.54 | 09/17 | 43,800.79 | 09/20 | 43,094.49 |
| 09/12 | 51,574.51 | 09/18 | 43,776.37 | 09/30 | 43,091.49 |
| 09/13 | 47,498.17 | | | | |

Savings

GANDA LLC
Performance Investment
47-380804

S U M M A R Y

Balance Calculation

| | |
|---|---|
| Previous Balance | 185,666.58 |
| Withdrawals | 40,000.00 - |
| Deposits & Additions | 2,392,134.00 + |
| Interest Paid | 1,253.19 + |
| Current Balance | 2,539,053.77 = |

Previous Balance
185,666.58

T R A N S A C T I O N D E T A I L S

Withdrawals

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/10 | 77700001 | 40,000.00 | Telephone Transfer To Checking 0010080775 |

Total Withdrawals
- 40,000.00

Deposits & Additions

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/24 | 14916853 | 2,392,134.00 | Deposit |

(4)

Total Deposits & Additions
+ 2,392,134.00

Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/30 | | 1,253.19 | Interest |

Total Interest Paid
+ 1,253.19

Current Balance
= 2,539,053.77

Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/10 | 145,666.58 | 09/24 | 2,537,800.58 | 09/30 | 2,539,053.77 |

CONFIDENTIAL
CITGA00193

Citizens Bank

Account Statement

2 OF 2

1-800-862-6200

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning October 01, 2002
through October 31, 2002

Savings

GANDA LLC
Performance Investment
47-380804

S U M M A R Y

Balance Calculation

| | |
|---|---|
| Previous Balance | 2,539,053.77 |
| Withdrawals | 2,000,018.00 - |
| Deposits & Additions | .00 + |
| Interest Paid | 1,309.03 + |
| Current Balance | 540,344.80 = |

Previous Balance 2,539,053.77

T R A N S A C T I O N D E T A I L S

Withdrawals

(5)

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 10/04 | | 2,000,000.00 | Outgoing Wire Transfer |
| 10/04 | 34330354 | 18.00 | Service Charge |

Total Withdrawals - 2,000,018.00

Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 10/31 | | 1,309.03 | Interest |

Total Interest Paid + 1,309.03

Current Balance = 540,344.80

Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/04 | 539,035.77 | 10/31 | 540,344.80 | | |

CONFIDENTIAL
CITGA00197

# Citizens Bank

Account Statement

1-800-862-6200

2 OF 2

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning December 01, 2002 through December 31, 2002

Commercial Checking continued from previous page

GANDA LLC
Commercial Checking
1008-077-5

Deposits & Credits (continued)

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 12/30 | 77706762 | 30,000.00 | Telephone Transfer From Savings 0047380804 |
| 12/30 | 47228717 | 3,432.08 | Paychex Inc. Payroll 123002 09522200005659x |
| 12/30 | 47228824 | 1,257.15 | Paychex Tps Taxes 122702 00399070 9233 |
| 12/30 | 13186301 | 539.17 | Deposit |

Total Deposits & Credits
+ 68,569.25

Current Balance
= 29,555.08

Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/02 | 7,800.96 | 12/10 | 6,944.32 | 12/16 | 29,699.23 |
| 12/03 | 7,739.62 | 12/11 | .00 | 12/27 | 843.85 |
| 12/04 | 7,652.41 | 12/12 | .00 | 12/30 | 34,066.90 |
| 12/09 | 7,181.45 | 12/13 | 29,720.00 | 12/31 | 29,555.08 |

Savings

GANDA LLC
Performance Investment
47-380804

S U M M A R Y

Balance Calculation

| | |
|---|---|
| Previous Balance | 541,197.51 |
| Withdrawals | 541,196.51 - |
| Deposits & Additions | .00 + |
| Interest Paid | 778.88 + |
| Current Balance | 779.88 = |

