UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Yangtze Optical Fibre and Cable Company Ltd.,

Plaintiff,

vs.

Ganda, LLC a/k/a Ganda Communications and John Edward,

Defendants/Third Party Plaintiffs,

vs.

Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. And Draka Holding, N.V.,

Third Party Defendants.

Civil Action No. 04-474ML

**DEFENDANTS'/THIRD PARTY PLAINTIFFS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION**

The Defendants, Ganda, LLC a/k/a Ganda Communications and John Edward (hereinafter collectively referred to as "Ganda"), respectfully move the Court pursuant to Rule 37 of the Federal Rules of Civil Procedure for an Order directing Plaintiff, Yangtze Optical Fibre and Cable Company ("YOFC"), to provide responses to Ganda's Requests for Production previously served on YOFC.

On March 21, 2006, Ganda served discovery requests on YOFC, including Requests for Production. YOFC did not provide responses to these Requests for Production until Mary 23, 2006 and later amended these responses on June 21, 2006. While the responses originally

provided by YOFC were wholly inadequate, YOFC has since supplemented its responses to a number of requests and has further agreed to continue to supplement its responses. However, YOFC has repeatedly and unjustifiably refused to produce information with respect to Request for Production Numbers 20 and 41. Ganda notified YOFC of its insufficient response to Requests 20 and 41 and requested that YOFC supplement its responses to the same within five days. YOFC has failed to do so. Ganda therefore requests that this Court issue an Order compelling YOFC to supplement its responses to Requests 20 and 41 within one week of the date of its Order.

Specifically, Request Nos. 20 and 41 seek the following information:

> **Request No. 20:** All bank statements, deposit records and reconciliations concerning account number 500357793 at HSBC, Central Hong Kong, throughout the Production Period.
>
> **Response: YOFC objects to this Request for Production of Documents to the extent that it is vague, overly broad, and unduly burdensome in that it seeks information that is neither relevant, nor reasonably calculated to lead to the discovery of admissible evidence.**
>
> **Request No. 41:** All documents that summarize or discuss your relationship with Zhang Tong Co., Ltd and/or bank account number 500357793 at HSBC, Central Hong Kong.
>
> **Response: YOFC objects to this Request for Production of Documents to the extent that it is vague, overly broad, and unduly burdensome in that it seeks information that is neither relevant, nor reasonably calculated to lead to the discovery of admissible evidence.**

Request Nos. 20 and 41 seek information concerning a payment in the amount of $925,000 made to a Hong Kong bank account at HSBC bank. In its Complaint, YOFC alleges that Ganda improperly "held back" certain funds from remittances to YOFC during the 2000 calendar year in an amount in excess of $2.5 million. Without acknowledging the amount of the funds held back, Ganda has acknowledged that it held back funds from its remittances to YOFC

in order to later pay those funds into the Hong Kong bank account pursuant to instructions from YOFC's upper management. YOFC has refused to explain to Ganda why it was instructed to hold back such funds, what the funds were being used for, or the names of the true owners of the Hong Kong account. Such information is crucial to Ganda's defense to YOFC's claims since it now appears highly probably (based upon YOFC's refusal to reveal information about this account) that the true or beneficial owners of the account were in fact individuals in the upper management of YOFC. Ganda is entitled to evidence proving that its "hold back" of funds in 2000 was authorized by and at the direction of YOFC's upper management, rather than part of some nefarious scheme to convert funds belonging to YOFC, as YOFC's complaint contends.

In one of YOFC's supplemental responses to Ganda's Requests, it produced a few documents regarding funds transferred by Ganda to the HSBC account. While YOFC may argue that these documents are sufficient to respond to Request Nos. 20 and 41, these documents are nothing more than confirmations of particular transfers, which transfers Ganda is obviously aware since they were made from Ganda's own bank account. These documents do not provide Ganda with the information requested by Request Nos. 20 and 41 and therefore are a wholly insufficient response to these Requests. Ganda is entitled to a complete response to Request Nos. 20 and 41 and therefore requests that the Court issue an Order compelling YOFC to produce the information requested by these Requests within one (1) week of the date of the Order.

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: April 5, 2007

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

Date: April 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2007, a true copy of the within was sent, as indicated, to the following:

VIA ECF TRANSMISSION

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

VIA FIRST-CLASS MAIL,
POSTAGE PREPAID

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER
TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\Edward Ganda motion to compel re HSBC acct.DOC