UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| YANGTZE OPTICAL FIBRE and CABLE COMPANY, LTD. | : | |
| v. | : | C.A. No. 04-474ML |
| GANDA, LLC, a/k/a GANDA COMMUNICATIONS and JOHN EDWARD | : | |
| v. | : | |
| DRAKA COMTEQ B.V., DRAKA COMTEQ FIBRE B.V., PLASMA OPTICAL FIBRE B.V., DRAKA COMTEQ AMERICAS INC., and DRAKA HOLDING N.V. | : | |

**ORDER**

On April 5, 2007, Plaintiff filed a Motion "Seeking Sanctions for Defendant Ganda's Failure to Comply with a Court Order." (Document No. 116). This Motion has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72. Pursuant to LR Cv 9, Plaintiff requests an "expedited hearing." For the reasons discussed below, Plaintiff's request for expedited treatment is DENIED. The Motion will be handled in normal course.

As grounds for its request for expedited relief, Plaintiff asserts that Defendant Ganda has not fully produced certain financial documents as ordered. Plaintiff argues that the deposition of Defendant John Edward is scheduled for April 24, 2007 and the documents sought are highly relevant to subject areas of his deposition. However, Plaintiff's Motion only seeks a contempt finding and sanctions under Fed. R. Civ. P. 37(b) such as attorneys' fees, an order prohibiting Defendants from using the requested information in defense, and an order drawing an inference

adverse against Defendants as to such information. Thus, this Court does not see any need for expedited treatment given the relief sought in Plaintiff's Motion. If Plaintiff is correct and Defendant Ganda has failed to comply with a Court Order to the prejudice of Plaintiff's effort to depose Mr. Edward, Defendant Ganda proceeds at its own risk and this Court will also factor any such prejudice into its consideration of Plaintiff's Motion for Sanctions.

For the reasons stated, Plaintiff's Request for Expedited Hearing is DENIED. The Motion for Sanctions (Document No. 116) will be considered in normal course. Pursuant to LR Cv 7(b)(1), Defendant Ganda's opposition to the Motion is due by April 23, 2007.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States District Court
April 11, 2007