UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Third Party Defendants. | C.A. No.: 04-474ML<br><br>**NOTICE OF 30(b)(6) DEPOSITION** |

TO: PLAINTIFF AND ITS ATTORNEY:

PLEASE TAKE NOTICE that, in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, counsel for Defendants and Third-Party Plaintiffs will take the deposition of the corporate designee(s) of The United States Customs & Border Protection, from among the officers, directors, agents or other individuals who may be most knowledgeable regarding the issues identified on Exhibit A attached hereto. This deposition shall be taken upon oral examination before a Notary Public or other officer authorized by law to take sworn testimony. The deposition shall take place on the date and time indicated below and shall continue from day to day thereafter until adjourned, at the offices of Kelley, Drye, Collier, Shannon, Washington

Harbour, Suite 400, 3050 K Street, N.W., Washington, DC. You are invited to appear and participate as appropriate.

**The deposition shall take place on Monday, May 21, 2007 at 9:30 a.m.**

GANDA, LLC, a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: April 12, 2007

/s/ James L. Rogers, Jr.

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

Date: April 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2007, a true copy of the within was sent, as indicated, to the following:

VIA ECF TRANSMISSION

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

James L. Rogers, Jr., Esq.
Rebecca H. Zabel, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\Deposition Notice for US Customs.doc