# <u>EXHIBIT A</u>

EXHIBIT A

The 30(b)(6) deponent shall be the person most knowledgeable regarding the duties paid and the impact of valuations placed upon products imported from 1998 through 2002 into the United States Customs Territory from China by Yangtze Optical Fibre and Cable Company, Ltd. (hereinafter "YOFC"), its customs broker or importing agent. YOFC is located at 4 Guan Shan 2 Road, Wuhan, China Attached hereto by way of representative sample are commercial invoices from YOFC which, upon information and belief, cover certain entries for this time period.