**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC, a/k/a Ganda Communications and John Edward,<br><br>Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>Draka Comteq, N.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holdings, N.V.,<br><br>Third-Party Defendants. | Civil Action No. 04-474ML |

**AFFIDAVIT OF BETH L. JACOBSON**

I, BETH L. JACOBSON, first being duly sworn, hereby depose and say:

1. I am an associate with the law firm of Sullivan & Worcester LLP in Boston, Massachusetts, counsel to Yangtze Optical Fibre and Cable Company Ltd. ("YOFC").

2. I am a member in good standing of the Massachusetts Bar.

3. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete.

4. Attached hereto as **Exhibit A** is a true and accurate copy of letter I sent to Mr. James L. Rogers, Jr. Esq., counsel for Defendants, on March 5, 2007.

5. Attached hereto as **Exhibit B** is a true and accurate copy of a letter I sent to Mr. Rogers on April 13, 2007.

6. Attached hereto as **Exhibit C** is a true and accurate copy of a letter I sent to Mr. Rogers on April 16, 2007.

7. On April 19, 2007, during a telephone conversation with Rebecca Zabel, counsel for Defendants, after I informed her YOFC has no additional documents in response to document requests 20 and 41, she informed me that if YOFC could provide some more documents relating to the alleged Hong Kong Bank Account, perhaps she could convince her client, Mr. Edward, to produce some financial information which YOFC seeks in its pending Motion for Sanctions against Ganda for failing to comply with the Court's order to produce financial information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2007.

Beth L. Jacobson



{B0634057; 1}

CERTIFICATE OF SERVICE

To:

Justin T. Shay, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd and Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue - Suite 500
P.O. Box 87
Greenville, SC 29601-0087

I hereby certify that I electronically filed this Affidavit on April 23, 2007. The Affidavit is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary