# EXHIBIT A

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

March 5, 2007

***Via Facsimile and First Class Mail***

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd & Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, South Carolina 29601

Re: Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") v. Ganda LLC, a/k/a Ganda Communications ("Ganda"), *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML

Dear Jay:

I write in response to your February 27th letter to Ira Gross regarding YOFC's Responses to Ganda's First Set of Requests for Documents. I would like to clarify that YOFC's June 21, 2006 response was an Amended Response.

**Request No. 17:**

Ganda requested documents that "[d]escribe, depict or summarize the market share or market position of YOFC multi-mode, single mode and specialty fiber products anywhere in the United States." Your characterization that "YOFC failed to respond to this request in any manner" is inaccurate. YOFC did respond in its June 21, 2006 response that "YOFC will make non-privileged, non-protected, responsive, and relevant documents that describe, depict or summarize the market share or market position of YOFC multi-mode, single mode and specialty fiber products in the United States during the Production period available for inspection and copying." YOFC has produced all responsive documents. See, e.g., YOFC004208-YOFC004210 (YOFC SM Fibre Export to USA From 1999 to 2005). Additionally, the third party defendants also produced documents responsive to this request. See, e.g., DRAK003973-DRAK00978 (USA Market Share for Fiber per cable manufacturer 1999-2002).

**Requests No. 20 and 41**

Ganda requested bank statements and deposit records concerning a certain account at HSBC and documents that summarize or discuss that alleged relationship. First, in response to request no. 20, which requested bank statements and deposit records regarding that account, YOFC responded that, without waiving any of its rights, and objecting on grounds of relevance, "YOFC will make all bank statements, deposit records, and reconciliations related to Ganda in account number 500357793 at HSBC, Central Hong Kong, at any time during the Production Period available for inspection and copying." Your assertion that "YOFC again failed to provide any documents in response to these requests" is false. In

fact, certain documents were produced. See, e.g. YOFC's supplemental document production on February 21, 2006, documents YOFC006153-YOFC006160.

Second, YOFC objected to request no. 41, which sought all documents that summarize or discuss YOFC's relationship with Zhang Tong Co., Ltd and/or the bank account at HSBC, Central Hong Kong, as the request is vague, overly broad and unduly burdensome and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. YOFC stands by its initial response. Your assertion that "YOFC alleges Ganda improperly 'held back' [funds]", upon which you base your need for this information, is false, and we have previously clarified that issue for you on numerous occasions, including in my February 21, 2007 letter to you (in which you sought the same information by way of interrogatory). YOFC credited Ganda for a payment sent to HSBC and took that into consideration prior to arriving at the outstanding amounts Ganda owes YOFC. We refer you to the document bates stamped Ganda00382 (a document produced by Ganda) which is a communication from YOFC to John Edward stating that YOFC has received the payment and gave Ganda full credit for it. Accordingly, the interrogatories are not relevant to Ganda's defense of YOFC's claims. On a related note, I sent you a letter on February 13, 2007 requesting you inform me whether you had received documents you subpoenaed from HSBC and I never heard back from you. Please advise.

**Request No. 22**

YOFC has responded to this request for certain financial documents, and Ganda does not dispute that. YOFC produced documents in the way in which they are kept in the ordinary course. YOFC does not bear the burden of reworking its financial documents for Ganda, or explaining to Ganda how to use that information. If Ganda has an issue with interpretation of the documents, it can inquire into them at depositions. Moreover, YOFC has produced numerous statements of account and spreadsheets setting forth invoices, quantity, product, price and customer order numbers which disclose YOFC's sales of fiber optic products into the United States. See, e.g., YOFC 006454-YOFC006534, and documents produced in its supplemental document production on February 21, 2007.

**Requests No. 31 and 32**

YOFC produced all responsive documents available to Ganda as it set forth in its response to Ganda's document requests. YOFC will, nonetheless, look further into this and provide additional documents if such documents exist.

**Request No. 36**

Although YOFC objected to this document request, one of the grounds for objection was that the request was duplicative of Request No. 33, which sought "[a]ll protocols, contracts or agreements between YOFC and any Third Party Defendant, including all invoices." YOFC responded that it "will make documents consisting of protocols, contracts or agreements between YOFC and any Third Party Defendant during the Production Period, including all invoices available for inspection and copying" and it has done so. By way of example, YOFC produced the following responsive documents: YOFC003051-YOFC003057; YOFC003058-YOFC003060; YOFC003061-YOFC003064; YOFC003065-YOFC003068; YOFC003069-YOFC003071; YOFC-003072-YOFC003074; YOFC003075-YOFC003077; YOFC003078-YOFC003080;YOFC003208-YOFC003211; YOFC003212-YOFC003214; YOFC003215-YOFC003217; YOFC003218-YOFC003222; YOFC003228-YOFC003230; YOFC003231-

YOFC003233; YOFC003234-YOFC003236; YOFC003237-YOFC003230; YOFC003672-YOFC003674. Moreover, the third party defendants produced responsive documents as well. See, e.g., DRAK003828-DRAK003888 (Agreement on Amendments to the Joint Venture of YOFC and others and Draka Holding N.V.).

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Beth L. Jacobson

Direct line: 617 338 2872
bjacobson@sandw.com

BLJ/fcg

cc: Ira K. Gross, Esq.
Gordon P. Cleary, Esq. (by facsimile only)
Justin T. Shay, Esq. (by facsimile only)
Rebecca Zabel, Esq. (by facsimile only)

001

******************************
*** MULTI TX/RX REPORT ***
******************************

| | | |
|---|---|---|
| TX/RX NO | 3823 | |
| PGS. | 4 | |
| TX/RX INCOMPLETE | ----- | |
| TRANSACTION OK | (1) | 918642402479#5699 |
| | (2) | 918642402477#5699 |
| | (4) | 914013315787#5699 |
| ERROR INFORMATION | (3) | 914012726803#5699 |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |
| Rebecca H. Zabel, Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2477 | 864 240 2431 |
| no Gordon P. Cleary, Esq. | Vetter & White, Incorporated | 401 272 6803 | 401 421 3060 |
| Justin T. Shay, Esq. | Cameron & Mittleman LLP | 401 331 5787 | 401 331 5700 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING THIS | 4 | DATE: | 5-Mar-07 |
|---|---|---|---|

MESSAGE:

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 5699

BOSTON NEW YORK WASHINGTON, DC

Communications from our firm may contain or incorporate federal income tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3824 |
| CONNECTION TEL | 914012726803#5699 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/05 16:23 |
| USAGE T | 00'39 |
| PGS. SENT | 4 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |
| Rebecca H. Zabel, Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2477 | 864 240 2431 |
| Gordon P. Cleary, Esq. | Vetter & White, Incorporated | 401 272 6803 | 401 421 3060 |
| Justin T. Shay, Esq. | Cameron & Mittleman LLP | 401 331 5787 | 401 331 5700 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| | | | |
|---|---|---|---|
| TOTAL PAGES INCLUDING THIS: | 4 | DATE: | 5-Mar-07 |

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 5699