# EXHIBIT B

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

April 13, 2007

***Via Facsimile and First Class Mail***

James L. Rogers, Jr., Esq.
Leatherwood Walker Todd & Mann, P.C.
The Leatherwood Plaza
300 East McBee Avenue, Suite 500
Greenville, South Carolina 29601

Re: Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") v. Ganda LLC, a/k/a Ganda Communications ("Ganda"), *et al.* v. Draka Comteq, B.V., *et al.*, U.S.D.C. (D.R.I.), Civil Action No. 04-474ML

Dear Jay:

Following up on our telephone conversation this afternoon in which we conferred regarding many outstanding discovery issues, I summarize what we agreed-to. If I have inadvertently misrepresented what we discussed, please let me know with a return letter.

- Ganda's pending Motion to Compel Documents from YOFC. I represented to you that YOFC has located two (2) documents responsive to these document requests. I represented that I will send them to you on or before Monday April 16, 2007. You will let me know by the end of the day Thursday April 19, 2007 whether you will withdraw that motion (as our response is due Monday April 23, 2007).

- Ganda's Answers to YOFC's Second Set of Interrogatories. You will look into this and will get back to me early next week. You indicated you should be able to get this to me prior to Mr. Edward's deposition on April 24, 2007.

- Edward's Answers to YOFC's First Set of Interrogatories and First Request for the Production of Documents. You thought these had been sent out, however, I have not received them. You will look into this and get them to me early next week (you can pdf or fax them to me if possible).

- YOFC's pending Motion for Sanctions against Ganda for failure to comply with the Court's order. I agreed that if your client agrees to produce information relating to a certain transfer(s) which I previously sought in a letter to you (in which I sought to narrow down the requested information), specifically where the sum of money was transferred to and any information regarding the account where the money was transferred to, I would review and at that point determine whether additional information which would be responsive to the request for documents and judge's order is still necessary.

- Invoices or documents from Ganda to customers concerning pricing. Such documents would be responsive to YOFC's document request No. 34. You agreed to check with your client and get back to me. I request that you do so by the end of next week.

- Jan van Kesteren deposition. I agreed to get back to you by the end of next week regarding our response to that deposition notice.

- We agreed to make efforts to consult one another prior to setting firm deposition dates in an effort to complete discovery in the given timeframe.

I believe this accurately summarizes our conversation. I appreciate your taking the time to speak with me and hope that we are able to continue conferring in such a manner.

Very truly yours,

Beth L. Jacobson

Direct line: 617 338 2872
bjacobson@sandw.com

BLJ/fcg

cc: Ira K. Gross, Esq.
Gordon P. Cleary, Esq. (by first-class mail)
Justin T. Shay, Esq. (by first-class mail)

001

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3907 |
| CONNECTION TEL | 918642402479#3822 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 04/13 15:37 |
| USAGE T | 00'32 |
| PGS. SENT | 3 |
| RESULT | OK |

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

| DELIVER TO: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| James L. Rogers, Jr., Esq. | Leatherwood Walker Todd and Mann, P.C. | 864 240 2479 | 864 240 2421 |

| FROM: | Email Address | Phone Number: |
|---|---|---|
| Beth L. Jacobson | bjacobson@sandw.com | 617 338 2872 |

| TOTAL PAGES INCLUDING COVER: | 3 | DATE: | 13-Apr-07 |
|---|---|---|---|

MESSAGE:

User Number: 1097 Client / Matter: 19090.0002 Fax Job Code 3822