UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Ganda, LLC a/k/a Ganda Communications and John Edward,<br><br>Defendants,<br><br>vs.<br><br>Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V.,<br><br>Counterclaim Defendants. | C.A. No.: 04-474ML |

**GANDA'S OBJECTION TO PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD'S MOTION SEEKING SANCTIONS**

Defendants Ganda, LLC a/k/a Ganda Communication ("Ganda"), hereby opposes Yangtze Optical Fibre and Cable Company, Ltd.'s Motion Seeking Sanctions.

In support of this Objection, Ganda refers to its Memorandum in Opposition to YOFC's Motion Seeking Sanctions, filed contemporaneously herewith, and hereby incorporates the same by reference.

Thus, Ganda has made every effort to locate and produce information responsive to Request Nos. 33 and 43. Ganda therefore respectfully requests that the Court deny YOFC's Motion for Sanctions.

GANDA, LLC a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay

Justin T. Shay, Esq. (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: April 23, 2007

GANDA, LLC a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

/s/ James L. Rogers, Jr.

By Their Attorneys:

James L. Rogers, Jr., Esq.
LEATHERWOOD WALKER TODD
& MANN, P.C.
300 East McBee Avenue, Suite 500
P. O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

Date: April 23, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Yangtze Optical Fibre and Cable Company, Ltd., Plaintiff, vs. Ganda, LLC a/k/a Ganda Communications and John Edward, Defendants, vs. Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. and Draka Holding, N.V., Counterclaim Defendants. | C.A. No.: 04-474ML |

**GANDA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD'S MOTION SEEKING SANCTIONS**

The Plaintiff, Yangtze Optical Cable and Fibre Company. Ltd. ("YOFC"), has filed a Motion Seeking Sanctions for Defendant Ganda, LLC, a/k/a Ganda Communications' ("Ganda") alleged failure to comply with a court order. Ganda respectfully submits this Memorandum in Opposition to YOFC's Motion Seeking Sanctions.

On March 1, 2007, this Court issued an Order compelling Ganda to produce information responsive to YOFC's Requests for Production numbers 33 and 43. Request No. 33 seeks "Any documents concerning any financial statement, statement of account, balance sheet, income statement, profit and loss statement, statement of cash flows, or statement of retained earnings regarding Ganda." Request No. 43 seeks "Any documents concerning any withdrawal, deposit,

transfer, or statement of account for any checking, savings, investment or deposit account held or managed in or under Ganda's name."

Ganda has produced to YOFC everything in Ganda's possession that is responsive to these Requests. Specifically, Ganda has produced numerous wire transmission confirmations from Ganda's bank, evidencing payments made from Ganda to YOFC, BATES numbered GANDA – 2676 through GANDA - 2722. In addition, Ganda has produced Ganda's profit and loss information for 2003 to 2005, BATES numbered GANDA – 2723 through GANDA - 2730.

By Subpoena to Ganda's previous bank, Citizens Bank of Rhode Island, YOFC has obtained all information that it seeks in Request No. 43 concerning Ganda's bank account there. Ganda has also provided bank statements of account showing the location of all of Ganda's financial assets subsequent to their removal from Citizens Bank. Bates number GANDA – 2732 through GANDA - 2940. Ganda has done so even though none of these bank accounts were "held or managed in or under Ganda's name" and were therefore technically not responsive to Request No. 43 (as these accounts were in the name of Global Fibre Technologies, LLC).

As noted in the Affidavit of John Edward, attached hereto as **Exhibit A**, John Edward searched through all of Ganda's business records in order to respond to these requests, and Ganda has produced all that are in its possession.

WHEREFORE, Ganda respectfully requests that the Court deny YOFC's Motion Seeking Sanctions.

GANDA, LLC a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

By Their Attorneys,

/s/ Justin T. Shay
Justin T. Shay, Esq. (#2781)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: April 23, 2007

GANDA, LLC a/k/a
GANDA COMMUNICATIONS and
JOHN EDWARD

/s/ James L. Rogers, Jr.
By Their Attorneys:

James L. Rogers, Jr., Esq.
LEATHERWOOD WALKER TODD
& MANN, P.C.
300 East McBee Avenue, Suite 500
P. O. Box 87
Greenville, SC 29602-0087
(864) 242-6440
FAX (864) 240-2477

Date: April 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2006, a true copy of the within was sent, via electronic transmission, to the following:

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\certificateofservice.doc