UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, | ) | Civil Action No. 04-474ML |
| vs. | ) | |
| Ganda, LLC a/k/a Ganda Communications and John Edward, Defendants/Third Party Plaintiffs, | ) | |
| vs. | ) | |
| Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fibre, B.V., Plasma Optical Fibre, B.V., Draka Comteq Americas, Inc. And Draka Holding, N.V., Third Party Defendants. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant/Third Party Plaintiffs Ganda LLC and John Edward hereby move that Alexandre N. MacClenahan, a member in good standing of the Bar of the State of South Carolina (State Bar No. 72507) and a member in good standing of the Bar of the State of North Carolina (State Bar No. 28652) be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Ganda, LLC a/k/a Ganda Communications and
John Edward (Defendant)

/s/ Justin T. Shay
By: Justin T. Shay, Esq.
Bar ID No.: 2781
Address: Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700

DATED: April 27, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of South Carolina and North Carolina and of the following Federal District Court and/or Court of Appeals Bar(s): United States District Court-South Carolina, United States District Court for the Western District of North Carolina, United States District Court for the Middle District of North Carolina and United States District Court for the Eastern District of North Carolina, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Alexandre N. MacClenahan SC-72507; NC-28652
Leatherwood Walker Todd & Mann, P.C.
100 E. McBee Ave., Ste. 500, PO Box 87
Greenville, South Carolina 29602-0087
Tel.#(864) 242-6440
Fax#(864) 240-2475

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Justin T. Shay #2781
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Tel. (401) 331-5700
Fax (401) 331-5787

---

**ORDER**

This motion is hereby ______________________________________________

________________________________
District Judge

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2007, a true copy of the within was sent, as indicated, to the following:

VIA ECF TRANSMISSION

Benjamin V. White, Esq.
Gordon P. Cleary, Esq.
Vetter & White, Inc.
20 Washington Place
Providence, RI 02903

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

Ira K. Gross, Esq.
Samual A. Miller, Esq.
Cherie Bosarge Dutton, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

James L. Rogers, Jr., Esq.
Alexandre N. MacClenahan, Esq.
LEATHERWOOD WALKER TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, SC 29602-0087

/s/ Justin T. Shay

G:\cmc\Edward, J\pldgs\certificateofservice.doc