Case 1:04-cv-00474-ML-LDA Document 132 Filed 05/14/2007 Page 1 of 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Yangtze Optical Fibre and Cable Company Ltd., Plaintiff, vs. Ganda, LLC, a/k/a Ganda Communications and John Edward, Defendants, vs. Draka Comteq, B.V., Draka Fibre Technology, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B.V., Draka Cableteq USA Corp. and Draka Holding, N.V., Third-Party Defendants. | ) | Civil Action No. 04-474ML |

**STIPULATION OF DISMISSAL**
**AND CONSENT ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Yangtze Optical Fibre and Cable Company Ltd. ("YOFC"), defendants Ganda, LLC, a/k/a Ganda Communications and John Edward, and third-party defendants Draka Comteq, B.V., Draka Comteq Fibre, B.V. f/k/a Plasma Optical Fiber, B.V., Plasma Optical Fibre, B. V., Draka Comteq Americas, Inc. (misidentified in the caption as Draka Cableteq USA Corp.), and Draka Holding, N.V., collectively, through their respective counsel, hereby stipulate and agree that this action and all claims, including without limitation counterclaims, cross-claims and third-party claims, therein are hereby dismissed with prejudice, without costs to be awarded to any party, and with all rights of appeal waived.

Case 1:04-cv-00474-ML-LDA Document 132 Filed 05/14/2007 Page 2 of 3

This action has been dismissed based upon a Settlement Agreement signed by all parties. This Court shall maintain jurisdiction of this matter to the extent necessary to enforce the terms of the Settlement Agreement.

**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**

By its attorneys,

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
*Email: bwhite@vetterandwhite.com*
Gordon P. Cleary, Esq., No. 1948
*Email: gcleary@vetterandwhite.com*
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803

*Of counsel:*
Ira K. Gross
*Email: igross@sandw.com*
Beth L. Jacobson
*Email:bjacobson@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880

**GANDA, LLC a/k/a GANDA COMMUNICATIONS and JOHN EDWARD**

By their attorneys,

/s/ Justin T. Shay
Justin T. Shay, Esq., No. 2781
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Phone: (401) 331-5700
Fax: (401) 331-5787

James L. Rogers, Jr., Esq.
LEATHERWOOD WALKER
TODD & MANN, P.C.
300 East McBee Avenue, Suite 500
P.O. Box 87
Greenville, South Carolina 29602-0087
Phone: (864) 242-6440
Fax: (864) 240-2477

Case 1:04-cv-00474-ML-LDA Document 132 Filed 05/14/2007 Page 3 of 3

**DRAKA COMTEQ, B.V., DRAKA COMTEQ FIBRE, B.V. f/k/a PLASMA OPTICAL FIBER, B.V., PLASMA OPTICAL FIBRE, B. V., DRAKA COMTEQ AMERICAS, INC., AND DRAKA HOLDING, N.V.**

By their attorneys,

/s/ Gordon P. Cleary
Benjamin V. White, Esq., No. 1652
*Email: bwhite@vetterandwhite.com*
Gordon P. Cleary, Esq., No. 1948
*Email: gcleary@vetterandwhite.com*
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, Rhode Island 02903
Phone: (401) 421-3060
Fax: (401) 272-6803

*Of counsel:*
Ira K. Gross
*Email: igross@sandw.com*
Beth L. Jacobson
*Email:bjacobson@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Phone: (617) 338-2800
Fax: (617) 338-2880

Dated: May 15, 2007

So Ordered: Mary M. Lisi
United States District Judge