Previous Balance
541,197.51

T R A N S A C T I O N D E T A I L S

Withdrawals

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 12/11 | | 2,824.91 | Scheduled Transfer |
| 12/12 | | 515.94 | Scheduled Transfer |
| 12/13 | 77700001 | 30,000.00 | Telephone Transfer To Checking 0010080775 |
| 12/30 | | 477,837.66 | Outgoing Wire Transfer |
| 12/30 | 77700001 | 30,000.00 | Telephone Transfer To Checking 0010080775 |
| 12/30 | 34353186 | 18.00 | Service Charge |

6

Total Withdrawals
- 541,196.51

Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 12/31 | | 778.88 | Interest |

Total Interest Paid
+ 778.88

Current Balance
= 779.88

Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/11 | 538,372.60 | 12/13 | 507,856.66 | 12/31 | 779.88 |
| 12/12 | 537,856.66 | 12/30 | 1.00 | | |

CONFIDENTIAL
CITGA00205

Member FDIC Equal Housing Lender
See reverse side for important information

05003 2/05 500/PK

Citizens Bank

Commercial Account
Statement

1-800-862-6200

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

1 OF 2

Beginning May 01, 2001
through May 31, 2001

US059 BR019 2 1

GANDA LLC
6324 GUINEA LANE
WILMINGTON NC 28409

Commercial Checking

GANDA LLC
Business Partners Money Market
1111-079-1

S U M M A R Y

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 3,141,337.03 | Average Daily Balance | 348,593.34 |
| Checks | .00 - | | |
| Debits & Fees | 3,816,912.80 - | Interest | |
| Deposits & Credits | 883,729.20 + | Current Interest Rate | 3.06% |
| Interest Paid | 940.91 + | Annual Percentage Yield Earned | 3.22% |
| Current Balance | 209,094.34 = | Number of Days Interest Earned | 31 |
| | | Interest Earned | 940.91 |
| | | Interest Paid this Year | 22,973.69 |

T R A N S A C T I O N D E T A I L S

Previous Balance
3,141,337.03

Debits & Fees

Other Debits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 05/03 | 42825122 | 3,100,000.00 | Debit Memo |
| 05/15 | 40124473 | 100,000.00 | Debit Memo |
| 05/21 | 14771493 | 292,686.00 | Citizens Intl Internatl 010521 It:107219/00 Tl |
| 05/29 | 96017089 | 324,202.80 | Citizens Intl Internatl 010529 It:107678/00 Tl |

(5) (8) (9)

Fees

| Date | Item No. | Amount | Description | Location Code |
|---|---|---|---|---|
| | | 24.00 | Service Charge (2) Wire Transfer Fees | |

Total Debits & Fees
- 3,816,912.80

Deposits & Credits

Other Credits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 05/10 | 00007633 | 90,720.00 | Incoming Wire Transfer |
| 05/17 | 21524409 | 300,000.00 | Credit Memo |
| 05/18 | 00008172 | 141,120.00 | Incoming Wire Transfer |
| 05/25 | 22915916 | 180,000.00 | Deposit |
| 05/31 | 77702614 | 171,889.20 | Telephone Transfer From Savings 0047380804 |

Total Deposits & Credits
+ 883,729.20

CONFIDENTIAL
CITGA00252

# Citizens Bank

Savings Account Statement



1-800-922-9999

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning April 01, 2002 through June 30, 2002

US002 BR019

JOHN P EDWARD
6324 GUINEA LN
WILMINGTON NC 28409

Savings

JOHN P EDWARD
Citizens Circle Savings
55-574006

S U M M A R Y

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 100,904.95 | Average Daily Balance | 1,754,063.86 |
| Withdrawals | 102,058.34 - | Interest | |
| Deposits & Additions | 2,392,134.00 + | | |
| Interest Paid | 13,967.04 + | Current Interest Rate | 3.20% |
| Current Balance | 2,404,947.65 = | Annual Percentage Yield Earned | 3.23% |
| | | Number of Days Interest Earned | 91 |
| | | Interest Earned | 13,967.04 |
| | | Interest Paid this Year | 14,372.17 |

T R A N S A C T I O N   D E T A I L S

Previous Balance 100,904.95

Withdrawals

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 04/08 | 77700001 | 40,000.00 | Telephone Transfer To Checking 0011337818 |
| 04/17 | 77700001 | 20,000.00 | Telephone Transfer To Checking 0011337818 |
| 04/22 | 77700001 | 36,000.00 | Telephone Transfer To Checking 0011337818 |
| 05/06 | 77700001 | 4,905.00 | Telephone Transfer To Checking 0011337818 |
| 05/15 | 77700001 | 1,153.34 | Telephone Transfer To Checking 0011337818 |

Total Withdrawals - 102,058.34

Deposits & Additions

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 04/26 | 13012459 | 2,392,134.00 | Deposit |

10

Total Deposits & Additions + 2,392,134.00

Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 04/30 | | 1,153.39 | Interest |
| 05/31 | | 6,504.91 | Interest |
| 06/28 | | 6,308.74 | Interest |

Total Interest Paid + 13,967.04

Current Balance = 2,404,947.65

CONFIDENTIAL
CITJE00185

Member FDIC Equal Housing Lender
See reverse side for important information

# Citizens Bank

Savings Account
Statement

1-800-922-9999

1 OF 2

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning July 01, 2002
through September 30, 2002

US002 BR019

JOHN P EDWARD
6324 GUINEA LN
WILMINGTON NC 28409

Savings

JOHN P EDWARD
Citizens Circle Savings
55-574006

S U M M A R Y

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 2,404,947.65 | Average Daily Balance | 2,216,642.78 |
| Withdrawals | 2,417,949.35 - | Interest | |
| Deposits & Additions | 3,000.00 + | | |
| Interest Paid | 17,468.47 + | Current Interest Rate | 1.29% |
| Current Balance | 7,466.77 = | Annual Percentage Yield Earned | 3.16% |
| | | Number of Days Interest Earned | 92 |
| | | Interest Earned | 17,468.47 |
| | | Interest Paid this Year | 31,840.64 |

Previous Balance
2,404,947.65

T R A N S A C T I O N D E T A I L S

Withdrawals

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 07/22 | 77700001 | 1,000.00 | Telephone Transfer To Checking 0011337818 |
| 08/02 | 77700001 | 1,000.00 | Telephone Transfer To Checking 0011337818 |
| 08/09 | 77700001 | 17,348.94 | Telephone Transfer To Checking 0011337818 |
| 09/09 | 77700001 | 6,466.41 | Telephone Transfer To Checking 0011337818 |
| 09/24 | 01905114 | 2,392,134.00 | Withdrawal |

Total Withdrawals
- 2,417,949.35

Deposits & Additions

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/24 | 77700001 | 3,000.00 | Telephone Transfer From Checking 0011337818 |

Total Deposits & Additions
+ 3,000.00

Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 07/31 | | 6,535.29 | Interest |
| 08/30 | | 6,466.41 | Interest |
| 09/30 | | 4,466.77 | Interest |

Total Interest Paid
+ 17,468.47

Current Balance
= 7,466.77

CONFIDENTIAL
CITJE00189

05003 2/05 500/PK

**Citizens Bank**

1-800-922-9999

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Savings Account Statement

1 OF 2

Beginning June 06, 2001 through June 30, 2001

US002 BR019

JOHN P EDWARD
6324 GUINEA LN
WILMINGTON NC 28409

Savings

JOHN P EDWARD
Citizens Circle Savings
53-816258

S U M M A R Y

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | .00 | Average Daily Balance | 4,164,000.00 |
| Withdrawals & Fees | 250,000.00 - | Interest | |
| Deposits & Additions | 4,300,000.00 + | Current Interest Rate | 3.93% |
| Interest Paid | 12,044.95 + | Annual Percentage Yield Earned | 4.31% |
| Current Balance | 4,062,044.95 = | Number of Days Interest Earned | 25 |
| | | Interest Earned | 12,044.95 |
| | | Interest Paid this Year | 12,044.95 |

Previous Balance: .00

T R A N S A C T I O N   D E T A I L S

Withdrawals & Fees

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 06/11 | 01912332 | 50,000.00 | Withdrawal |
| 06/19 | 01906073 | 200,000.00 | Withdrawal |

Total Withdrawals & Fees: - 250,000.00

Deposits & Additions

Other Additions

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 06/06 | 22819928 | 4,300,000.00 | Deposit |

12

Total Deposits & Additions: + 4,300,000.00

Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 06/29 | | 12,044.95 | Interest |

Total Interest Paid: + 12,044.95

Current Balance: = 4,062,044.95

CONFIDENTIAL
CITJE00200

Member FDIC Equal Housing Lender

05003 2/05 500/PK

# Citizens Bank

Savings Account Statement

1-800-922-9999

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

1 OF 1

Beginning July 01, 2001 through September 30, 2001

US002 BR019

JOHN P EDWARD
6324 GUINEA LN
WILMINGTON NC 28409

## Savings

JOHN P EDWARD
Citizens Circle Savings
53-816258

### S U M M A R Y

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 4,062,044.95 | Average Daily Balance | 3,472,195.35 |
| Withdrawals & Fees | 805,000.00 - | | |
| Deposits & Additions | .00 + | Interest | |
| Interest Paid | 32,400.36 + | Current Interest Rate | 3.20% |
| Current Balance | 3,289,445.31 = | Annual Percentage Yield Earned | 3.75% |
| | | Number of Days Interest Earned | 92 |
| | | Interest Earned | 32,400.35 |
| | | Interest Paid this Year | 44,445.31 |

### T R A N S A C T I O N   D E T A I L S

Previous Balance: 4,062,044.95

Withdrawals & Fees

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 07/02 | 01912888 | 540,000.00 | Withdrawal |
| 08/14 | 01908290 | 60,000.00 | Withdrawal |
| 09/11 | 15006151 | 105,000.00 | Transfer |
| 09/19 | 77700001 | 100,000.00 | Telephone Transfer To Checking 0011337818 |

(13) (14)

Total Withdrawals & Fees
\- 805,000.00

Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 07/31 | | 11,814.03 | Interest |
| 08/31 | | 11,106.05 | Interest |
| 09/28 | | 9,480.28 | Interest |

Total Interest Paid
\+ 32,400.36

Current Balance
= 3,289,445.31

CONFIDENTIAL
CITJE00204

03/23/07 16:14 FAX 6173382883 001

```
*********************
***  TX REPORT  ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3873 |
| CONNECTION TEL | 917813918463#1074 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/23 16:12 |
| USAGE T | 01'30 |
| PGS. SENT | 13 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Ms. Sara Li | Citizens Bank | 781 391 8463 | 781 655 7040 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING COVER: | 13 | DATE: | 23-Mar-07 |
|---|---|---|---|

MESSAGE:

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 1074

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3874 |
| CONNECTION TEL | 918642402479#9302 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/23 16:17 |
| USAGE T | 01'41 |
| PGS. SENT | 13 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING THIS: | 13 | DATE: | 23-Mar-07 |
|---|---|---|---|

MESSAGE:

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 9302

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3875 |
| CONNECTION TEL | 914013315787#7426 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/23 16:20 |
| USAGE T | 04'06 |
| PGS. SENT | 13 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Justin T. Shay, Esq. | Cameron & Mittleman LLP | 401 331 5787 | 401 331 5700 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING THIS | 13 | DATE: | 23-Mar-07 |
|---|---|---|---|

[illegible]

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 7426

03/23/07 16:28 FAX 6173382883 001

*************************
*** TX REPORT ***
*************************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3876 |
| CONNECTION TEL | 914012726803#3961 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/23 16:26 |
| USAGE T | 01'31 |
| PGS. SENT | 13 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Gordon P. Cleary, Esq. | Vetter & White, Incorporated | 401 272 6803 | 401 421 3060 |

| FROM | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING THIS | 13 | DATE | 23-Mar-07 |
|---|---|---|---|

[illegible]

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 3961

*****************************
*** MULTI TX/RX REPORT ***
*****************************

| | | |
|---|---|---|
| TX/RX NO | 3150 | |
| PGS. | 39 | |
| TX/RX INCOMPLETE | ~~(2)~~ | 14012726803#5018 |
| TRANSACTION OK | (1) | 18642402479#5018 |
| ERROR INFORMATION | (3) | 14013315700#5018 |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| NAME/TO | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |
| Gordon P. Cleary, Esq. | Vetter & White, Incorporated | 401 272 6803 | 401 421 3060 |
| Justin T. Shay, Esq. | Cameron & Mittleman LLP | 401 331 5787 | 401 331 5700 |

| FROM | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING THIS | 39 | DATE | 29-Mar-07 |
|---|---|---|---|

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 5018

BOSTON NEW YORK WASHINGTON, DC

Communications from our firm may contain or incorporate federal income tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to

******************************
*** MULTI TX/RX REPORT ***
******************************

| | | |
|---|---|---|
| TX/RX NO | 3151 | |
| PGS. | 39 | |
| TX/RX INCOMPLETE | ----- | |
| TRANSACTION OK | (1) | 14012726803#7638 |
| | (2) | 14013315787#7638 |
| ERROR INFORMATION | ----- | |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |
| Gordon P. Cleary, Esq. | Vetter & White, Incorporated | 401 272 6803 | 401 421 3060 |
| Justin T. Shay, Esq. | Cameron & Mittleman LLP | 401 331 5787 | 401 331 5700 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING THIS: | 39 | | 29-Mar-07 |
|---|---|---|---|

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code ~~5018~~ 7638

BOSTON NEW YORK WASHINGTON, DC

Communications from our firm may contain or incorporate federal income tax advice. Under ... US Internal Revenue Service (IRS) standards, we are required to

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |
| Gordon P. Cleary, Esq. | Vetter & White, Incorporated | 401 272 6803 | 401 421 3060 |
| Justin T. Shay, Esq. | Cameron & Mittleman LLP | 401 331 5787 | 401 331 5700 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING THIS: | 39 | DATE: | 29-Mar-07 |
|---|---|---|---|

MESSAGE:

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code ~~5018~~ 7638

BOSTON NEW YORK WASHINGTON, DC

Communications from our firm may contain or incorporate federal income tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal income tax advice.

This transmission contains confidential information intended for use only by the above-named recipient. Reading, discussion, distribution, or copying of this message is strictly prohibited by anyone other than the named recipient, or his or her employees or agents. If you have received this fax in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.

If you have any difficulty receiving this message, please call 617 338 2435. Our Facsimile No. is 617 338 2880.

{B0610534; 1}

# Best of Boston

WOMEN'S FASHION

## Parlor

### Clothing, Women's Casual, 2006

Yes, we know: We look cute today. We looked cute yesterday, too. But really, we can't take all the credit. We had help from best-friend team Kelly DiNisco and Nilda Martin, who stock pleasingly anti-prep clothes and accessories out of New York and L.A.: Porridge wrap dresses, Nicholas K. trenches, and in-demand Tag Jeans among them. Prettying your pals? Why, that's what friends are for.

1248 Washington St.
Boston, Massachusetts 02134
617-521-9005

# Best of Boston

WOMEN'S FASHION

## Louis Boston

### Clothing, Women's Sophisticated, 2006

Louis has long clothed our city's who's who in sometimes elegant, sometimes edgy apparel—Balenciaga and Zac Posen, Project Alabama and Proenza Schouler. Plus, the überchic staff isn't übersnooty, offering honest opinions without leaving you feeling obligated to buy. That's something even the most sophisticated shopper can appreciate.

234 Berkeley St.
Boston, Massachusetts 02116
617-262-6100
louisboston.com